UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TYLER TECHNOLOGIES, INC.,

            Plaintiff,

vs.                                  Case No.: 3:22-cv-01368-HLA-JBT

CITY OF JACKSONVILLE, FLORIDA,

            Defendant.

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 3.03, Tyler Technologies, Inc., ("**Tyler**") provides the following certification of interested parties and corporate disclosure statement:

Tyler represents that it is a publicly traded company listed on the New York Stock Exchange. Tyler has no parent company. The only publicly held company currently owning more that 10% of Tyler's outstanding stock is:

The Vanguard Group
100 Vanguard Blvd.
Malvern, PA 19355.

Tyler is unaware of any additional entities that have publicly traded stock, equity, or debt that may be substantially affected by the outcome of the proceeding.

314258412.3

Tyler is unaware of any entity other than Tyler that is likely to actively participate in this proceeding and is not aware of any person arguably eligible for restitution.

Further, Tyler states that as of the date of filing of this document, the following additional parties comprise a complete list of the persons, associations, firms, partnerships, corporations, subsidiaries, conglomerates, affiliates, members, and other identifiable and related legal entities known to Tyler that have an interest in the outcome of the case:

1. City of Jacksonville, Florida (Defendant).

2. Tyler Technologies, Inc. (Plaintiff).

3. Beth W. Petronio, Esq. (Plaintiff's counsel).

4. April L. Boyer, Esq. (Plaintiff's counsel).

5. K&L Gates LLP (Plaintiff's counsel's law firm), and any of its partners, associates, or co-counsel who file an appearance in this matter.

Finally, pursuant to L.R. 3.03, undersigned counsel certifies that, except as disclosed, she is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and she will immediately notify the judge in writing within fourteen days after she knows of a conflict.

314258412.3

Dated: December 13, 2022

Respectfully submitted,

*/s/ April Boyer*
April L. Boyer
Florida Bar No. 0168835
**K&L GATES LLP**
Southeast Financial Center
Suite 3900
200 South Biscayne Boulevard
Miami, FL 33131-2399
Telephone: 305.539.3300
Facsimile: 305.358.7095
Email: April.boyer@klgates.com

*Attorneys for*
*Tyler Technologies, Inc.*

314258412.3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel or parties of record on this 13th day of December 2022.

>                           /s/ April Boyer
>                           April Boyer

314258412.3