UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TYLER TECHNOLOGIES, INC.,

    Plaintiff,

v.                                             CASE NO. 3:22-cv-1368-HLA-JBT

CITY OF JACKSONVILLE, FLORIDA,

    Defendant.
_____/

**CITY OF JACKSONVILLE'S**
**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6, Federal Rules of Civil Procedure, Defendant, City of Jacksonville, moves for an extension of time to file a response to Plaintiff, Tyler Technologies, Inc.'s Complaint [Docket No. 1], and states:

1. On December 13, 2022, Plaintiffs commenced the above-styled action alleging claims for breach of contract, unjust enrichment, and declaratory relief against the City.  See Docket No. 1, Complaint.

2. On December 22, 2022, the City was served with initial process right before end of year holidays.

3. Currently, the City's response to the Complaint is due to be filed on or before January 12, 2023.

4. The City respectfully requests a short extension of time to file a response in order to give the undersigned counsel sufficient time to evaluate

the claims alleged.

5. Accordingly, Defendant requests an extension of time to respond to Plaintiff's Complaint on or before January 20, 2023.

## MEMORANDUM OF LAW

Rule 6, Federal Rules of Civil Procedure, provides in relevant part:

**(b) Extending Time.**

(1) In General. When an act may or must be done within a specified time, the court may, for good cause, extend the time:

(A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or

(B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Fed. R. Civ. P. 6(b)(1). The City has demonstrated good cause for the extension of time sought herein, as the City has made this request before the current January 12 deadline to file a response to the Complaint, and the Motion is unopposed.

## LOCAL RULE 3.01(G) CERTIFICATION

The undersigned certifies that she has conferred with Plaintiff's counsel regarding the relief requested, and Plaintiff does not oppose this Motion.

**WHEREFORE**, Defendant, City of Jacksonville, respectfully requests the entry of an Order granting this Motion for Extension of Time and setting the deadline for Defendant's response to the Complaint on January 20, 2023.

| | |
|---|---|
| **DATED: JANUARY 9, 2023** | **OFFICE OF GENERAL COUNSEL**<br>**CITY OF JACKSONVILLE** |

*/s/ Tiffiny Douglas Pinkstaff*
Tiffiny Douglas Pinkstaff
Assistant General Counsel
Florida Bar No. 682101
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
Telephone:  (904) 255-5100
Facsimile:   (904) 255-5120
tpinkstaff@coj.net; bosburn@coj.net

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of January, 2023, a true and correct copy of the foregoing was filed with the Clerk of Court for uploading to the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Tiffiny Douglas Pinkstaff*
Attorney

3