# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

TYLER TECHNOLOGIES, INC.,

    Plaintiff,

v.                                             CASE NO. 3:22-cv-1368-HLA-JBT

CITY OF JACKSONVILLE, FLORIDA,

    Defendant.
_____/

## NOTICE OF APPEARANCE OF CO-COUNSEL

PLEASE TAKE NOTICE that Christopher Garrett, Esq., Office of General Counsel, 117 West Duval Street, Suite 480, Jacksonville, Florida 32202, files this Notice of Appearance as co-counsel along with Tiffiny Douglas Pinkstaff, Esq. for the Defendant, City of Jacksonville, Florida, and requests service of all pleadings, notices and other papers in this matter.

Please forward all further pleadings, papers, and correspondence regarding the above-styled cause to the undersigned.

**DATED: FEBRUARY 3, 2023**        **OFFICE OF GENERAL COUNSEL**
                                                                       **CITY OF JACKSONVILLE**

                                                                       */s/ Christopher Garrett*
                                                                       Tiffiny Douglas Pinkstaff
                                                                       Assistant General Counsel
                                                                       Florida Bar No. 682101
                                                                       Christopher Garrett
                                                                       Chief, General Litigation

>Florida Bar No. 798541
>117 West Duval Street, Suite 480
>Jacksonville, Florida 32202
>Telephone:  (904) 255-5100
>Facsimile:   (904) 255-5120
>tpinkstaff@coj.net; bosburn@coj.net
>garrettc@coj.net; aseegobin@coj.net
>**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of February, 2023, a true and correct copy of the foregoing was filed with the Clerk of Court for uploading to the CM/ECF system which will send notice of electronic filing to all counsel of record.

>*/s/ Christopher Garrett*
>Attorney