IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TYLER TECHNOLOGIES, INC.,

      Plaintiff,

v.                                      CASE NO. 3:22-cv-01368-HLA-JBT

CITY OF JACKSONVILLE, FLORIDA,

      Defendant.

## NOTICE OF LEAD COUNSEL DESIGNATION

Pursuant to Local Rule 2.02(a), April Boyer, of the law firm of K&L Gates LLP, hereby provides notice that she is designated as lead counsel on behalf of Plaintiff Tyler Technologies, Inc. in the above-captioned matter.

                                                     */s/  April Boyer*
                                                     April Boyer (Trial Counsel)
                                                     Florida Bar No. 0168335
                                                   april.boyer@klgates.com
                                                   **K&L GATES LLP**
                                                   Southeast Financial Center
                                                   200 South Biscayne Boulevard, Ste. 3900
                                                   Miami, Florida 33131
                                                   Telephone: 305.539.3300

                                                 *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel or parties of record on this 8th day of February 2022.

*/s/ April Boyer*
April Boyer
