IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TYLER TECHNOLOGIES, INC.,

    Plaintiff,

v.

    CASE NO. 3:22-cv-01368-HLA-JBT

CITY OF JACKSONVILLE, FLORIDA,

    Defendant.

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c) I, on behalf of Plaintiff Tyler Technologies, Inc., certify that the instant action:

☐   **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

☒   **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

Dated: February 8, 2023

Respectfully submitted,

*/s/   April Boyer*
April Boyer (Trial Counsel)
Florida Bar No. 0168335
april.boyer@klgates.com
**K&L GATES LLP**
Southeast Financial Center
200 South Biscayne Boulevard, Ste. 3900
Miami, Florida 33131
Telephone: 305.539.3300

***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel or parties of record on this 8th day of February 2022.

*/s/ April Boyer*
April Boyer