United States District Court
Middle District of Florida
Jacksonville Division

**Tyler Technologies, Inc.,**

  *Plaintiff,*

v.               No 3:22-cv-01368-HLA-JBT

**City of Jacksonville, Florida,**

  *Defendant.*

## Unopposed Motion for Special Admission

  Beth W. Petronio, Esquire, moves for special admission to represent Tyler Technologies, Inc. in this action.

  I am neither a Florida resident nor a member in good standing of The Florida Bar.

  I am a member in good standing of a bar of a United States district court; specifically, the United States District Court for the Northern District of Texas.

  I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida: none.

  I will comply with the federal rules and this Court's local rules.

  I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

      /s/ Beth Petronio
Beth W. Petronio
**K&L GATES LLP**
1717 Main Street, Suite 2800
Dallas, TX  75201
Telephone:  214.939.5500
Facsimile:   214.939.5849
Email:  beth.petronio@klgates.com

## Local Rule 3.01(g) Certification

I have conferred with the opposing party and represent the opposing party is not opposed to my special admission.

      *Beth Petronio*
Beth W. Petronio