UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TYLER TECHNOLOGIES, INC.,

    Plaintiff,

v.                                              CASE NO. 3:22-cv-1368-HLA-JBT

CITY OF JACKSONVILLE, FLORIDA,

    Defendant.
_____/

## CITY'S NOTICE OF LEAD COUNSEL DESIGNATION

In accordance with Middle District of Florida Local Rule 2.02(a), Defendant, City of Jacksonville, hereby gives notice that Tiffiny Douglas Pinkstaff is designated as lead counsel for the City in the above-styled lawsuit.

DATED: FEBRUARY 22, 2023     OFFICE OF GENERAL COUNSEL
                                                   CITY OF JACKSONVILLE

                                                   */s/ Tiffiny Douglas Pinkstaff*
                                                   Christopher M. Garrett
                                                   Chief, General Litigation
                                                   Florida Bar No. 798541
                                                   Tiffiny Douglas Pinkstaff, Lead Counsel
                                                   Assistant General Counsel
                                                   Florida Bar No. 682101
                                                  117 West Duval Street, Suite 480
                                                   Jacksonville, Florida 32202
                                                   Telephone  904.255.5100
                                                   Email       garrettc@coj.net
                                                                     tpinkstaff@coj.net
                                                                     aseegobin@coj.net
                                                                     cregister@coj.net

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of February, 2023, a true and correct copy of the foregoing was filed with the Clerk of Court for uploading to the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Tiffiny Douglas Pinkstaff*
Attorney
