UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TYLER TECHNOLOGIES, INC.,

      Plaintiff,

v.                                  CASE NO. 3:22-cv-1368-HLA-JBT

CITY OF JACKSONVILLE, FLORIDA,

      Defendant.
_____/

## CITY'S DISCLOSURE STATEMENT

In accordance with Middle District of Florida Local Rule 3.03, Defendant, City of Jacksonville respectfully submits this Disclosure Statement identifying:

(1) Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

- Plaintiff/Counterclaim Defendant, Tyler Technologies, Inc.
- April Boyer, Esq., counsel for Tyler Technologies, Inc.
- Beth Petronio, Esq., counsel for Tyler Technologies, Inc.
- K&L Gates, LLP, law firm representing Tyler Technologies, Inc.
- Defendant/Counterclaim Plaintiff, City of Jacksonville

- Christopher M. Garrett, Esq., counsel for City of Jacksonville
- Tiffiny Douglas Pinkstaff, Esq., counsel for City of Jacksonville

(2)     Each entity with publicly traded shares or debt potentially affected by the outcome: None known other than those disclosed by Tyler Technologies, Inc. in its Certificate of Interested Persons and Corporate Disclosure Statement [Docket No. 3].

(3)     Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee: None known other than those disclosed by Tyler Technologies, Inc. in its Certificate of Interested Persons and Corporate Disclosure Statement [Docket No. 3].

(4)     Each person arguably eligible for restitution: Not Applicable.

## **CERTIFICATION**

The undersigned hereby certifies that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

| | |
|---|---|
| DATED: FEBRUARY 22, 2023 | OFFICE OF GENERAL COUNSEL<br>CITY OF JACKSONVILLE<br><br>*/s/ Tiffiny Douglas Pinkstaff*<br>Christopher M. Garrett<br>Chief, General Litigation<br>Florida Bar No. 798541<br>Tiffiny Douglas Pinkstaff, Lead Counsel<br>Assistant General Counsel<br>Florida Bar No. 682101<br>117 West Duval Street, Suite 480<br>Jacksonville, Florida 32202<br>Telephone  904.255.5100<br>Email       garrettc@coj.net<br>                 tpinkstaff@coj.net<br>                 aseegobin@coj.net<br>                 cregister@coj.net |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of February, 2023, a true and correct copy of the foregoing was filed with the Clerk of Court for uploading to the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Tiffiny Douglas Pinkstaff*
Attorney