# CONTRACT
## BETWEEN
## THE CITY OF JACKSONVILLE AND TYLER TECHNOLOGIES, INC. UTILIZING CITY OF TALLAHASSEE CONTRACT #TALL-17A1A FOR AUTOMATED LAW ELECTRONIC DOCUMENT RECORDS MANAGEMENT SYSTEM

This Contract is made and entered into as of the 30th day of June, 2020 (the **"Effective Date"**), by and between the **CITY OF JACKSONVILLE**, a municipal corporation existing under the Constitution and the laws of the State of Florida, for and on behalf of the Jacksonville Sheriff's Office (**"City"**), and **TYLER TECHNOLOGIES, INC.** a Delaware corporation authorized to conduct business in the State of Florida, with its principal offices located at 5101 Tennyson Parkway, Plano, Texas (**"Contractor"**).

## WITNESSETH:

**WHEREAS,** the City of Tallahassee, Florida (**"Tallahassee"**) entered into that certain License and Services Agreement Document No. TALL-17A1A executed December 13, 2017 with Tyler Technologies, Inc. (the **"Tallahassee Contract"**) for the purchase of an automated law electronic document records management system (the **"Solution"** or the **"Services"**);

**WHEREAS,** the Tallahassee Contract is in full force and effect, and has been competitively procured, awarded and contracted by Tallahassee, a municipal corporation existing under Florida laws;

**WHEREAS,** Section 126.211, *City of Jacksonville Ordinance Code,* authorizes and allows the City to utilize, contracts of municipal entities which have been competitively procured, awarded and contracted, to procure supplies and contractual services without formal advertisement;

**WHEREAS,** City's General Government Awards Committee approved the award of this Contract to Contractor on March 5, 2020;

**WHEREAS,** the City and Contractor have negotiated certain changes to the prices, terms and conditions of the Tallahassee Contract which terms are reflected in the License and Services Agreement attached to this Contract as Appendix 1 ( the **"License and Services Agreement"**) and which terms are the same or more favorable than the prices, terms and conditions of the Tallahassee contract; and

**WHEREAS,** this Contract also adds those contractual provisions the City is required to use by ordinance or policy;

**NOW THEREFORE,** in consideration of the mutual covenants contained in this Contract and for other good and valuable consideration, the parties agree as follows:

# Exhibit A

**Article 1.      Incorporation of Recitals:**

The recitals stated above are accurate, true and correct and, by this reference, are incorporated herein.

**Article 2.      Engagement of Contractor:**

City hereby engages Contractor and Contractor hereby agrees to provide the software and services described in the License and Services Agreement (the "**Solution**" or the "**Services**") to the City in accordance with the provisions of this Contract. To the extent of any conflict, the provisions of this document (without including Appendix 1) shall take precedence over the provisions of the License and Services Agreement.

**Article 3.      Coordination of Services Provided:**

The City and Contractor will each designate a Project Manager during the term of this Contract whose responsibility shall be to oversee performance of that party's duties and obligations pursuant to the terms of this Contract.   Each party shall provide prompt written notice to the other party of any changes to the party's Project Manager or his or her contact information; provided, such changes shall not be deemed contract amendments and may be provided via email.

**Article 4.      Duration of Agreement/Pricing Available to Other Entities:**

The term of this Contract shall commence on the Effective Date and shall continue and remain in full force and effect for seventy-nine months thereafter, unless sooner terminated as provided under this Contract (the "**Term**"). As required by Section 126.211(d), *City of Jacksonville Ordinance Code,* during the Term, the Services and the Solution shall be available to all using agencies and other political subdivisions, boards, agencies, or authorities existing in Duval County that may desire to purchase the Solution and the Services at the contract price provided under this Contract.

**Article 5.      Maximum Indebtedness:**

As required by Section 106.431, *City of Jacksonville Ordinance Code,* City's maximum indebtedness for all products and services under this Contract shall be a fixed monetary amount not-to-exceed **FIVE MILLION EIGHTY-TWO THOUSAND THREE HUNDRED SIXTEEN AND 00/100 DOLLARS ($5,082,316.00).**  City's obligations under this Contract are contingent upon the availability of lawfully appropriated funds for the Services, the Solution and this Contract.

**Article 6.      Notices:**

Notices under this Contract shall be delivered personally, sent by certified mail, return receipt requested, or by a nationally recognized overnight delivery service and are deemed effective upon the date of receipt or refused delivery:

If to the City:

Deidra Baines

2

Procurement Manager
Jacksonville Sheriff's Office
501 E. Bay Street
Jacksonville, FL 32202
(904) 630-5970
Deidra.Baines@jaxsheriff.org

With a copy to:

Office of General Counsel
City of Jacksonville
117 West Duval Street, Suite 480
Jacksonville, Florida 32202

As to the Contractor:

Tyler Technologies, Inc.
One Tyler Drive
Yarmouth, Maine 04096
Attention: Chief Legal Officer

**Article 7.    Compliance with Applicable Laws:**

As required by Section 126.108(b), *City of Jacksonville Ordinance Code,* Contractor (and any subcontractors) must comply with all applicable federal, state and local laws, rules and regulations as the same exist and as may be amended from time to time, including, but not limited to the following, as applicable to Contractor's performance under this Contract:

- Chapter 119, Florida Statutes (the Florida Public Records Law);
- Section 286.011, Florida Statutes (the Florida Sunshine Law);
- Chapter 602, Jacksonville Ordinance Code (the Jacksonville Ethics Code);
- Chapter 126, Jacksonville Ordinance Code (the Jacksonville Purchasing Code); and
- All licensing and certification requirements applicable to performing the Services.

**Article 8.    Conflicts of Interest:**

Contractor acknowledges that Section 126.112 of the Jacksonville Ordinance Code requires that a public official who has a financial interest in a bid or contract make a disclosure at the time that the bid or contract is submitted or at the time that the public official acquires a financial interest in the bid or contract, including but not limited to the public official's name, public office or position held, bid or proposal number, and the position or relationship of the public official with the bidder or contractor.

**Article 9.      Non Discrimination:**

As required by Section 126.404, Jacksonville Ordinance Code, Contractor represents that it has adopted and will maintain throughout the term of this Contract a policy of nondiscrimination or harassment against any person with regard to race, color, sex (including pregnancy), sexual orientation, gender identity or expression, religion, political affiliation, national origin, disability, age, marital status, veteran status, or any other impermissible factor in recruitment, hiring, compensation, training, placement, promotion, discipline, demotion, transfers, layoff, recall, termination, working conditions and related terms and conditions of employment.  Contractor agrees that, on written request, it will permit reasonable access to its records of employment, employment advertisement, application forms and other pertinent data and records, for the purpose of investigation to ascertain compliance with the non-discrimination provisions of the Contract; *provided however*, that Contractor shall not be required to produce, for inspection, records covering periods of time more than one (1) year prior to the effective date of this Contract.  Contractor agrees that, if any of the products or Services to be provided pursuant to this Contract are to be provided by a subcontractor, the provisions of this Article shall be incorporated into and become a part of the subcontract.

**Article 10.      Florida's Public Records Laws:**

(a) All documents, software and other material considered "public records" under Chapter 119, Florida Statutes (the "Florida Public Records Law") and received by City in connection with the Contract are subject to.  Contractor acknowledges that the definition of "public records" under applicable law is very broad.

(b) Any specific information that Contractor claims to be a trade secret or otherwise exempt from the Florida Public Records Law must be clearly identified as such by Contractor on all copies furnished to City.  City agrees to notify Contractor of any third-party request to view such information, but it is Contractor's obligation to obtain a court order enjoining disclosure.  If Contractor fails to timely obtain a court order enjoining disclosure of Contractor's receiving notice of the request, City may release the requested information.  Such release shall be deemed for purposes of the Contract to not be a violation of law, including but not limited to laws concerning trade secrets, copy right or other intellectual property.

(c) In accordance with Section 119.0701, Florida Statutes, the Contractor shall, to the extent required by applicable law:

(i)      Keep and maintain public records required by City to perform the Services; and

(ii)      Upon request from City's custodian of public records, provide City with a copy of the requested records or allow records to be inspected or copied within a reasonable time at a cost that does not exceed the cost provided for in Chapter 119, Florida Statutes, or as otherwise provided by law; and

(iii)      Ensure that public records that are exempt or confidential and exempt from public records disclosure requirements are not disclosed except as authorized by law for the

4

duration of the Term and following completion of this Contract if Contractor does not transfer the records to City; and

(iv) Upon completion of this Contract, transfer to City at no cost all public records in possession of Contractor or keep and maintain public records required by City to perform the Services in accordance with this Contract. If Contractor transfers all public records to City upon completion of this Contract, Contractor shall destroy any duplicate public records that are exempt or confidential and exempt from public records disclosure requirements. If Contractor keeps and maintains public records upon completion of this Contract, Contractor shall meet all applicable requirements for retaining public records. All records stored electronically must be provided to City upon request from City's custodian of public records in a format that is compatible with City's information technology systems.

**IF CONTRACTOR HAS QUESTIONS REGARDING THE APPLICATION OF CHAPTER 119, FLORIDA STATUTES, TO THE CONTRACTOR'S DUTY TO PROVIDE PUBLIC RECORDS RELATING TO THIS CONTRACT, CONTACT THE CITY'S CUSTODIAN OF PUBLIC RECORDS AT (904) 630-7678; <u>PRR@COJ.NET</u>; CITY OF JACKSONVILLE, PUBLIC RECORDS REQUEST, 214 N. HOGAN STREET, SUITE 1180, JACKSONVILLE, FLORIDA 32202.**

The above requirements in subsection (c) of this Article only apply if Contractor is a "Contractor" as defined in Section, 119.0701, Florida Statutes.

**Article 11.      Scrutinized Companies:**

The City, pursuant to Section 287.135(3)(c), Florida Statues, may terminate this Contract at City's option if Contractor:

(a)  Is found to have submitted a false certification under Section 287.135(5), Florida Statutes;

(b)  Has been placed in the Scrutinized Companies that Boycott Israel List created pursuant to Section 215.4725, Florida Statutes, or is engaged in a boycott of Israel;

(c)  Has been placed on the Scrutinized Companies with Activities in Sudan List or the Scrutinized Companies with Activities in the Iran Petroleum Energy Sector List created pursuant to Section 215.473, Florida Statutes; or

(d)  Has engaged in business operations in Cuba or Syria.

**Article 12.      Governing State Law/Severability/Venue:**

The rights, obligations and remedies of the parties as specified under this Contract shall be interpreted and governed in all aspects by the laws of the State of Florida. Should any provision of this Contract be determined by the courts to be illegal, unenforceable or in conflict with any applicable law, the validity of the remaining provisions shall not be impaired. Venue for litigation of this Contract shall be exclusively in State or Federal courts of competent jurisdiction located in Jacksonville, Duval County, Florida. The parties waive any and all rights to a jury trial with respect to disputes arising under the Contract.

**Article 13.      Indemnification, Limitation of Liability and Insurance**

Section H of the License and Services Agreement shall be deleted in its entirety and replaced with the following provision:

**Indemnification**

Contractor shall hold harmless, indemnify, and defend the City of Jacksonville and City's members, officers, officials, employees and agents (collectively, the "City Indemnified Parties") from and against, without limitation, any and all 3rd party claims, suits, actions, losses, damages, judgments, assessments, injuries, liabilities, fines, penalties, costs and expenses of whatsoever kind or nature (collectively, a "Claim"), which may be incurred by, charged to, instituted against, or recovered from any of the foregoing City Indemnified Parties for:

1.    General Tort Liability, for any negligent act, error or omission, recklessness or intentionally wrongful conduct on the part of the Contractor that causes injury (whether mental or corporeal) to persons (including death) or damage to property, whether arising out of or incidental to the Contractor's performance of the Contract, operations, services or work performed hereunder; and

2.    Intellectual Property Liability, arising from any third party claim(s) that the Tyler Software or Documentation (as such terms are defined in the License and Services Agreement) infringes a third party's patent, copyright, or trademark, or misappropriates its trade secrets, and will pay the amount of any resulting adverse final judgment (or settlement to which Contractor consents).

2.1    Contractor's obligations under this Article 13 will not apply to the extent the claim or adverse final judgment is based on City's use of the Tyler Software in contradiction of this Contract, including with non-licensed third parties, or City's willful infringement.

2.2    If Contractor receives information concerning an infringement or misappropriation claim related to the Tyler Software, Contractor may, at its expense and without obligation to do so, either: (a) procure for City the right to continue its use; (b) modify it to make it non-infringing; or (c) replace it with a functional equivalent, in which case City will stop running the allegedly infringing Contractor Software immediately. Alternatively, Contractor may decide to litigate the claim to judgment, in which case City may continue to use the Contractor's Software consistent with the terms of this Contract.

2.3    If an infringement or misappropriation claim is fully litigated and City's use of the Contractor's Software is enjoined by a court of competent jurisdiction, in addition to paying any adverse final judgment (or settlement to which Contractor consents), Contractor will, at its option, either: (a) procure the right to continue its use; (b) modify it to make it non-infringing; or (c) replace it with a functional equivalent. This section provides City's exclusive remedy for third party copyright, patent, or trademark infringement and trade secret misappropriation claims.

3. <u>Loss of Protected Information</u>, relating to or arising out of any access, use, disclosure, modification, or destruction of Protected Information resulting from Contractor's negligence or willful misconduct and that is not otherwise permitted under contract or applicable law. Contractor's obligations under this Article extend to its acts and omissions, as well as the acts and omissions of Contractor's employees, officers, independent contractors, or agents

City must notify Contractor promptly in writing of a Claim and give Contractor sole control over its defense or settlement. City agrees to provide Contractor with reasonable assistance, cooperation, and information in defending the claim at our expense.

**The scope and terms of the indemnity obligations herein described are separate and apart from, and shall not be limited by, any insurance provided pursuant to this Contract or otherwise. Such terms of indemnity shall survive the expiration or termination of the Contract.**

The City Indemnified Party shall provide Contractor with prompt written notice of the existence of any Claim; non-financial assistance at Contractor's request and expense to the extent reasonably necessary for the defense of such Claim; and control over the defense or settlement of such Claim, provided that no settlement requiring any financial payment from City Indemnified Party, admission of liability by City Indemnified Party, or equitable or injunctive relief shall be made without City Indemnified Party's prior written consent. The City Indemnified Party shall have the right to reasonably participate in the defense of any such Claim and through counsel of its choosing, all its own expense.

**Limitation of Liability**

Notwithstanding any other provision herein to the contrary and to the extent permitted by Florida law, neither City nor Contractor shall be liable for any speculative or unforeseeable damages or for any incidental, indirect, special, consequential or punitive damages or lost savings under any theory of relief, including, without limitation, breach of warranty, breach of contract, tort including negligence, strict liability or otherwise, arising out of or related to City's or Contractor's acts or omissions. Notwithstanding any other provision herein to the contrary and to the extent permitted by Florida law, for all direct damages arising out of or related to the Contract, Contractor's cumulative liability for such direct damages under this Contract will be limited to an amount not to exceed (a) for claims arising prior to Final Acceptance, one and one half times the Summary Total for One-Time Fees set forth in the Investment Summary, or (b) for claims arising after Final Acceptance, one and one-half times the total of the then-current annual aggregate Support and Maintenance and SaaS or other recurring fees. This limitation of liability is separate and apart from the insurance requirements under the Contract. The foregoing limitations of liability do not apply to (i) third party claims arising under any of the indemnity, including but not limited to indemnification obligations related to third party intellectual property rights, or (ii) costs or attorneys' fees that the City is entitled to recover as a prevailing party in any action. These limitations of liability are in no way to be construed as a waiver or limitation by City of its sovereign immunity accorded by the Florida Constitution as codified in § 768.28, Florida Statutes.

**Insurance**

Without limiting its liability under this Contract, Contractor shall at all times during the term of this Contract procure prior to commencement of work and maintain at its sole expense during the life of this Contract(and Contractor shall require its, subcontractors, laborers, materialmen and suppliers to provide, as applicable), insurance of the types and limits not less than amounts stated below:

## Insurance Coverages

| Schedule | Limits |
|---|---|
| | |

**Cyber Liability & Data Storage**          $1,000,000 per Claim and Aggregate

Such insurance shall be cover, at a minimum, the following:

- Data Loss and System Damage Liability (when applicable)
- Security Liability
- Privacy Liability
- Privacy/Security Breach Response Coverage, including Notification Expenses

Such Cyber Liability coverage must be provided on an Occurrence Form or, if on a Claims Made Form, the retroactive date must be no later than the first date of this Contract and such claims-made coverage must respond to all claims reported within three years following the period for which coverage is required and which would have been covered had the coverage been on an occurrence basis.

| **Commercial General Liability** | | |
|---|---|---|
| | $2,000,000 | General Aggregate |
| | $2,000,000 | Products & Comp. Ops. Agg. |
| | $1,000,000 | Personal/Advertising Injury |
| | $1,000,000 | Each Occurrence |
| | $    50,000 | Fire Damage |
| | $     5,000 | Medical Expenses |

Such insurance shall be no more restrictive than that provided by the most recent version of the standard Commercial General Liability Form (ISO Form CG 00 01) as filed for use in the State of Florida without any restrictive endorsements other than those reasonably required by the City's Office of Insurance and Risk Management. An Excess Liability policy or Umbrella policy can be used to satisfy the above limits.

**If Contractor will be performing its services onsite then the below Contractor must maintain the additional below coverages:**

**Automobile Liability**          $1,000,000     Combined Single Limit
(Coverage for all automobiles, owned, hired or non-owned used in performance of the Contract)

Such insurance shall be no more restrictive than that provided by the most recent version of the standard Business Auto Coverage Form (ISO Form CA0001) as filed for use in the State of Florida

8

without any restrictive endorsements other than those which are required by the State of Florida, or equivalent manuscript form, must be attached to the policy equivalent endorsement as filed with ISO (i.e., mandatory endorsement).

| | |
|---|---|
| **Worker's Compensation** | Florida Statutory Coverage |
| **Employer's Liability** | $ 100,000 Each Accident |
| | $ 500,000 Disease Policy Limit |
| | $ 100,000 Each Employee/Disease |

This insurance shall cover the Contractor for those sources of liability which would be covered by the latest edition of the standard Workers' Compensation policy, as filed for use in the State of Florida by the National Council on Compensation Insurance (NCCI), without any restrictive endorsements other than the Florida Employers Liability Coverage Endorsement (NCCI Form WC 09 03), those which are required by the State of Florida, or any restrictive NCCI endorsements which, under an NCCI filing, must be attached to the policy (i.e., mandatory endorsements).  In addition to coverage for the Florida Workers' Compensation Act, where appropriate, coverage is to be included for the Federal Employers' Liability Act, USL&H and Jones, and any other applicable federal or state law.

## Additional Insurance Provisions

A.    Certificates of Insurance.  Contractor shall deliver the City Certificates of Insurance that shows the corresponding **City Contract or Bid Number** in the Description, **Additional Insureds, Waivers of Subrogation** and **Primary & Non-Contributory statement** as provided below. The certificates of insurance shall be mailed to the City of Jacksonville (Attention: Chief of Risk Management), 117 W. Duval Street, Suite 335, Jacksonville, Florida 32202.

B.    Additional Insured:  All insurance except Worker's Compensation and Employers Liability shall be endorsed to name the City of Jacksonville and City's members, officials, officers, employees and agents as Additional Insured (with such naming for Cyber Liability and Data Storage as Additional Vicarious Insured).  Additional Insured for General Liability shall be in a form no more restrictive than CG2010 and CG2037, Automobile Liability CA2048.

C.    Waiver of Subrogation.  The commercial general liability and automobile liability policies shall be endorsed to provide for a waiver of underwriter's rights of subrogation in favor of the City of Jacksonville and its members, officials, officers employees and agents for claims that arise out of or relate to this Contract and are between City and Contractor..

D.    Contractor's Insurance Primary.  The insurance provided by the Contractor under the commercial general liability and automobile liability policies shall apply on a primary basis to, and shall not require contribution from, any other insurance or self-insurance maintained by the City or any City members, officials, officers, employees and agents.

E.    Deductible or Self-Insured Retention Provisions.  All deductibles and self-insured retentions associated with coverages required for compliance with this Contract shall remain the sole and

exclusive responsibility of the named insured Contractor. Under no circumstances will the City of Jacksonville and its members, officers, directors, employees, representatives, and agents be responsible for paying any deductible or self-insured retentions related to this Contract.

F.   Contractor's Insurance Additional Remedy. Compliance with the insurance requirements of this shall not limit the liability of the Contractor or its Subcontractors, employees or agents to the City or others. Any remedy provided to City or City's members, officials, officers, employees or agents shall be in addition to and not in lieu of any other remedy available under this Contract or otherwise.

G.   Waiver/Estoppel. Neither approval by City nor failure to disapprove the insurance furnished by Contractor shall relieve Contractor of Contractor's full responsibility to provide insurance as required under this Contract.

H.   Carrier Qualifications. The above insurance shall be written by an insurer holding a current certificate of authority pursuant to chapter 624, Florida State or a company that is declared as an approved Surplus Lines carrier under Chapter 626 Florida Statutes. Such Insurance shall be written by an insurer with an A.M. Best Rating of A- VII or better.

I.   Notice. The Contractor shall provide to the City thirty (30) days prior written notice of any material change in the above insurance coverage limits or cancellation, including expiration or non-renewal that causes Contractor not to comply with the insurance requirements of the Contract. If such endorsement is not provided, the Contractor, as applicable, shall provide said a thirty (30) days written notice of any change in the above coverages or limits, coverage being suspended, voided, cancelled, including expiration or non-renewal.

J.   Survival. Anything to the contrary notwithstanding, the liabilities of the Contractor under this Contract shall survive and not be terminated, reduced or otherwise limited by any expiration or termination of insurance coverage.

Special Provisions: Prior to executing this Contract, Contractor shall present this Contract to its Insurance Agent affirming: 1) That the Agent has personally reviewed the insurance requirements of the Contract Documents, and(2) That the Agent is capable (has proper market access) to provide the coverages and limits of liability required on behalf of Contractor.

## Article 14. Travel and Taxes

To the extent Contractor's fees include reimbursement for travel or travel- related expenses, such travel and travel-related expenses shall be subject to and governed by the provisions and limitations of Chapter 106, Part 7, City of Jacksonville Ordinance Code. Contractor acknowledges and agrees that Contractor has received from City a valid and correct tax exemption certificate applicable to the purchase under this Contract and Contractor shall not include taxes in any invoices submitted to City under this Contract.

**Article 15.  Data Security Requirements**

In performing the Services under the Contract, Contractor will  need access to certain personal information as well as other confidential information including confidential business information of the City, and, to the extent City's data is in Contractor's possession, Contractor must safeguard such information in accordance with the requirements set forth in this Article.

(a)      Protected Information Defined. This Article shall apply to information provided by City that is accessed, created, received, maintained, processed, modified, used, disclosed or destroyed in connection with the Services by Contractor,  in whatever form including but not limited to paper, electronic or oral, that is (a) individually  identifiable information about City employees, employees' family members, residents, independent contractors, and other individuals, including but not limited to any individually identifiable health  or financial information, (b) other confidential or proprietary information provided by City, and (c) marked or otherwise designated in writing as confidential by City or would appear to a reasonably prudent person to be non-public, confidential or proprietary in nature ("**Protected  Information**").

(b)      All Protected Information shall remain the sole and exclusive property of City.

(c)      As used herein, Protected Information does not include information that (i) was publicly known through no unauthorized act of the Contractor, or otherwise known to the Contractor without an  obligation of confidentiality, at the time of disclosure, (ii) subsequently becomes publicly known  through no unauthorized act or omission of the Contractor, (iii) rightfully received from a third  party without an obligation of confidentiality; or (iv) independently developed by the Contractor  without the use of the Protected Information.

(d)      The Contractor shall maintain any Protected Information in confidence to be used solely for  purposes of conducting Services.

(e)      The Contractor shall ensure that, except as required by law, Protected Information will be accessed,  created, received, maintained, processed, modified, used, disclosed or destroyed by  only  Contractor's employees, officers, subcontractors, independent contractors or agents and solely as  necessary  and appropriate to perform the Services.

(f)      In the event access to Protected Information to perform the Services requires access to the City's computer network, Contractor shall:

•  Permit access only to Authorized Parties and no other persons.  (As used herein: (i) "**Authorized Party**" means an employee or Affiliate of the Contractor or a third party engaged by Contractor who has a  need to know or otherwise access Protected Information to enable Contractor to perform its obligations under the Contract, and who is bound in writing as provided below, and (ii) "**Affiliate**" of Contractor means and includes any other person or entity directly or indirectly controlling or controlled by or

11

under direct or indirect common control with Contractor. For purposes of this definition, "control," "controlling," and "controlled," when used with respect to such other person means the power to direct the management and policies of such other person, directly or indirectly, whether through the ownership of voting securities, by contract, or otherwise.)

• Be responsible for any unauthorized access to City's computer network by Contractor's employees, affiliates, or third party contractors (if any).

• Not knowingly introduce any viruses, worms, time bombs, time locks, drop dead devices, traps, access codes, trap door devices, or any other malicious software that is designed to disrupt, disable, erase, alter, harm, or otherwise impair City, City information available through the computer network, or City's computer network.

• Maintain the confidentiality of access credentials to the City computer network.

• Promptly notify City of any actual or potential loss, disclosure, or unauthorized access of access credentials of which Contractor has knowledge to the City computer network or any City information available through the computer network.

(g) Contractor will not, directly or indirectly, disclose Protected Information to a third party (subcontractor, independent contractor, agent, etc.) without express written consent from City unless and to the extent required by law enforcement or government bodies or as otherwise to the extent expressly required by applicable law or regulations or in the Contract; provided, however, that in the event such information is requested by a law enforcement authority or governmental authority (or is required to be divulged by law or regulation) Contractor shall give advance notice of such disclosure requirement to City and shall give City a reasonable opportunity to object to and contest such disclosure, including by seeking a protective order or other appropriate remedy. In the event Contractor is permitted hereunder to disclose Protected Information to a third party, the Contractor must obtain the written agreement from such third party agreeing to be subject to the same terms, conditions, protections, and limitations with respect to Protected Information contained in this Article 15, and Contractor shall remain liable to City for the actions and omissions of the third party concerning the treatment of the Protected Information, in accordance with the terms herein.

(h) Contractor will not use, sell, rent, transfer, barter, exchange, assign, distribute, or otherwise process or make available Protected Information for Contractor's own purposes or for the benefit of anyone other than City without City's express written consent.

(i) In the event Protected Information is accessed, created or received by Contractor on behalf of City and pursuant to a third-party authorization, such information may be used or further disclosed only as specifically set forth in such authorization. The City must provide Tyler with such authorization prior to disclosing such Protected Information.

(j) Except as directed by City in writing or as required under subsection (m) below, Contractor may not modify or destroy any Protected Information. In the event Contractor is permitted to destroy Protected Information under this Article,

12

Contractor shall burn, pulverize, or shred papers or destroy or erase electronic files or media so that the information on such papers, files, and media cannot be read or reconstructed as per applicable industry accepted frameworks. Nothing in this Contract requires the parties to erase any Protected Information that is in an archived computer backup system in accordance with their respective security and/or disaster recovery procedures and the parties may each retain copies of Protected Information to the extent required to comply with all legal, contractual, or regulatory requirements. All Protected Information so retained will continue to be subject to the terms of this Contract. Contractor agrees that its retention of Client Data in backups shall not exceed one (1) year except as required by applicable law or this Contract.

(k) Contractor shall use appropriate safeguards to prevent any access, use, modification, disclosure or destruction of Protected Information other than as permitted under this Article, which shall include but not be limited to administrative, physical and technical safeguards as necessary and appropriate to protect the confidentiality, security, integrity and availability of Protected Information, and which shall be no less rigorous than accepted applicable industry practices. Such safeguards shall include, without limitation, all of the following:

- a high level member of management with responsibility for safeguarding of Protected Information;

- periodic risk assessments (no less frequently than annually) for appropriateness of safeguards and make appropriate modifications;

- information systems authentication and access controls;

- data breach response protocol;

- securing physical facilities, data centers, servers, back-up systems and computing equipment, including, but not limited to, encryption and password protection for all mobile devices and other equipment with information storage capability to the extent technically feasible;

- network, device application, database and platform security;

- encryption of Protected Information at rest and in transit;

- authentication and access controls within media, applications, operating systems and equipment;

- disaster recovery and business continuity protocols;

- securing all paper files;

- securing transmission, storage and disposal of Protected Information;

- personnel security and integrity measures including, but not limited to, background checks consistent with applicable law;

- conducting external and internal penetration testing and vulnerability scans and promptly implementing, at Contractor's sole cost and expense, a corrective action plan to correct the issues that are reported as a result of the testing;

- conducting and documenting training for all employees and other workforce members who will have access to Protected Information; and

- access controls, including logging of all access and exfiltration, and retention of such access control logs for a period of no less than one (1) year.

(l) A "**Breach of Protected Information**" shall mean (i) any act or omission that materially compromises Protected Information or the physical, technical, administrative, or organizational safeguards put in place by Contractor (or its agents or subcontractors), or by City should Contractor have access to City's systems, that relate to the protection of Protected Information, (ii) any unauthorized access, uses, disclosure, modification, or destruction of Protected Information known to Contractor whether or not harm is likely to result from the Breach, or (iii) receipt of a complaint in relation to the privacy practices of Contractor.  Contractor shall report a Breach of Protected Information to City without unreasonable delay but not later than seventy-two (72) hours after becoming aware of the Breach of Protected Information.  Contractor shall provide such report by e-mailing **networkengineers@jaxsheriff.org** with a read receipt with a copy to City under the notice provisions of this Article.  In the event of a Breach of Protected Information, the Contractor shall (i) shall not inform any third party, except law enforcement or insurers, of any Breach of Protected Information without first obtaining City's prior written consent; (ii) provide City with the name and contact information for an employee of Contractor who shall serve as City's primary contact and shall be available to assist City in resolving obligations associated with a Breach of Protected Information; (iii) abide by City's determination concerning whether a reportable breach has occurred under applicable law and the steps necessary to comply with the notice requirements, including the content of the notices; and (iv) comply with all reasonable requests to assist in the investigation and mitigation of the Breach of Protected Information, including reasonably cooperating with City in any litigation or other formal action against third parties deemed necessary by City to protect its rights, and using its commercially reasonable efforts to remediate the Breach in a timely manner.

(m) The duties and obligations under this Article shall commence as of the effective date of this Contract (or, if earlier, the first date any Protected Information was provided to Contractor), and shall terminate upon the earlier of the termination of this Contract or the date the Contractor no longer maintains or has access to any Protected Information, provided, however, subsection (n) shall survive the termination of the Contract, and this Article shall survive so long as the Contractor retains any Protected Information.

Upon termination of this Contract for any purpose, Contractor shall return to City or destroy all Protected Information in its possession that is not necessary to perform any remaining services under the Contract. Contractor will contact City to determine whether the Protected Information (regardless of how stored by Contractor) must be: (a) returned to City; or (b) destroyed. This provision shall apply to Protected Information that is in the possession of subcontractors,

independent contractors or agents of Contractor. Except as otherwise agreed to by the Parties, Contractor shall retain no copies of Protected Information. In the event that City does not respond to such inquiry within sixty (60) days of receipt thereof, Contractor shall destroy all such Protected Information in its possession. Notwithstanding the foregoing, Contractor may retain a copy of such Protected Information as Contractor is required to retain for its regulatory purposes (but only the Protected Information necessary for compliance and only for as long as it is so required), provided that such copy must be safeguarded by Contractor consistent with the terms of this Article. At such time as the Protected Information is no longer required to be maintained by Contractor for its regulatory purposes, Contractor shall destroy said information.

Upon City's request, Contractor shall reasonably cooperate with City requests for information related to handling of City Data by Contractor in connection with audit by the City.

**Article 16.  Reserved**

**Article 17.  Acceptance**

(a)     The term "Acceptance" shall mean written notice by City's Project Manager to Contractor's Project Manager that a Deliverable has been completed in accordance with the requirements of the Contract to City's reasonable satisfaction. Acceptance does not in any way limit City's rights under the Contract or applicable laws, rules and regulations.

(b)     The term "Deliverable" shall mean each implementation-related deliverable set forth in this Contract, and any additional implementation-related deliverables identified and documented in the Statement of Work or Payment Milestones, and includes all work product, supporting documentation and other services that Contractor is required to, or otherwise does, deliver to City in connection with that deliverable. For the avoidance of doubt, Tyler Software shall not be considered a deliverable under this Contract for purposes of this Article 17.

(c)     City's Project Manager will make the determination when a Deliverable is completed and there is Acceptance by City. Acceptance will as promptly as commercially reasonable and without delay while not unduly extending the project timelines in the project work plan be made by City only in writing. City will reject any Deliverable that is not in accordance with the requirements of the Contract, and shall not be deemed to have Accepted any Deliverable until City has had a reasonable time to test the Deliverable following delivery or, if later, within a reasonable time after any deficiency in the Deliverable has become apparent. City may partially accept a Deliverable. In such event that Contractor agrees to such partial acceptance, the parties shall agree to reduce payments to be made under the Contract commensurate with the extent of the portion of the Deliverable not delivered. Any Acceptance by City, even if non-conditional, shall not be deemed a waiver of its warranty rights under this Contract.

(d)     The following Acceptance procedure will be used for each Deliverable:  Once Contractor's Project Manager presents a Deliverable as completed to City, City will have the time

period, as is agreed upon in writing in advance by City and Contractor, to inspect and test such Deliverable (the "Testing Period") to ensure that it conforms to the Contract, including all specifications and requirements contained in this Contract.  City will either (i) Accept the Deliverable; or (ii) provide written notice to Contractor stating how the Deliverable does not conform to the Contract (the "Non-Acceptance Notice").

(e)     Upon receipt of the Non-Acceptance Notice, Contractor, at Contractor's sole cost and expense, shall as promptly as commercially reasonable and without delay while not unduly extending the project timelines in the project work plan, (or such other time period as is agreed upon in writing in advance by City and Contractor) correct the non-conformances specified in the Non-Acceptance Notice and redeliver the Deliverable to City.

(f)     The parties shall repeat the process set forth in the immediately preceding two paragraphs until the Deliverable has been Accepted; provided, however, if Contractor: (i) fails to re-deliver any Deliverable within the time period specified, or (ii) fails more than twice to remedy a non-conformity, City will have the right, at City's option, to:  (w) provide Contractor with an additional cure period; (x) accept the Deliverable as nonconforming, in which case payments otherwise due to the Contractor will be reduced equitably, by mutual agreement of City and Contractor, to reflect the value of the Deliverable as received relative to the value of the Deliverable had it conformed to the specifications and requirements set forth in the Contract; (y) reject the Deliverable, in which case payments otherwise due to the Contractor will be reduced equitably by mutual agreement to reflect the value of the Deliverable as received relative to the value of the Deliverable had it conformed to the specifications and requirements set forth in the Contract; or, if the Deliverable is material to City's operations, (z) treat such failure as a material breach, subject to the termination provisions of this Contract.

Notwithstanding City's Acceptance of any Deliverable, upon delivery of any associated Deliverable or the final completed Deliverable, City shall have the right during the Implementation Period to perform additional tests on each previously accepted Deliverable to ensure continued compliance with City's requirements.  City shall perform such testing, and Contractor shall correct any nonconformities with respect to such requirements, in accordance with the procedures set forth in this Section, as though each such Deliverable was delivered on the date of delivery of the associated or final Deliverable.  For the avoidance of doubt, the subsequent testing and acceptance of a deliverable shall not limit warranty rights the City otherwise has under this Contract.

### Article 18.     Qualification of Contractor Employees, Subcontractors, and Agents:

All employees, subcontractors and agents of Contractor performing work under the Contract shall be properly trained and qualified.  Upon request, Contractor shall furnish a copy of technical certification or other proof of qualification.  All employees, subcontractors and agents performing work under the Contract must comply with all reasonable administrative requirements of City and with all controlling laws and regulations relevant to the services they are providing under the Contract. All Contractor employees sign a confidentiality agreement and security policies.  In the event that Contractor personnel provide services that do not conform to the services warranty provided in this Contract, Contractor shall be given a reasonable opportunity to correct the deficiency.  In the event the deficiency persists, City may require the removal of the personnel in

16

question.   In the event of such a removal, Contractor shall, within thirty (30) days, fill this representative vacancy.  Notwithstanding the foregoing, the parties agree to work towards a mutually agreeable remedy in the event of a change in personnel, including managing the effect upon the timelines and milestones set forth in the SOW and any project plans. The foregoing notwithstanding, City may refuse access to, or require replacement of, any personnel for reasonable cause.

**Article 19.     Criminal Justice Information Security:**

The Solution and all Services and Software , provided to City under this Contract, as required by applicable law, shall comply at all times with all provisions of the Criminal Justice Information Security (CJIS) Security Policy and with all criminal justice security requirements of the Florida Department of Law Enforcement (FDLE).  Contractor shall comply with the requirements set forth in the CJIS Addendum attached to this Contract as Appendix 2.

**Article 20.     Reserved.**

**Article 21.     Counterparts:**

The parties agree that for the execution of this Contract, time is of the essence. Therefore, this Contract, and all amendments thereto, may be executed in several counterparts, each of which shall be deemed an original, and all of such counterparts together shall constitute one and the same instrument. The parties further agree that email transmission of all signatures with originals to follow shall constitute and be evidence of an executed contract.

**IN WITNESS WHEREOF**, the parties hereto have executed this Contract as of the Effective Date.

Witness:                                                  **Tyler Technologies, Inc.**

_____          By: *Sherry Clark*
Print Name:_____          Print Name:\_\_\_\_\_Sherry Clark_____
                                                         Title:_____Sr. Corporate Attorney\_\_\_\_

Attest:                                                  **City of Jacksonville**

By\_\_James R. McCain_____          By_____
James R. McCain, Jr.                                     Lenny Curry
Corporation Secretary                                    Mayor

                                                         Brian Hughes
                                                         Chief Administrative Officer
                                                         For Mayor Lenny Curry
                                                         Under Authority of:
                                                         Executive Order No: 2019-02

In compliance with the *Ordinance Code* of the City of Jacksonville, I do hereby certify that there is an unexpended, unencumbered, and unimpounded balance in the appropriation sufficient to cover the foregoing Contract, and provision has been made for the payment of the monies provided therein to be paid from the following account:

By:_____
Director of Finance
Contract No.: 70218-20

Form Approved:

By:_____
Office of General Counsel

GC-#1368315-v1-JSO_Tyler_Technologies_piggyback_Tallahassee_#TALL-17A1A.doc

18

**Appendix 1**

**License and Services Agreement**

Appendix 1



## LICENSE AND SERVICES AGREEMENT

This License and Services Agreement is made between Tyler Technologies, Inc. and Client and is incorporated into and a part of that certain Contract between the City of Jacksonville and Tyler Technologies, Inc. utilizing City of Tallahassee Contract #TALL-17A1A for Automated Law Electronic Document Records Management System (the "Contract").

WHEREAS, Client selected Tyler to license the software products and perform the services set forth in the Investment Summary and Tyler desires to perform such actions under the terms of the Contract and this Agreement;

NOW THEREFORE, in consideration of the foregoing and of the mutual covenants and promises set forth in this Agreement, Tyler and Client agree as follows:

### SECTION A – DEFINITIONS

- **"Acceptance"** shall have the meaning given to the term in Article 17 of the Contract.
- **"Affiliated Organization"** means a government entity separate from you, but which will have access to the Tyler Software detailed in <u>Exhibit A</u> and licensed to you under this Agreement. Permissible Affiliated Organizations are listed in <u>Exhibit A</u>. Your authorized representative may request additional government entities be added as Affiliated Organizations at any time by providing written notice to us. An authorized representative is a person with the authority to bind you contractually. Section J(15) notwithstanding, notice of this request may be by email to your Tyler account representative. Upon our written acceptance of your request, the proposed government entity will become an Affiliated Organization under this Agreement.
- **"Agreement"** means this License and Services Agreement.
- **"Business Travel Policy"** means the Client's travel policy which can be found in Chapter 106, Part 7, City of Jacksonville Ordinance Code.
- **"Client"** means City of Jacksonville, Florida.
- **"Contract"** has the meaning set forth in the preamble to this Agreement.
- **"Defect"** means a failure of the Tyler Software to substantially conform to the functional descriptions set forth in our Documentation provided to you prior to the Effective Date of the Contract. Future functionality may be updated, modified, or otherwise enhanced through our maintenance and support services, and the governing functional descriptions for such future functionality will be set forth in our then-current Documentation.
- **"Developer"** means a third party who owns the intellectual property rights to Third Party Software.
- **"Documentation"** means any online or written documentation related to the use or functionality of the Tyler Software that we provide or otherwise make available to you, including instructions, user guides, manuals and other training or self-help documentation.
- **"Effective Date"** means the date on which your authorized representative signs the Contract.
- **"Escalation Services"** means the process available for service level escalations.
- **"Final Acceptance"** means the Tyler Software is operating as warranted in a full production environment with no P1 Events for a period of 30 consecutive days.

Appendix 1

- **"Force Majeure"** means an event beyond the reasonable control of you or us, including, without limitation, governmental action, war, riot or civil commotion, fire, natural disaster, or any other cause that could not with reasonable diligence be foreseen or prevented by you or us.
- **"Investment Summary"** means the agreed upon cost proposal for the software, products, and services attached as <u>Exhibit A</u>.
- **"Invoicing and Payment Policy"** means the invoicing and payment policy. A copy of our current Invoicing and Payment Policy is attached as <u>Exhibit B</u>.
- **"Maintenance and Support Agreement"** means the terms and conditions governing the provision of maintenance and support services and attached as <u>Exhibit C</u>.
- **"Project Plan"** means the plan, developed by Client and Tyler, that includes, without limitation: a schedule of tasks and milestone dependencies; testing and acceptance protocols; resource requirements to include equipment, materials and facilities.
- **"Service Levels"** means the service levels attached as Schedule 1 to Exhibit C.
- **"Staffing Plan"** means the plan, developed by Client and Tyler, that includes, without limitation, the specific names and responsibilities of Client's and Tyler's respective project team members.
- **"Statement of Work"** means the industry standard implementation plan describing how our professional services will be provided to implement the Tyler Software, and outlining your and our roles and responsibilities in connection with that implementation. The Statement of Work is attached as <u>Exhibit J</u>.
- **"Support Call Process"** means the support call process applicable to all of our customers who have licensed the Tyler Software.
- **"Third Party Terms"** means, if any, the end user license agreement(s) or similar terms for the Third Party Software, as applicable and attached as <u>Exhibit D</u>.
- **"Third Party Hardware"** means the third party hardware, if any, identified in the Investment Summary.
- **"Third Party Products"** means the Third Party Software and Third Party Hardware.
- **"Third Party Software"** means the third party software, if any, identified in the Investment Summary.
- **"Tyler"** means Tyler Technologies, Inc., a Delaware corporation, as successor-in-interest to New World Systems.
- **"Tyler Software"** means our proprietary software, including any integrations, custom modifications, and/or other related interfaces identified in the Investment Summary and licensed by us to you through this Agreement.
- **"we", "us", "our"** and similar terms mean Tyler.
- **"you"** and similar terms mean Client.

## SECTION B – SOFTWARE LICENSE

1. <u>License Grant and Restrictions</u>.

    1.1 We grant to you a license to use the Tyler Software for your internal business purposes only, in the scope of the internal business purposes disclosed to us as of the Effective Date. You may make copies of the Tyler Software for backup and testing purposes, so long as such copies are not used in production and the testing is for internal use only. Your rights to use the Tyler Software are perpetual but may be revoked if you do not comply with the terms of this Agreement.

    1.2 The Documentation is licensed to you and may be used and copied by your employees for internal, non-commercial reference purposes only, subject to Article 10 of the Contract.

Appendix 1

1.3 You may not: (a) transfer or assign the Tyler Software to a third party; (b) reverse engineer, decompile, or disassemble the Tyler Software; (c) rent, lease, lend, or provide commercial hosting services with the Tyler Software; or (d) publish or otherwise disclose the Tyler Software or Documentation to third parties, subject to Article 10 of the Contract.

1.4 The license terms in this Agreement apply to updates and enhancements we may provide to you or make available to you through your Maintenance and Support Agreement.

1.5 The right to transfer the Tyler Software to a replacement hardware system is included in your license. You will give us advance written notice of any such transfer and will pay us for any required or requested technical assistance from us associated with such transfer.

1.6 The Tyler Software and Documentation are protected by copyright and other intellectual property laws and treaties. We own the title, copyright, and other intellectual property rights in the Tyler Software and the Documentation. **The Tyler Software is licensed, not sold.**

2. <u>License Fees</u>. You agree to pay us the license fees in the amounts set forth in the Investment Summary in accordance with our Invoicing and Payment Policy and the other terms and conditions of the Contract.

3. <u>Escrow</u>. We maintain an escrow agreement with a third party under which we place the source code for each major release of the following Tyler Software: New World Public Safety CAD and RMS; SoftCode Civil Serve; and Brazos e-Citation. You may be added as a beneficiary to the escrow agreement by completing a standard beneficiary enrollment form and paying the annual beneficiary fee set forth in the Investment Summary. You will be responsible for maintaining your ongoing status as a beneficiary, including payment of the then-current annual beneficiary fees. Release of source code for the Tyler Software is strictly governed by the terms of the escrow agreement.

4. <u>Affiliated Organizations for the Tyler Software</u>.

   4.1 <u>Access by Affiliated Organizations</u>. We will permit you to grant each Affiliated Organization access to the Tyler Software hosted from your servers. You understand and agree that you are solely responsible for making the Tyler Software available to any Affiliated Organizations, and that we do not warrant, and are not responsible for, the performance of your servers or any Affiliated Organization's access thereto.

   4.2 <u>Application of this Agreement</u>. Each Affiliated Organization must abide by the terms and conditions of this Agreement.

   4.3 <u>Termination of Access of an Affiliated Organization</u>. You agree to deny an Affiliated Organization's access to the Tyler Software upon written notice from us that the applicable Affiliated Organization has violated the terms of this Agreement.

## SECTION C – PROFESSIONAL SERVICES

1. <u>Services</u>. We will provide you the various implementation-related services itemized in the Investment Summary and described in the Statement of Work.

2. <u>Professional Services Fees</u>. You agree to pay us the professional services fees in the amounts set forth in the

tyler

3

Appendix 1

Investment Summary in accordance with our Invoicing and Payment Policy and the Contract. You acknowledge that the fees stated in the Investment Summary are fixed for the implementation services described in the Investment Summary and the Statement of Work regardless of the time and materials required for us to complete such services. We will bill you the fees set forth in the Investment Summary as set forth in the Payment Policy and the Contract.

3. <u>Additional Services</u>. The Investment Summary contains, and the Statement of Work describes, the scope of services and related costs (including programming and/or interface costs) required for the project based on our understanding of the specifications you supplied. If you request in writing additional products or services beyond those set forth in the Investment Summary, we will provide you with an addendum or change order, as applicable, outlining the costs for the additional work. The price quotes in the addendum or change order will be valid for thirty (30) days from the date of the quote.

4. <u>Cancellation</u>. If travel is required, we make all reasonable efforts to schedule our personnel for travel, including arranging travel reservations, at least two (2) weeks in advance of commitments. Therefore, if you cancel services less than two (2) weeks in advance (other than for Force Majeure or breach by us), you will be liable for all (a) non-refundable expenses incurred by us on your behalf, and (b) daily fees associated with cancelled professional services if we are unable to reassign our personnel. We will make all reasonable efforts to reassign personnel in the event you cancel within two (2) weeks of scheduled commitments. The foregoing notwithstanding, Tyler agrees to waive collection of fees payable pursuant to this provision for the first two (2) such instances.

5. <u>Site Access and Requirements</u>. At no cost to us, you agree to provide us with full and free access to your personnel, facilities, and equipment as may be reasonably necessary for us to provide implementation and maintenance and support services, subject to any reasonable security protocols or other written policies provided to us as of the Effective Date. If we need such access after you have developed any new such security protocols or written policies after the Effective Date, you must (1) provide us with an opportunity to review such new policies in advance and (2) Tyler will not be responsible for any costs associated with implementation of the new security protocols or policies unless mutually agreed upon in writing. . You further agree to provide a reasonably suitable environment, location, and space for the installation of the Tyler Software and any Third Party Products, including, without limitation, sufficient electrical circuits, cables, and other reasonably necessary items required for the installation and operation of the Tyler Software and any Third Party Products. Notwithstanding any statements to the contrary, Tyler agrees, at its sole cost, that their project team members shall successfully complete appropriate security clearances and protocols for access to Client's technology infrastructure, including background checks required by CJIS and FDLE.

6. <u>Client Assistance</u>. You acknowledge that the implementation of the Tyler Software is a cooperative process requiring the time and resources of your personnel. You agree to use all reasonable efforts to cooperate with and assist us as may be reasonably required to meet the agreed upon project deadlines and other milestones for implementation. This cooperation includes at least working with us to schedule the implementation-related services outlined in this Agreement. We will not be liable for failure to meet any deadlines and milestones to the extent that such failure is due to Force Majeure or to the failure by your personnel to provide such cooperation and assistance (either through action or omission) as may be reasonably requested by us in writing to you.

**SECTION D – MAINTENANCE AND SUPPORT**

Appendix 1

This Agreement includes the period of free maintenance and support services identified in the Invoicing and Payment Policy. If you have purchased ongoing maintenance and support services, and continue to make timely payments for them according to our Invoicing and Payment Policy, we will provide you with maintenance and support services for the Tyler Software under the terms of our standard Maintenance and Support Agreement at the prices set forth in the Invoicing and Payment Policy.

If you have opted not to purchase ongoing maintenance and support services for the Tyler Software, the Maintenance and Support Agreement does not apply to you. Instead, you will only receive ongoing maintenance and support on the Tyler Software on a time and materials basis. In addition, you will:

    (i)      receive the lowest priority under our Support Call Process;

    (ii)     be required to purchase new releases of the Tyler Software, including fixes, enhancements and patches;

    (iii)    be charged our then-current rates for support services, or such other rates that we may consider necessary to account for your lack of ongoing training on the Tyler Software;

    (iv)    be charged for a minimum of two (2) hours of support services for every support call; and

    (v)     not be granted access to the support website for the Tyler Software or the Tyler Community Forum.

## SECTION E – THIRD PARTY PRODUCTS

To the extent there are any Third Party Products set forth in the Investment Summary, the following terms and conditions will apply:

1. <u>Third Party Hardware</u>. We will sell and deliver onsite the Third Party Hardware, if you have purchased any, for the price set forth in the Investment Summary. Those amounts are payable in accordance with our Invoicing and Payment Policy.

2. <u>Third Party Software</u>. Upon payment in full of the Third Party Software license fees, you will receive a non-transferable license to use the Third Party Software and related documentation for your internal business purposes only. Your license rights to the Third Party Software will be governed by the Third Party Terms. We will implement and configure the Third Party Software as may be necessary for the Third Party Software to work with the Tyler Software as specified by the Documentation.

   2.1 If the Developer charges a fee for future updates, releases, or other enhancements to the Third Party Software, you will be required to pay such additional future fee. Such fees shall not exceed the prices shown in the Investment Summary by more than 5% for a three-year period commencing on the Effective Date.

   2.2 The right to transfer the Third Party Software to a replacement hardware system is governed by the Developer. You will give us advance written notice of any such transfer and will pay us for any required or requested technical assistance from us associated with such transfer.

   2.3 We are authorized by each Developer to grant or transfer to you the licenses to the Third Party Software.

Appendix 1

3. <u>Maintenance</u>. If you have a Maintenance and Support Agreement in effect, you may report defects and other issues related to the Third Party Software directly to us, and we will (a) directly address the defect or issue, to the extent it relates to our interface with the Third Party Software; and/or (b) facilitate resolution, to the extent possible, with the Developer. In all events, if you do not have a Maintenance and Support Agreement in effect with us, you will be responsible for resolving defects and other issues related to the Third Party Software directly with the Developer.

## SECTION F – INVOICING AND PAYMENT; INVOICE DISPUTES

1. <u>Invoicing and Payment</u>. We will invoice you for all fees set forth in the Investment Summary per our Invoicing and Payment Policy, subject to Section F(2).

2. <u>Invoice Disputes</u>. If you believe any delivered software or service does not conform to the warranties in this Agreement, you will make reasonable efforts to provide us with written notice within thirty (30) days of your receipt of the applicable invoice, with the understanding that failure to provide such timely notice does not waive any rights you may have. The written notice must contain reasonable detail of the issues you contend are in dispute so that we can confirm the issue and respond to your notice with either a justification of the invoice, an adjustment to the invoice, or a proposal addressing the issues presented in your notice. We will work with you as may be necessary to develop an action plan that outlines reasonable steps to be taken by each of us to resolve any issues presented in your notice. You may withhold payment of the amount(s) actually in dispute, and only those amounts, until we complete the action items outlined in the plan. If we are unable to complete the action items outlined in the action plan because of your failure to complete the items agreed to be done by you, then you will remit full payment of the invoice. We reserve the right to suspend delivery of all services, including maintenance and support services, if you fail to pay an invoice not disputed as described above within thirty (30) days of notice of our intent to do so, with such notice not to issue until reasonable collection efforts have been pursued by Tyler. Such collection efforts shall not commence until after a payment due date and shall last at least thirty (30) days.

## SECTION G – TERMINATION

1. <u>For Cause</u>. You may terminate this Agreement for cause in the event we do not cure, or create a mutually agreeable action plan to address, a material breach of this Agreement within thirty (30) calendar days of our receipt of notice thereof. During such thirty (30) day period, City shall cooperate with Contractor as provided in the first sentence of the Dispute Resolution clause set forth in Section J(3). In the event of termination for cause, you will pay us for all undisputed fees and expenses related to the software, products, and/or services you have received, or we have delivered, prior to the effective date of termination.

2. <u>Lack of Appropriations</u>. If you should not appropriate or otherwise receive funds sufficient to purchase, lease, operate, or maintain the software or services set forth in this Agreement, you may unilaterally terminate this Agreement effective on the date we receive notice thereof or such other date as may be set forth in such notice. You will make every effort to give us at least thirty (30) days written notice prior to a termination for lack of appropriations. In the event of termination due to a lack of appropriations, you will pay us for all undisputed fees and expenses related to the software and/or services you have received, or we have delivered, prior to the effective date of termination. You will not be entitled to a refund or offset of previously paid license and other fees.

3. <u>Force Majeure</u>. Either party may terminate this Agreement if a Force Majeure event suspends performance

Appendix 1

of scheduled tasks for a period of ninety (90) days or more. In the event of termination due to Force Majeure, you will pay us for all undisputed fees and expenses related to the software and/or services you have received, or we have delivered, prior to the effective date of termination. You will not be entitled to a refund or offset of previously paid license and other fees.

## SECTION H – INDEMNIFICATION, LIMITATION OF LIABILITY AND INSURANCE
**Intentionally Deleted – Governed by Article 13 of the Contract**

## SECTION I – WARRANTIES

1. **Limited Warranty.** We warrant that the Tyler Software will be without Defect(s) as long as you have a Maintenance and Support Agreement in effect. If the Tyler Software does not perform as warranted, we will, consistent with industry standards, cure the Defect as set forth in the Maintenance and Support Agreement.

2. **Services Warranty.** We will perform the services in a professional, workmanlike manner, consistent with industry standards. In the event we provide services that do not conform to this warranty, we will re-perform such services at no additional cost to you.

3. **Intellectual Rights Warranty.** We warrant that we possess the necessary intellectual rights to license to Client the Tyler Software provided hereunder.

4. **Third Party Products Warranties.**

   a. We are authorized by each Developer to grant or transfer the licenses to the Third Party Software.

   b. The Third Party Hardware will be new and unused, and upon payment in full, you will receive free and clear title to the Third Party Hardware.

   c. You acknowledge that we are not the manufacturer of the Third Party Products. We do not warrant or guarantee the performance of the Third Party Products. However, we grant and pass through to you any warranty that we may receive from the Developer or supplier of the Third Party Products.

5. We warrant that the Tyler Software will be compatible with and will perform as warranted under this Agreement with any Third Party Hardware specified by us in our written Documentation.

## Section J – GENERAL TERMS AND CONDITIONS

1. <u>Additional Products and Services</u>. You may purchase additional products and services at the rates set forth in the Investment Summary for twelve (12) months from the Effective Date, and thereafter at our then-current list price, by executing a mutually agreed addendum. If no rate is provided in the Investment Summary, or those twelve (12) months have expired, you may purchase additional products and services at our then-current list price, also by executing a mutually agreed addendum. The terms of this Agreement will control any such additional purchase(s), unless otherwise specifically provided in the addendum.

2. <u>Optional Items</u>. Pricing for any listed optional products and services in the Investment Summary will be valid for twelve (12) months from the Effective Date.

Appendix 1

3. <u>Dispute Resolution</u>. You agree to cooperate with us in trying to reasonably resolve all disputes, including, if requested by either party, appointing a senior representative to meet and engage in good faith negotiations with our appointed senior representative. If we fail to resolve the dispute, either of us may assert our respective rights and remedies in a court of competent jurisdiction in Duval County, Florida. Nothing in this section shall prevent you or us from seeking necessary injunctive relief during the dispute resolution procedures.

4. <u>Taxes</u>. The fees in the Investment Summary do not include any taxes, including, without limitation, sales, use, or excise tax. If you are a tax-exempt entity, you agree to provide us with a tax-exempt certificate. For clarity, we are responsible for paying our income taxes, both federal and state, as applicable, arising from our performance of this Agreement.

5. <u>E-Verify</u>. We have complied, and will comply, with the E-Verify procedures administered by the U.S. Citizenship and Immigration Services Verification Division for all of our employees assigned to your project.

6. <u>Subcontractors</u>. We will not subcontract any services under this Agreement without your prior written consent, not to be unreasonably withheld. We will be responsible for the subcontractors we use and ensure their compliance with all relevant contractual obligations including, but not limited to, obligations relating to insurance, indemnification, delays, intellectual property rights, public records, non-discrimination, audits, security, location of services, termination, transitional assistance, warranties and the manner in which the Services are to be performed.

7. <u>Binding Effect; No Assignment</u>. This Agreement shall be binding on, and shall be for the benefit of, either your or our successor(s) or permitted assign(s). Neither party may assign this Agreement without the prior written consent of the other party; provided, however, your consent is not required for an assignment by us as a result of a corporate reorganization, merger, acquisition, or purchase of substantially all of our assets.

8. <u>Force Majeure</u>. Neither party will be liable for delays in performing its obligations under this Agreement to the extent that the delay is caused by Force Majeure. The party whose performance is delayed due to a Force Majeure event will give the other party reasonable written notice explaining the cause and extent thereof, as well as the party's estimate of the duration of the Force Majeure event.

9. <u>No Intended Third Party Beneficiaries</u>. This Agreement is entered into solely for the benefit of you and us. No third party will be deemed a beneficiary of this Agreement, and no third party will have the right to make any claim or assert any right under this Agreement. This provision does not affect the rights of third parties under any Third Party Terms.

10. <u>Entire Agreement; Amendment</u>. This Agreement and the Contract represent the entire agreement between you and us with respect to the subject matter hereof, and supersede any prior agreements, understandings, and representations, whether written, oral, expressed, implied, or statutory. Purchase orders submitted by you, if any, are for your internal administrative purposes only, and the terms and conditions contained in those purchase orders will have no force or effect. This Agreement may only be modified by a written amendment signed by an authorized representative of each party.

11. <u>Severability</u>. If any term or provision of this Agreement is held invalid or unenforceable, the remainder of this Agreement will be considered valid and enforceable to the fullest extent permitted by law.

12. <u>No Waiver</u>. In the event that the terms and conditions of this Agreement are not strictly enforced by either

⁘ tyler

Appendix 1

party, such non-enforcement will not act as or be deemed to act as a waiver or modification of this Agreement, nor will such non-enforcement prevent such party from enforcing each and every term of this Agreement thereafter.

13. <u>Independent Contractor</u>. We are an independent contractor for all purposes under this Agreement.

14. <u>Notices</u>. Intentionally Deleted – See Article 6 of the Contract.

15. <u>Client Lists</u>. You agree that we may identify you by name in client lists.

16. <u>Confidentiality</u>. Intentionally Deleted – See Articles 10 and 15 of the Contract.

17. <u>Governing Law</u>. This Agreement will be governed by and construed in accordance with the laws of your state of domicile, without regard to its rules on conflicts of law. Venue for litigation of the Contract shall be exclusively in State or Federal courts of competent jurisdiction located in Jacksonville, Duval County, Florida.

18. <u>Multiple Originals and Authorized Signatures</u>. This Agreement may be executed in multiple originals, any of which will be independently treated as an original document. Any electronic, faxed, scanned, photocopied, or similarly reproduced signature on this Agreement or any amendment hereto will be deemed an original signature and will be fully enforceable as if an original signature. Each party represents to the other that the signatory set forth below is duly authorized to bind that party to this Agreement.

19. <u>Socrata Terms and Conditions</u>. Tyler and Client agree to perform and be bound by all covenants, terms, and conditions of the Socrata Terms and Conditions, which are attached hereto as Exhibit G ("Socrata Agreement") with respect to the Socrata Public Safety Analytics software as more particularly described in Exhibit G attached hereto, and all such covenants, terms, and conditions are incorporated by reference as if set forth at length herein. If the Agreement terminates so does Client's access to the Socrata Public Safety Analytics software.

20. <u>Staffing Plan</u>. Tyler will provide Client with a proposed Staffing Plan for Client's review within ten (10) days of the Effective Date. Tyler agrees it shall provide dedicated staff to complete the Client's project. The Parties will work in good faith to develop a mutually acceptable Staffing Plan. The Staffing Plan shall be consistent with the sample Staffing Plan provided to Client by Tyler in the Statement of Work. Tyler shall ensure their project team members have successfully completed the appropriate background checks to have access to the Client's facilities and technology system as provided in Article 18 of the Contract. Client shall approve the Staffing Plan, including any modifications made thereto. Tyler will make good-faith efforts to maintain its assigned project team members once the Staffing Plan has been finalized.

21. <u>Project Plan</u>. Tyler will provide Client with a proposed Project Plan for Client's review, and approval, within ten (10) days of the Effective Date. The Parties will work in good faith effort to develop a mutually acceptable Project Plan. Client shall approve the Project Plan, including any modifications made thereto.

22. <u>Order of Precedence</u>. In the event of an inconsistency between any of the provisions of this Agreement and/or any of the Exhibits or documents incorporated by reference, the inconsistency shall be resolved by giving precedence in the following order:
    a. The Contract
    b. Sections A-J of the Agreement
    c. Exhibits

Appendix 1

23. <u>Contract Documents</u>.  This Agreement includes the following exhibits:

| | |
|---|---|
| Exhibit A | Investment Summary |
| Exhibit B | Invoicing and Payment Policy |
| Exhibit C | Maintenance and Support Agreement |
| | Schedule 1: Service Levels |
| | Schedule 2: Escalation Services |
| Exhibit D | Third Party End User License Agreement(s) |
| Exhibit E | Schedules to Statement of Work |
| | Schedule 1: Implementation and Training Support Services |
| | Schedule 2: SoftCode Product Suite - Scope of Project - Statement of Work |
| | Schedule 3: Data File Conversion Assistance |
| | Schedule 4: Customer Requested Standard Software Enhancement/Modifications And/or Custom Software |
| Exhibit F | Support Call Process for Brazos e-Citation software |
| Exhibit G | Socrata Terms and Conditions |
| Exhibit H | Additional Terms for SceneDoc Subscription Services |
| | Schedule 1: Service Level Agreement for SceneDoc Subscription Services |
| | Schedule 2: Support Call Process for SceneDoc Subscription Services |
| Exhibit I | Intentionally Deleted |
| Exhibit J | Statement of Work |

[SIGNATURE PAGE FOLLOWS]

**Appendix 1**

IN WITNESS WHEREOF, a duly authorized representative of each party has executed this Agreement as of the date(s) set forth below.

Tyler Technologies, Inc.                          City of Jacksonville

By: *Sherry Clark*                                By: _____

Name: ___Sherry Clark___                          Name:  Lenny Curry

Title: ___Sr. Corporate Attorney___               Title:  Mayor


                                                  Form Approved:


                                                  _____
                                                  Office of General Counsel

Appendix 1



## Exhibit A
## Investment Summary

The following Investment Summary details the software, products, and services to be delivered by us to you under the Agreement.  This Investment Summary is effective as of the Effective Date.  Capitalized terms not otherwise defined will have the meaning assigned to such terms in the Agreement.

REMAINDER OF PAGE INTENTIONALLY LEFT BLANK



## new world
a tyler public safety solution

**Sales Quotation For**
Jacksonville Sheriff
501 E Bay St
Jacksonville , FL 32202-2927
Phone: +1 (904) 630-2363

| | |
|---|---|
| Quoted By: | Craig Campbell |
| Date: | 6/24/2020 |
| Quote Expiration: | 6/30/2020 |
| Quote Name: | Jacksonville Sheriff Enterprise Records |
| Quote Number: | 2019-27398-21 |
| Quote Description: | RMS, Mobile, Brazos, Softcode |

### Tyler Software

| Description | License | Discount | License Total | Year One Maintenance |
|---|---|---|---|---|
| **Law Enforcement Records Management System** | | | | |
| New World Enterprise Law Enforcement Records | $300,000 | $120,000 | $180,000 | $37,800 |
| Case Management | | | | |
| Dynamic Reporting | | | | |
| Field Interviews | | | | |
| Impounded Vehicles | | | | |
| Investigations | | | | |
| Orders of Protection | | | | |
| Registered Offenders | | | | |
| Training | | | | |
| Wants and Warrants | $6,000 | $2,400 | $3,600 | $756 |
| Briefing Notes | $14,000 | $5,600 | $8,400 | $1,764 |
| Equipment and Inventory | $7,000 | $2,800 | $4,200 | $882 |
| Gangs | $7,000 | $2,800 | $4,200 | $882 |
| Multi-Server Search | $7,000 | $2,400 | $4,200 | $882 |
| Narcotics | $6,000 | $2,400 | $3,600 | $756 |
| Pawn Shops | $48,000 | $19,200 | $28,800 | $6,048 |
| Tyler Content Manager (TCM) | $0 | $0 | $0 | $0 |
| Ticket Writer Interface (Supports Brazos) | $15,000 | $6,000 | $9,000 | $1,890 |
| Citizen Reporting Interface | $15,000 | $6,000 | $9,000 | $1,890 |
| LINX Interface | $15,000 | $6,000 | $9,000 | $1,890 |
| Accurint Crime Analysis Interface | | | | |

**CONFIDENTIAL**

2019-27398-21 - RMS, Mobile, Brazos, Softcode

1 of 9

| | | | | |
|---|---:|---:|---:|---:|
| NCIC Interface | $125,000 | $50,000 | $75,000 | $15,750 |
| Crash | $0 | $0 | $0 | $0 |
| Use of Force | $0 | $0 | $0 | $0 |
| **Mobile** | | | | |
| New World Mobile Server | $90,000 | $36,000 | $54,000 | $11,340 |
| MCT Ticket Writer Interface (supports Brazos) | $0 | $0 | $0 | $0 |
| - LE Field Reporting (Federal Standard) | $0 | $0 | $0 | $0 |
| - Field Investigation Field Reporting | $0 | $0 | $0 | $0 |
| - LE Accident Field Reporting | $0 | $0 | $0 | $0 |
| - Mugshot Image Download | $0 | $0 | $0 | $0 |
| Mobile Site Licensing | $1,522,500 | $609,000 | $913,500 | $191,835 |
| - LE Dispatch/Messaging/State/NCIC (includes State Photo Download) | $0 | $0 | $0 | $0 |
| - Drivers License Mag Stripe Reader/Barcode Reader Interface | $0 | $0 | $0 | $0 |
| - Use of Force | $0 | $0 | $0 | $0 |
| **Other Software** | | | | |
| Law Enforcement Records Management Data Mart / Includes 10+ users | $36,000 | $14,400 | $21,600 | $4,536 |
| **Brazos** | | | | |
| Device Level Interface: New World Mobile | $0 | $0 | $0 | $0 |
| Interface: Locally Created (Not a CMS Vendor) Court Case Mgmt System | $9,918 | $0 | $9,918 | $2,083 |
| Interface: New World Records Mgmt System | $0 | $0 | $0 | $0 |
| Locally Installed (non-hosted) Brazos Application Server License only | $36,621 | $0 | $36,621 | $7,690 |
| Task: Criminal Trespass Warning | $9,918 | $0 | $9,918 | $2,083 |
| Task: K9 Tracking Module | $9,918 | $0 | $9,918 | $2,083 |
| Brazos Site License | $357,758 | $0 | $357,758 | $75,129 |
| Task: Driver Exchange Module | $0 | $0 | $0 | $0 |
| Task: Equipment/Radar | $0 | $0 | $0 | $0 |
| **Softcode** | | | | |
| Softcode CivilServe Civil Process System ( 10 ) | $99,700 | $39,880 | $59,820 | $20,937 |
| Softcode CivilMobile Client License (access from the field) ( 30 ) | $78,750 | $31,500 | $47,250 | $16,538 |
| CivilQuery Server License | $5,000 | $2,000 | $3,000 | $1,050 |
| CivilQuery Public License | $5,000 | $2,000 | $3,000 | $1,050 |
| GIS Connector | $9,750 | $3,900 | $5,850 | $2,048 |
| Sub-Total: | $2,835,833 | $964,680 | $1,871,153 | $409,592 |
| Less Discount: | *$964,680* | | | *$409,592* |
| Brazos Discount | *$91,388* | | $91,388 | |
| **TOTAL:** | **$1,779,765** | | **$1,779,765** | **$0** |

CONFIDENTIAL

2019-27398-21 - RMS, Mobile, Brazos, Softcode

**Annual/SaaS**

| Description | Quantity | Fee | Discount | Annual |
|---|---|---|---|---|
| Scene Collect (200+ Users) (ea.) | 400 | $125 | $0 | $50,000 |
| MOD: Spatial Mapping Report and GeoLocation | 1 | $1,500 | $0 | $1,500 |
| Socrata Public Safety Analytics (includes Citizen Connect) | 1 | $30,000 | $0 | $30,000 |
| TOTAL: | | | | **$81,500** |

**Services**

| Description | Quantity | Unit Price | Discount | Total |
|---|---|---|---|---|
| Project Management | 1 | $114,720 | $0 | $114,720 |
| Standard System Assurance and Software Installation | 1 | $9,280 | $0 | $9,280 |
| GIS Implementation | 1 | $22,620 | $0 | $22,620 |
| NCIC Installation | 1 | $21,025 | $0 | $21,025 |
| Decision Support Software Implementation | 1 | $4,350 | $0 | $4,350 |
| Ticket Writer Interface (Supports Brazos) Installation | 1 | $2,320 | $0 | $2,320 |
| Citizen Reporting Interface Installation | 1 | $2,320 | $0 | $2,320 |
| LINX Interface Installation | 1 | $5,800 | $0 | $5,800 |
| Accurint Crime Analysis Interface Install | 1 | $5,800 | $0 | $5,800 |
| Law Enforcement Records Configuration (up to 10 agencies) | 1 | $8,700 | $0 | $8,700 |
| Law Enforcement Records Train the Trainer Training (includes 10 trainers ea.) | 10 | $4,350 | $0 | $43,500 |
| Law Enforcement Records Go-Live Support | 1 | $17,400 | $0 | $17,400 |
| Law Enforcement Field Based Reporting Configuration | 1 | $10,150 | $0 | $10,150 |
| Law Enforcement Field Based Reporting Training (includes 10 trainers ea. ) | 10 | $4,350 | $0 | $43,500 |
| Law Enforcement Field Based Reporting Go-Live | 1 | $13,050 | $0 | $13,050 |
| Advanced Field Reporting Configuration | 5 | $5,800 | $0 | $29,000 |
| Custom Interface to Inmate Inquiry (one-way) | 1 | $16,800 | $0 | $16,800 |
| Custom Interface to ATIMS (one-way) | 1 | $16,800 | $0 | $16,800 |
| Custom Interface to JPICS (one-way) | 1 | $19,200 | $0 | $19,200 |
| Custom Interface to Premier One CAD (one-way) | 1 | $28,800 | $0 | $28,800 |
| Custom Interface to BWI (one-way) | 1 | $16,800 | $0 | $16,800 |
| Custom Interface to Premier One CAD (one-way) | 1 | $14,400 | $0 | $14,400 |
| Custom Interface to IAPro (one-way) | 1 | $16,800 | $0 | $16,800 |
| Custom Interface to PadTRAX Evidence (two-way) | 1 | $25,600 | $0 | $25,600 |
| Socrata Implementation Services | 1 | $1,160 | $0 | $1,160 |
| Custom Interface to eWarrants (two-way) | 1 | $38,400 | $0 | $38,400 |
| Brazos Set Up & Config | 1 | $41,250 | $0 | $41,250 |
| Brazos Project Mgmt (plus per diem as needed if not remote) | 9 | $1,000 | $0 | $9,000 |

2019-27398-21 - RMS. Mobile. Brazos. Softcode

CONFIDENTIAL

| Description | Quantity | Unit Price | Total | Unit Maintenance | Year One Maintenance |
|---|---|---|---|---|---|
| Brazos Training | 5 | | $2,000 | $0 | $10,000 |
| Set Up and Config for Additional Agencies | 4 | | $6,500 | $0 | $26,000 |
| Brazos Set-Up & Configuration - HANDHELD | 1 | | $0 | $0 | $0 |
| Brazos Set-Up & Configuration - TABLET | 1 | | $0 | $0 | $0 |
| Softcode Business Analysis and Process Planning | 1 | | $8,160 | $816 | $7,344 |
| Softcode Configuration and Deployment | 1 | | $6,552 | $655 | $5,897 |
| Softcode Personalization & Report Customization | 1 | | $7,280 | $728 | $6,552 |
| Softcode Project Management | 1 | | $16,320 | $1,632 | $14,688 |
| Softcode Site Visit | 1 | | $1,632 | $163 | $1,469 |
| Softcode Training | 1 | | $13,500 | $1,350 | $12,150 |
| Softcode Travel and Living Expenses | 1 | | $5,345 | $0 | $5,345 |
| New World Digital Evidence Activation Services | 1 | | $1,160 | $0 | $1,160 |
| Conversions | | | | | $76,000 |
| Enterprise Law Enforcement Records Additional Modules | | | | | $6,090 |
| TOTAL: | | | | | $771,240 |

## Third Party Hardware, Software and Services

| Description | Quantity | Unit Price | Total | Unit Maintenance | Year One Maintenance |
|---|---|---|---|---|---|
| Diagramming Software (Scene PD) Site License (includes 1st yr maintenance) | 1 | $152,500 | $152,500 | $0 | $0 |
| Red Hat Enterprise Linux Server (3-year subscription) | 1 | $2,500 | $2,500 | $0 | $0 |
| Source Code Escrow / Setup Fee | 1 | $3,000 | $3,000 | $1,000 | $1,000 |
| *3rd Party Hardware Sub-Total:* | | | *$0* | | *$0* |
| *3rd Party Software Sub-Total:* | | | *$158,000* | | *$1,000* |
| **TOTAL:** | | | **$158,000** | | **$1,000** |

## Summary

| Summary | One Time Fees | Recurring Fees |
|---|---|---|
| Total Tyler Software | $1,779,765 | $409,592 |
| Total Annual Fees | | $81,500 |
| Total Tyler Services | $771,240 | |
| Total Other Costs | $0 | $1,000 |
| Total Third Party Hardware, Software and Services | $158,000 | |
| Travel and Living Expenses | $100,000 | |
| **Summary Total** | **$2,809,005** | **$492,092** |

## Detailed Breakdown of Conversions (Included in Summary Total)

| Description | Quantity | Unit Price | Discount | Total |
|---|---|---|---|---|

2019-27398-21 - RMS. Mobile. Brazos. Softcode

**Law Enforcement Records Management System**

| Description | Quantity | Maintenance | Amount |
|---|---|---|---|
| Property Conversion (One Source) | 1 | $0 | $7,500 |
| Law Enforcement Records Management Conversion (One Source) Including: Cases; Incidents for Cases; Arrests; Tickets; and Warrants | 1 | $0 | $18,750 |
| Career Criminal Registry Conversion | 1 | $0 | $3,750 |
| Law Enforcement External Documents | 1 | $0 | $3,750 |
| Field Investigations Conversion | 1 | $0 | $3,750 |
| Vehicle Impound Conversion | 1 | $0 | $3,750 |
| Orders of Protection Conversion | 1 | $0 | $3,750 |
| Pawn Shop Transactions Conversion | 1 | $0 | $3,750 |
| **Data File Conversion** | | | |
| Data Conversion Analysis and Assessment | 1 | $0 | $4,000 |
| Base Conversion (One Source); Master Files including Master Name (Jackets); Addresses; and Narratives / Includes one source of data. Does not include everything the Name is linked to (e.g. tickets, arrests, etc.). | 1 | $0 | $17,000 |
| Address Re-Verification | 1 | $0 | $6,250 |
| **TOTAL:** | | | **$76,000** |

**Optional Tyler Software and Related Services**

| Description | License | Discount | License Total | Maintenance |
|---|---|---|---|---|
| **Mobile** | | | | |
| ShieldForce - LE Dispatch with Advanced Mapping ( 400 ) | $190,000 | $38,000 | $152,000 | $31,920 |
| *Sub Total:* | *$190,000* | *$38,000* | *$152,000* | *$31,920* |
| *Less Discount:* | *$38,000* | | | *$31,920* |
| **TOTAL:** | **$152,000** | | **$152,000** | **$0** |

**Total:**

**Optional Annual/SaaS**

| Description | Quantity | Fee | Discount | Annual |
|---|---|---|---|---|
| Mobility Hosting Fee | 1 | $3,000 | $0 | $3,000 |
| **Total:** | | | | **$3,000** |

**Optional Services**

| Description | Quantity | Unit Price | Discount | Total |
|---|---|---|---|---|
| Mobility Implementation | 1 | $2,320 | $0 | $2,320 |

CONFIDENTIAL

**TOTAL:** $2,320

## Optional Third Party Hardware, Software and Services

| Description | Quantity | Unit Price | Total | Unit Maintenance | Total Maintenance |
|---|---|---|---|---|---|
| 4910LR-152-LTRK / L-Tron DL Scanner | 1 | $336 | $336 | $0 | $0 |
| *3rd Party Hardware Sub-Total:* | | | $336 | | $0 |
| *3rd Party Software Sub-Total:* | | | $0 | | $0 |
| **TOTAL:** | | | **$336** | | **$0** |

CONFIDENTIAL

2019-27398-21 - RMS. Mobile. Brazos. Softcode

## Assumptions

Personal Computers must meet the minimum hardware requirements for New World products. Microsoft Windows 7/8.1/10 32/64 bit or later is required for all client machines. Windows Server 2012/2016 and SQL Server 2012/2014/2016 are required for the Application and Database Server(s).

New World product requires Microsoft Windows Server 2012/2016 and SQL Server 2012/2016, including required Client Access Licenses (CALs) for applicable Microsoft products. Servers must meet minimum hardware requirements provided by Tyler. The supported Microsoft operating system and SQL versions are specific to Tyler's release versions.

New World product requires Microsoft Excel (2013/365 or newer Standard or Professional edition) or Windows Search 4.0 for document searching functionality; Microsoft Word (2013/365 or newer Standard or Professional edition) is required on the application server for report formatting.

Tyler recommends a 100/1000MB (GB) Ethernet network for the local area network. Wide area network requirements vary based on system configuration, Tyler will provide further consultation for this environment.

Does not include servers, workstations, or any required third-party hardware or software unless specified in this Investment Summary. Client is responsible for any third-party support.

Licensed Software, and third-party software embedded therein, if any, will be delivered in a machine readable form to Client via an agreed upon network connection. Any taxes or fees imposed are the responsibility of the purchaser and will be remitted when imposed.

Tyler's GIS implementation services are to assist the Client in preparing the required GIS data for use with the Licensed New World Software. Depending upon the Licensed Software the Client at a minimum will be required to provide an accurate street centerline layer and the appropriate polygon layers needed for Unit Recommendations and Run Cards in an industry standard Esri file format (Personal Geodatabase, File Geodatabase, Shape Files). Client is responsible for having clearly defined boundaries for Police Beats, EMS Districts and Fire Quadrants. If necessary Tyler will assist Client in creating the necessary polygon layers (Police Beats, EMS Districts and Fire Quadrants) for Unit Recommendations and Run Cards. Tyler is not responsible for the accuracy of or any ongoing maintenance of the GIS data used within the Licensed New World Software.

Client is responsible for any ongoing annual maintenance on third-party products, and is advised to contact the third-party vendor to ensure understanding of and compliance with all maintenance requirements

All Tyler Clients are required to use Esri's ArcGIS Suite to maintain GIS data. All maintenance, training and ongoing support of this product will be contracted with and conducted by Esri. Maintenance for Esri's ArcGIS suite of products that are used for maintaining Client's GIS data will be contracted by Client separately with Esri.

When Custom interface is included, Custom interface will be operational with existing third-party software. Any subsequent changes to third-party applications may require additional services.

When State/NCIC is included, Client is responsible for obtaining the necessary State approval and any non-Tyler hardware and software. Includes state-specific standard forms developed by Tyler. Additional forms can be provided for an additional fee.

Configuration and end user training for Decision Support Software to occur after Client has been live for 3 months or longer on an application. Classes are limited to 10 trainees maximum; service and travel costs will be incurred for additional classes.

# Assumptions

New World Virtual Message Switch (VMS) requires Red Hat Enterprise Linux Operating System Ver. 7 with an active Red Hat Standard Subscription Support Agreement. Virtual machine specifications must meet minimum requirements provided by Tyler. Supported Tyler Public Safety releases include 10.2 SP13 (or higher), 2017.1, 2017.2 and 2018.1 (or higher).

Other than for Mobile Software, a Workstation License for up to 4,200 workstations is included for the Licensed Standard Software. The Workstation License includes the following agencies as authorized users:

- Jacksonville Sheriff's Office
- Atlantic Beach Police Department
- Jacksonville Beach Police Department
- Neptune Beach Police Department
- Duval County School Police
- University of North Florida Police
- State Attorney's Office, 4th Judicial Court
- Jacksonville International Airport Police

The Mobile Site License includes unlimited licensing for the mentioned Mobile Software in the Investment Summary.  It does not include Unlimited Licensing for Third Party Products

Setup and configuration (Parent) for Jacksonville Sheriff's Office
eCitation Site License NOT to exceed 1,700 devices, additional Setup & Configuration for the following agencies: Jacksonville BeachPolice Department, Atlantic Beach Police Department, University of North Florida Police Department, and Jacksonville AirportPolice Department accessing Jacksonville Sheriff's Office site license up to a total of 1,700 licenses.

Includes setup & configuration for Windows, Android, and iOS.

Includes one RMS Interface - New World
Includes one CMS Interface

Includes K9 Module, functionality and description needed
Includes Trespass Module
Includes Sexting Warning, Curfew Violation, and Camping Warning within eCitation. If business rules require additionalfunctionality additional task(s) may need to be added for additional fee(s)

Does not include devices, server hardware, nor printers

The Mobile Site License Includes:

- LE Dispatch/Messaging/State/NCIC (includes State Photo Download)
- Drivers License Mag Stripe Reader/Barcode Reader Interface
- Mugshot Image Download
- LE Field Reporting (Federal Standard)

## Assumptions

- LE Accident Field Reporting
- Field Investigation Field Reporting
- Use of Force

SceneDoc Digital Evidence Server included with Mobile Server.



## Exhibit B
## Invoicing and Payment Policy

Capitalized terms not otherwise defined will have the meaning assigned to such terms in the Agreement and the Contract.

**Invoicing:**  We will invoice you for the applicable license and services fees in the Investment Summary as set forth below.  Your rights to dispute any invoice are set forth in the Agreement.

1. Tyler Software and Maintenance fees:
   1.1 Tyler Software license fees, as set forth in the Investment Summary, in the fixed amount of $1,779,765, will be invoiced in accordance with the following milestones as identified in Exhibit J: Statement of Work:
      - 25% on completion date of Step 1C: Conduct Project Start-Up Call
      - 50% upon completion of Step 4B: Install Licensed Software and Complete System Setup
      - 25% upon completion of Step 7A: Perform End User Training

   1.2 *Maintenance and Support Fees (including Esri and Embedded Third Party Software)*: Initial maintenance and support fees are waived for nineteen (19) months from the Effective Date (the "Free Period").  Your annual fees for the remainder of the Initial Term are set forth in the chart below. If the parties mutually agree to renew beyond the initial term set forth in Exhibit C ("Initial Term"), then, beginning in year 7, your maintenance and support fees will be at our then current rates invoiced annually in advance of each anniversary thereof.

| Period During the Initial Term | Maintenance and Support Fees |
|---|---|
| Effective Date through January 31, 2022 | $0 |
| February 1, 2022 through January 31, 2023 | $409,592 |
| February 1, 2023 through January 31, 2024 | $421,879 |
| February 1, 2024 through January 31, 2025 | $434,536 |
| February 1, 2025 through January 31, 2026 | $447,572 |
| February 1, 2026 through January 31, 2027 | $460,999 |

2. Professional Services, including, but not limited to, all Implementation, Training, Conversions, Configurations, and Requested Custom Software Interfaces:

   2.1 *Implementation and Other Professional Services (including training), as set forth in the Investment Summary, in the fixed amount of $771,240,* will be invoiced in accordance with the following milestones as such milestones are identified in Exhibit J, Statement of Work:

- 5% upon Acceptance of Step 3D: Approve Project Plan
- 10% upon Acceptance of Step 4B: Install Licensed Software and Complete System Setup
- 10% upon Acceptance of Step 5D: Configure Standard Interfaces
- 10% upon Acceptance of Step 5E: Perform Data Conversion Development, Map and Testing
- 10% upon Acceptance of Step 6C: Conduct Final Data Conversion Test Run
- 20% upon Acceptance of 7A: Perform End User Training
- 35% upon Final Acceptance, as defined in this contract

3. <u>Other Services and Fees</u>.

3.1 Socrata Public Safety Analytics (includes Citizen Connect) ("Socrata") annual SaaS fees as set forth in the Investment Summary, in the annual amount of $30,000, will be invoiced on the first date we make the SaaS Services available to you and again every twelve months thereafter at our then-current prices.

3.2 Scene Collect annual SaaS Fees as set forth in the Investment Summary, in the annual amount of $50,000, will be invoiced on the first date we make the SaaS Services available to you and again every twelve months thereafter at our then-current prices.

3.3 MOD: Spatial Mapping Report and GeoLocation annual fees, as set forth in the Investment Summary in the amount of $1,500, will be invoiced on the first date we make the feature available to you and again every twelve months thereafter at our then-current prices.

4. <u>Third Party Products</u>.

4.1 *Third Party Software License Fees*: License fees for Third Party Software, in the amount of $158,000, are invoiced 50% when we order the Third Party Software and 50% when we deliver the Third Party Software to you; provided, however, we will obtain your written approval prior to ordering the Third Party Software.

4.2 *Third Party Software Maintenance (excluding Esri and Embedded Third Party Software)*: The first-year maintenance fees for the Scene PD Software, commencing on delivery, are waived. Subsequent Scene PD maintenance fees are renewable directly through Trancite, Inc.

4.3 *Third Party Hardware*: Third Party Hardware costs, if any, are invoiced upon delivery and Acceptance.

4.4 *Third Party Subscription Fees:* Your initial 3-year subscription fees for RedHat, as identified in the Investment Summary, in the amount of $2,500, will be invoiced when we make the product available to you. Beginning in Year 4, subsequent subscription fees for Red Hat are renewable directly through Red Hat Support (<u>renewals@redhat.com</u>).

5. <u>Expenses</u>. The service rates in the Investment Summary do not include travel expenses. Expenses, up to the maximum amount of $100,000 as shown for Travel and Living Expenses in the Investment Summary will be billed as incurred and only in accordance with your then-current Business Travel Policy. Copies of receipts will be provided with each reimbursement request. We will be responsible for paying all travel expenses in excess of the amount shown in the Investment Summary without seeking reimbursement

from you relating to the in-scope services identified in the Investment Summary and described in the Statement of Work.

**Payment.**  Payment for undisputed invoices is due within forty-five (45) days of the invoice date.  We prefer to receive payments electronically.  Our electronic payment information is:

| | |
|---|---|
| Bank: | Wells Fargo Bank, N.A. |
| | 420 Montgomery |
| | San Francisco, CA 94104 |
| ABA: | 121000248 |
| Account: | 4124302472 |
| Beneficiary: | Tyler Technologies, Inc. – Operating |



**Exhibit B**
**Schedule 1 – Intentionally Deleted**



**Exhibit C**
**Maintenance and Support Agreement**

We will provide you with the following maintenance and support services for the Tyler Software. Capitalized terms not otherwise defined will have the meaning assigned to such terms in the Agreement and the Contract.

1. <u>Term</u>. We will provide you with maintenance and support services on an annual basis. The initial term commences on the Effective Date, and remains in effect for 79 months. The term may renew for additional one (1) year terms upon mutual agreement of the parties in writing.

2. <u>Maintenance and Support Fees</u>. Your initial maintenance and support fees are waived for the first nineteen (19) months from the Effective Date. Your year 2 through 6 maintenance and support fees for the Tyler Software are listed in the Invoicing and Payment Policy, and your payment obligations are set forth in the Invoicing and Payment Policy. We reserve the right to suspend maintenance and support services if you fail to pay undisputed maintenance and support fees within thirty (30) days of your receipt of our written notice of your failure to pay. We will reinstate maintenance and support services only if you pay all past due maintenance and support fees, including all fees for the periods during which services were suspended because of your failure to pay, and excluding any period in which services were suspended as a result of our default or a Force Majeure Event.

3. <u>Maintenance and Support Services</u>. As long as you are not using the Help Desk as a substitute for our training services on the Tyler Software, and you timely pay your maintenance and support fees, we will, consistent with the Support Call Process:

    3.1 perform our maintenance and support obligations in a professional, good, and workmanlike manner, consistent with industry standards, to resolve Defects in the Tyler Software (limited to the then-current version and the immediately prior version); provided, however, that to the extent you modify the Tyler Software without our consent, our obligation to provide maintenance and support services on and warrant the Tyler Software will be void;

    3.2 provide telephone support during our established support hours, currently Monday through Friday from 8:00 a.m. to 9:00 p.m. (Eastern Time Zone) and for the period commencing on 19 months following the Effective Date and continuing for two years thereafter, Emergency 24-hours per day, 7 days per week, telephone support for New World Public Safety and SceneDoc applications at no additional charge. After 9:00 p.m. and on weekends, the phone support will be provided via pager and a support representative will respond to service calls within 30 minutes of call initiation. After such initial two-year period, Tyler shall provide Emergency 24-hours per day, 7 days per week, telephone support at our then-current rates available to all Tyler customers.

    3.3 maintain personnel that are sufficiently trained to be familiar with the Tyler Software and Third Party Software, if any, in order to provide maintenance and support services;

3.4 provide you with a copy of all major and minor releases to the Tyler Software (including updates and enhancements) that we make generally available without additional charge to customers who have a maintenance and support agreement in effect; and

3.5 provide non-Defect resolution support of prior releases of the Tyler Software in accordance with our then-current release life cycle policy.

3.6 ensure that Tyler Software complies with applicable Criminal Justice Information Services (CJIS) security requirements and Florida Department of Law Enforcement (FDLE) reporting requirements.  To the extent compliance requires a modification to the Tyler software, Tyler will provide that modification according to Sections 3.3 and 3.4 of this Exhibit C;

3.7 provide updated user documentation, release notes, administrative guides, access to Tyler University on-line training platform, and access to Tyler Community forum for all releases;

3.8 We will ensure that custom interfaces, as provided in Exhibit E, Schedule 4, will continue to function in accordance with the terms of this Agreement with new Tyler Software releases. However, if a third-party provider alters how its software interacts with the Tyler-provided interface and such alteration requires a correction to be made by Tyler, then such services will be provided at our then-current hourly rates; and

3.9 We agree to provide reasonable technical support to assist with the installation of Tyler Software releases into your test/train and/or production environment. Such support will be provided remotely.

4. Client Responsibilities.  We will use all reasonable efforts to perform any maintenance and support services remotely.  Currently, we use a third-party secure unattended connectivity tool called Bomgar.  We will create logs of all maintenance and support services provided to you, maintain such logs for at least one year, and promptly provide you with copies of such logs upon your request.  Therefore, you agree to maintain a high-speed internet connection capable of connecting us to your PCs and server(s).  You agree to provide us, upon our request, with a login account and local administrative privileges as we may reasonably require to perform remote services.  We will, at our option, use the secure connection to assist with proper diagnosis and resolution, subject to any reasonably applicable security protocols.  If we cannot resolve a support issue remotely, we may be required to provide onsite services.  In such event, we will not be responsible for our travel expenses, unless it is determined that the reason onsite support was required was due to a Defect in the Tyler Software or Third Party Software identified in the Investment Summary or our negligence in providing the maintenance and support services described in this Agreement.  Either way, subject to the provisions of Section C5 of the License and Services Agreement, you agree to provide us with full and free access to the Tyler Software, working space, adequate facilities within a reasonable distance from the equipment, and use of machines, attachments, features, or other equipment reasonably necessary for us to provide the maintenance and support services, all at no charge to us We strongly recommend that you also maintain a VPN for backup connectivity purposes.

5. Hardware and Other Systems.  If you are a self-hosted customer and, in the process of diagnosing a software support issue, it is discovered that one of your peripheral systems or other software is the cause of the issue, we will notify you so that you may contact the support agency for that peripheral system. We cannot support or maintain Third Party Products except as expressly set forth in the Agreement.

In order for us to provide the highest level of software support, you bear the following responsibility related to hardware and software:

(a) All infrastructure executing Tyler Software shall be managed by you;
(b) You will maintain support contracts for all non-Tyler software associated with Tyler Software (including operating systems and database management systems, but excluding Third-Party Software, if any); and
(c) You will perform daily database backups and verify that those backups are successful.

6. <u>Other Excluded Services</u>.  Maintenance and support fees do not include fees for the following services: (a) initial installation or implementation of the Tyler Software; (b) onsite maintenance and support (unless Tyler cannot remotely correct a Defect in the Tyler Software, as set forth above); (c) application design; (d) other consulting services; (e) maintenance and support of an operating system or hardware, unless you are a hosted customer;  (f) support outside our normal business hours as listed in Section 3.2 of this Agreement; or (g) installation, training services, or third party product costs related to a new release.  Requested maintenance and support services such as those outlined in this section will be billed to you on a time and materials basis at our then current rates.  You must request those services with at least one (1) weeks' advance notice.

7. We will maintain the Service Levels attached to this Exhibit C at Schedule 1 and Escalation Processes are attached to this Exhibit C at Schedule 2.



**Exhibit C**
**Schedule 1**

**Service Levels**

1.   **DEFINITIONS**

 1.1   **Metric-Related Terms**

   (a)   "Actual Uptime" means the aggregate number of hours in any calendar month during which a system or service (and associated tools and processes) are Available for Use.

   (b)   "Availability" means, for a calendar month, the extent to which a system or service (and associated tools and processes) is actually Available for Use in accordance with normal operations. Availability shall be expressed as a percentage, by subtracting any scheduled downtime for the month (i.e., scheduled maintenance windows agreed in the Agreement or otherwise scheduled with Client's approval) from the aggregate total Scheduled Uptime in such month, and expressing the result as a percentage of the Actual Uptime for such month (i.e., Availability % = Actual Uptime / (total Scheduled Uptime − scheduled downtime) *100).

   (c)   "Available for Use" shall mean the ability of equipment, software, services and data, which comprise a system or are used to provide the Services, and for which the Tyler is responsible, to be utilized in accordance with normal operations (including applicable equipment and software specifications, requirements, and committed levels of service) and without degradation of performance. Without limiting the generality of the foregoing, for Tyler's service desk to be Available for Use, it must be able to receive telephone calls and e-mails from Client, and answer and log the same, and Tyler 's tools associated with its service desk (either used by the desk or by users for self help, including an incident logging portal must be available to the corresponding users in accordance with normal operations.

   (d)   "Resolution Time" means the elapsed time between (i) the earlier of the moment that a P1 Event, P2 Event or P3 Event is reported to Tyler (e.g., through automatic notification, a contact to the service desk, or other form of communication agreed by the Parties) or the moment that Tyler otherwise becomes aware of the same, and (ii) the moment that the affected components of the System, Services or data are restored to normal operations in accordance with applicable Service Levels and specifications, or Tyler implements a reasonable workaround, such that a user or users of the System or Services incur(s) no more than an insignificant degradation of use that does not affect such user or users' ability to perform their work, and the corresponding incident ticket is updated to reflect that such event has been resolved. A ticket associated with a particular P1 Event or P2 Event shall not be closed until the user reporting it, or other appropriate Client-designated personnel, agrees that such ticket may be closed, or if the

20

user is unavailable, Tyler has provided notification to the end user by following an agreed notification process.

(e)   "Response Time" means the elapsed time between (i) the earlier of the moment that a P1 Event, P2 Event or P3 Event is reported to Tyler (e.g., through automatic notification, a contact to the service desk, or other form of communication agreed by the Parties) or the moment that Tyler otherwise becomes aware of the same, and (ii) notification of acknowledgement to the applicable Client contact, and the commencement of resolution or fulfillment efforts by the group responsible for resolution or fulfillment (e.g., commencement of remote diagnostic activity, or, in the case of problems or requests that are not within the scope of the Services, the handoff of resolution efforts to the appropriate Client or third party personnel).  Mere scheduling of resolution or fulfillment efforts shall not be deemed to be "commencement of resolution or fulfillment efforts".

(f)   "Scheduled Uptime" means the time during which a system or service are scheduled to be Available for Use during a calendar month.

(g)   "Speed of Answer Time" means, for any inquiry, problem, service request, or contact similar to any of the preceding that relates to the System or Services and that is submitted to Tyler 's service desk during a calendar month, the elapsed time between (i) the caller's selection of the option on the voice response unit to speak to a service desk agent, and (ii) the moment that such call is answered by a live agent responsible for incident or service request management efforts.

1.2   **Severity Level Definitions**

| Severity Level | Definition |
|---|---|
| P1 Event (P1) | A Deficiency that renders the System inoperative, causes the System to fail catastrophically, or materially degrades the System.  Examples of P1 Events include:<br>• System is down, users cannot login or any key module (cases, global searching, creation of field reports) is non-functional;<br>• Field Reports not merging to Records for processing;<br>• IBR/UCR Reporting, or Submission, is Down/Non-Functional;<br>• NCIC is not functional; and<br>• System performance (slowness) is degraded to a point where users are at a work stoppage or significant impairment to doing their jobs. |
| P2 Event (P2) | A Deficiency that significantly degrades the performance of the System but does not prohibit Client's use of the System.  Examples of P2 Events include:<br>• Error returned in a clear call search that prevents results from returning as expected;<br>• State/NCIC queries are not working properly;<br>• Dispatcher gets an error clearing a call but does not prevent the call from clearing (high traffic area); and<br>• Paging or tones are not going out consistently. |
| P3 Event (P3) | A Deficiency that causes only a minor impact on the use of the System. |

Appendix 1

## 2.  SERVICE LEVEL METRICS

All Service Levels shall be measured on a calendar month basis unless otherwise expressly provided below.

| Service Level Metric | Service Level | Scheduled Uptime | Measurement Tool or Process | Special Terms |
|---|---|---|---|---|
| Service Desk Availability | Availability of Tyler's service desk (including associated personnel, tools and processes) to receive contacts from Client (via phone, 24x7 service, and such other means agreed by the Parties) during each calendar month shall be greater than or equal to 100.00%. | • 8:00 a.m. - 9:00 p.m. ET weekdays (excluding holidays) for the Tyler - Licensed Materials set forth in Section 1.4(b) of Exhibit A-1 of Schedule A, unless Client procures the option referenced in Section 7.1 of Schedule C; and<br>• 24 x 7 otherwise | • Support center monitoring software displayed throughout center (e.g., calls waiting (if any), calls offered, calls abandoned, calls handled, percentage of calls answered before 2 minutes, agent availability). Statistics are displayed by application call queue and by agent.<br>• Phone system reporting tool with metric based reports (e.g., by agent, by time period, by call queue)<br>• 24 x 7 reporting through answering service (e.g., by call, by time period including time to answer and calls patched directly) | Tyler shall have 3 permitted shortfalls of this Service Level during each 5-year period commencing on the first Services Commencement Date for Maintenance Services, with each shortfall allowing a level of performance of not lower than 98.33% Availability for the corresponding month. |
| Service Desk Speed of Answer | (a) At least 80.00% of Speed of Answer Times during each calendar month shall be less than or equal to 2.0 minutes; and<br><br>(b) 100.00% of Speed of Answer Times during each calendar month shall be less than or equal to 5.0 minutes. | N/A | • Support center monitoring software displayed throughout center (e.g., calls waiting (if any), calls offered, calls abandoned, calls handled, percentage of calls answered before 2 minutes, agent availability). Statistics are displayed by application call queue and by agent.<br>• Phone system reporting tool with metric based reports (e.g., by agent, by time period, by call queue). | |
| Response Time | For calls to Tyler 's service desk:<br><br>(a) All Response Times for P1 Events shall be less than or equal to 30.0 minutes;<br>(b) All Response Times for P2 Events shall be less than or equal to 2.0 hours; and<br>(c) All Response Times for P3 Events shall be less than or equal to 4.0 hours; and<br><br>For portal submissions:  All Response Times for P3 Events shall be less than or equal to 48.0 hours. | N/A | Support Center tracking system, which includes reporting by issue aging.  Regular monitoring by Tyler supervisors to ensure response and resolution. | Tyler strongly encourages Client to use its service desk, rather than its customer portal, to report any P1 Event or P2 Event. |
| Resolution Time (code changes to Tyler - Licensed Materials not required)* | (a) At least 98.00% of Resolution Times for P1 Events shall be less than or equal to 4.0 hours;<br>(b) At least 90.00% of Resolution Times for P2 Events shall be less than or equal to 8.0 hours; and<br>(c) At least 75.00% of Resolution Times for P3 Events shall be less than or equal to 12.0 hours. | N/A | Support Center tracking system, which includes reporting by issue aging.  Regular monitoring by Tyler supervisors to ensure response and resolution. | For P1 Events, Tyler will work with Client continuously until resolution is reached. |
| Resolution Time (code changes to Tyler - Licensed Materials required)* | (a) At least 95.00% of Resolution Times for P1 Events shall be less than or equal to 24.0 hours;<br>(b) At least 70.00% of Resolution Times for P2 Events shall be delivered in the next available New Release (Hot Fix or Service Pack); and<br>(c) At least 60.00% of Resolution Times for P3 Events shall be delivered in the next Major New Release. | N/A | Support Center tracking system, which includes reporting by issue aging.  Regular monitoring by Tyler supervisors to ensure response and resolution. | For P1 Events, Tyler will work with Client continuously until resolution is reached. |
| System Availability | Availability of the System shall be 99.98%. | 24 x 7 | Health monitoring capabilities within the Tyler - Licensed Materials (i.e., native application monitoring). | Outages due to planned maintenance may require virtual machine(s) comprising the operating infrastructure to be restarted, resulting in a brief outage of 5 minutes or less.  Any such outages for planned maintenance will permit users to work in offline mode, and will be scheduled in advance by the Parties.  Tyler 's future product roadmap will introduce advanced application |

Appendix 1

| | | | | redundancy and load balancing capabilities to minimize/eliminate downtime due to planned/unplanned maintenance. |
|---|---|---|---|---|
| System Performance | (a) 90.00% of "Call for Service" transactions executed by call takers or dispatchers will complete (i.e., from the moment the transaction is executed via a key or click by the user, to the moment when their screen is refreshed reflecting the completed function) in 3.0 seconds or less (delays from 3rd party applications such as NCIC/FCIC, Deccan, and Station Alerting are excluded); and<br><br>(b) 90.00% of RMS transactions (such as unit status, car-to-car messaging, clear call, self-dispatch, etc.) executed by mobile unit operators will complete (i.e., from the moment the transaction is executed via a key or click by the user, to the moment when their screen is refreshed reflecting the completed function) in 10.0 seconds or less. | N/A | Health monitoring capabilities within the Tyler - Licensed Material (i.e., native application monitoring). | Delays caused by FCIC, wireless carriers or network latency greater than the following parameters are excluded from this system performance service level: (a) For RMS client workstations: 100 Mbit/s LAN latency; (b) for servers, 1 Gbit/s LAN latency, and (c) for SAN storage, 10 Gbit/s (e.g., iSCSI or fiber channel) |

* In cases where such a Service Level specifies a percentage less than 100.00%, if the Service Level is not achieved and all but one P1 Event, P2 Event or P3 Event being measured during the measurement period has complied with the defined Service Level requirements, then that one event will be ignored for purposes of Service Level measurement, and the Service Level will be deemed met for that measurement period.

Appendix 1



**Exhibit C**
**Schedule 2**
**Escalation Processes**

**Client-Facing Escalation Process**

Client may contact the following resources for management level issue resolution escalation:

a) Director of Support Services
b) Vice President of Client Success
c) Senior Vice President/COO

**Tyler-Internal Escalation Process**

Tyler's internal escalation process applicable to P1 Events is as follows:

| Critical Escalation | Action | Owner |
|---|---|---|
| 0 Hours | Initial report of the issue comes into support via phone during regular business hours or to our 24x7 after hour emergency support team. The specialist reviews the issue and quickly determines if they can restore service quickly. | Software Support Specialist |
| 30 Minutes or Less | If the system is not restored within the first 30 minutes of the initial reported call, the case is escalated to Tyler's L3 engineering team for review and management in support is notified. | Software Support Specialist; Software Support Analyst - (L3 Team); Application Team Lead; Support Manager |
| 2 Hours | If the L3 team analyst is unable to restore service or identify a suitable workaround within a two-hour period, an emergency escalation takes place to our development management team for assistance. All of support management, client success management and development are notified up to the executive level. | Software Support Specialist; Software Support Analyst - (L3 Team); Application Team Lead; Support Manager; Development Managers; Director of Support Services; VP of Client Success; VP of Technology |
| 4 Hours – Resolution or Workaround is Met | If there is no suitable workaround or resolution to the issue within 4 hours, the development management team and support services teams will continue to engage other resources both internally and outside of Tyler (e.g., VM Ware, Microsoft, ESRI) as needed until resolution or suitable workaround is in place. | Software Support Specialist; Software Support Analyst - (L3 Team); Application Team Lead; Support Manager; Development Manager; Director of Support Services; VP of Client Success; VP of Development; Sr. VP of Operations |

Appendix 1

Tyler's internal escalation process applicable to P2 Events is as follows:

| Critical Escalation | Action | Owner |
|---|---|---|
| 0-2 Hours (Phone Reported) 0-48 Hours (Portal Reported) | Initial report of the issue comes into support via phone during business hours or is sent in by the client via the online client portal.  Response time for portal submissions is same day/next day on average.  We request phone use for any Severe or Critical issues for the fastest response.  During the initial review of the issue, application specialist works diligently to determine if there is any immediate change that would fix or alleviate the issue (workaround) or if the issue is a defect (code change required in the software). | Software Support Specialist |
| 1 – 4 Hours (Phone) | If the issue does not have a resolution, suitable workaround or confirmation of a defect found within 60 minutes of the initial reported phone call, the case is escalated to subject matter experts to assist on the call.  Analysts work with the specialists to find a solution, suitable workaround or confirm a defect is present. | Software Support Specialist; Software Support Analyst - Application Team Lead |
| 4-8 Hours (Phone) | If the subject matter analyst is unable to provide a resolution or identify a suitable workaround within the same business day (4-8 hours) a priority escalation may occur depending on the severity of the P2 issue.  That escalation may involve engaging other specialty resources outside of support. | Software Support Specialist; Software Support Analyst - Application Team Lead; Support Manager; Development Managers; |
| Defect Identified Requiring Code Change | A correction to the issue is reviewed and coordinated for a next available release.  Note that an escalated case may be coordinated sooner depending on severity of the issue and nature of the correction in the code. | Development Manager; Client Success Executive or CSAM; Project Manager (if applicable) |

Appendix 1



**Exhibit D**
**Third Party End User License Agreement**

REMAINDER OF PAGE INTENTIONALLY LEFT BLANK

Appendix 1

**END USER LICENSE AGREEMENT**
**RED HAT® ENTERPRISE LINUX® AND RED HAT APPLICATIONS**



PLEASE READ THIS END USER LICENSE AGREEMENT CAREFULLY BEFORE USING SOFTWARE FROM RED HAT. BY USING RED HAT SOFTWARE, YOU SIGNIFY YOUR ASSENT TO AND ACCEPTANCE OF THIS END USER LICENSE AGREEMENT AND ACKNOWLEDGE YOU HAVE READ AND UNDERSTAND THE TERMS. AN INDIVIDUAL ACTING ON BEHALF OF AN ENTITY REPRESENTS THAT HE OR SHE HAS THE AUTHORITY TO ENTER INTO THIS END USER LICENSE AGREEMENT ON BEHALF OF THAT ENTITY. IF YOU DO NOT ACCEPT THE TERMS OF THIS AGREEMENT, THEN YOU MUST NOT USE THE RED HAT SOFTWARE. THIS END USER LICENSE AGREEMENT DOES NOT PROVIDE ANY RIGHTS TO RED HAT SERVICES SUCH AS SOFTWARE MAINTENANCE, UPGRADES OR SUPPORT. PLEASE REVIEW YOUR SERVICE OR SUBSCRIPTION AGREEMENT(S) THAT YOU MAY HAVE WITH RED HAT OR OTHER AUTHORIZED RED HAT SERVICE PROVIDERS REGARDING SERVICES AND ASSOCIATED PAYMENTS.

This end user license agreement ("EULA") governs the use of any of the versions of Red Hat Enterprise Linux, certain other Red Hat software applications that include or refer to this license, and any related updates, source code, appearance, structure and organization (the "Programs"), regardless of the delivery mechanism.

1.   License Grant. Subject to the following terms, Red Hat, Inc. ("Red Hat") grants to you a perpetual, worldwide license to the Programs (most of which include multiple software components) pursuant to the GNU General Public License v.2. The license agreement for each software component is located in the software component's source code and permits you to run, copy, modify, and redistribute the software component (subject to certain obligations in some cases), both in source code and binary code forms, with the exception of (a) certain binary only firmware components and (b) the images identified in Section 2 below. The license rights for the binary only firmware components are located with the components themselves. This EULA pertains solely to the Programs and does not limit your rights under, or grant you rights that supersede, the license terms of any particular component.

2.   Intellectual Property Rights. The Programs and each of their components are owned by Red Hat and other licensors and are protected under copyright law and under other laws as applicable. Title to the Programs and any component, or to any copy, modification, or merged portion shall remain with Red Hat and other licensors, subject to the applicable license. The "Red Hat" trademark and the "Shadowman" logo are registered trademarks of Red Hat in the U.S. and other countries. This EULA does not permit you to distribute the Programs or their components using Red Hat's trademarks, regardless of whether the copy has been modified. You may make a commercial redistribution of the Programs only if (a) permitted under a separate written agreement with Red Hat authorizing such commercial redistribution, or (b) you remove and replace all occurrences of Red Hat trademarks. Modifications to the software may corrupt the Programs. You should read the information found at http://www.redhat.com/about/corporate/trademark/ before distributing a copy of the Programs.

3.   Limited Warranty. Except as specifically stated in this Section 3, a separate agreement with Red Hat, or a license for a particular component, to the maximum extent permitted under applicable law, the Programs and the components are provided and licensed "as is" without warranty of any kind, expressed or implied, including the implied warranties of merchantability, non-infringement or fitness for a particular purpose. Red Hat warrants that the media on which the Programs and the components are provided will be free from defects in materials and manufacture under normal use for a period of 30 days from the date of delivery to you. Neither Red Hat nor its affiliates warrants that the functions contained in the Programs will meet your requirements or that the operation of the Programs will be entirely error free, appear or perform precisely as described in the accompanying documentation, or comply with regulatory requirements. This warranty extends only to the party that purchases subscription services for the Programs from Red Hat and/or its affiliates or a Red Hat authorized distributor.

4.   Limitation of Remedies and Liability. To the maximum extent permitted by applicable law, your exclusive remedy under this EULA is to return any defective media within 30 days of delivery along with a copy of your payment receipt and Red Hat, at its option, will replace it or refund the money you paid for the media. To the maximum extent permitted under applicable law, under no circumstances will Red Hat, its affiliates, any Red Hat authorized distributor, or the licensor of any component provided to you under this EULA be liable to you for any incidental or consequential damages, including lost profits or lost savings arising out of the use or inability to use the Programs or any component, even if Red Hat, its affiliates, an authorized distributor and/or licensor has been advised of the possibility of such damages. In no event shall Red Hat's or its affiliates' liability, an authorized distributor's liability or the liability of the licensor of a component provided to you under this EULA exceed the amount that you paid to Red Hat for the media under this EULA.

5.   Export Control. As required by the laws of the United States and other countries, you represent and warrant that you: (a) understand that the Programs and their components may be subject to export controls under the U.S. Commerce Department's Export Administration Regulations ("EAR"); (b) are not located in a prohibited destination country under the EAR or U.S. sanctions regulations (currently Cuba, Iran, Iraq, North Korea, Sudan and Syria, subject to change as posted by the United States government); (c) will not export, re-export, or transfer the Programs to any prohibited destination or persons or entities on the U.S. Bureau of Industry and Security Denied Parties List or Entity List, or the U.S. Office of Foreign Assets Control list of Specially Designated Nationals and Blocked Persons, or any similar lists maintained by other countries, without the necessary export license(s) or authorization(s); (d) will not use or transfer the Programs for use in connection with any nuclear, chemical or biological weapons, missile technology, or military end-uses where prohibited by an applicable arms embargo, unless authorized by the relevant government agency by regulation or specific license; (e) understand and agree that if you are in the United States and export or transfers the Programs to eligible end users, you will, to the extent required by EAR Section 740.17(e), submit semi-annual reports to the Commerce Department's Bureau of Industry and Security, which include the name and address (including country) of each transferee; and (f) understand that countries including the United States may restrict the import, use, or export of encryption products (which may include the Programs and the components) and agree that you shall be solely responsible for compliance with any such import, use, or export restrictions.

tyler

27

## Appendix 1

6.   **Third Party Programs.** Red Hat may distribute third party software programs with the Programs that are not part of the Programs. These third party programs are not required to run the Programs, are provided as a convenience to you, and are subject to their own license terms. The license terms either accompany the third party software programs or can be viewed at http://www.redhat.com/licenses/thirdpartyeula.html. If you do not agree to abide by the applicable license terms for the third party software programs, then you may not install them. If you wish to install the third party software programs on more than one system or transfer the third party software programs to another party, then you must contact the licensor of the applicable third party software programs.

7.   **General.** If any provision of this EULA is held to be unenforceable, the enforceability of the remaining provisions shall not be affected. Any claim, controversy or dispute arising under or relating to this EULA shall be governed by the laws of the State of New York and of the United States, without regard to any conflict of laws provisions. The rights and obligations of the parties to this EULA shall not be governed by the United Nations Convention on the International Sale of Goods.

Copyright © 2010 Red Hat, Inc. All rights reserved. "Red Hat" and the Red Hat "Shadowman" logo are registered trademarks of Red Hat, Inc. "Linux" is a registered trademark of Linus Torvalds. All other trademarks are the property of their respective owners.

tyler
TECHNOLOGIES

Appendix 1



## Exhibit E – Schedules to Statement of Work

INTENTIONALLY LEFT BLANK

Appendix 1



**Exhibit E**
**Schedule 1**
**SoftCode Product Suite - Scope of Project - Statement of Work**

We will provide you with the Services described below at the fixed costs set forth in the Investment Summary.

**Implementation Guide:**
- Tyler Technologies will provide an Implementation Guide containing the following:
  - A document providing an overview of support.
  - A spreadsheet which outlines the reference data needed to configure CivilServe along with an instructional sheet to assist in completing the spreadsheet.
  - Sign-off sheets for hardware/software requirements and customer responsibilities.
  - An overview of what a site visit entails.
  - A form to update with contact information.

**Site Visit:**
- A Tyler Technologies consultant will visit your office to walk through current procedures and help gather required forms and letters.  This understanding of the way your county does business is invaluable in personalizing and configuring your system as well as designing a training plan that will best suit your needs.

**Installation and Training:**
- Our project manager will work with your County project manager and your I.T. department to schedule the installation.
- Our trainer will work with your county project manager to create a custom training schedule that allows your office to maintain your day to day operations during training.

**After Site Visit:**
- County will complete and return configuration spreadsheet, sign-off sheets, and contact form.
- All letters and/or correspondence needed in CivilServe will be sent to Tyler Technologies in Microsoft Word format.
- Any additional examples of custom report requests need to be sent to Tyler Technologies project manager.

**Personalization and Configuration Prior to Training:**
- SoftCode will personalize and configure your county's database based on the site visit.
- SoftCode will bookmark letters to be integrated with CivilServe.
- Custom reports will be created for your county.

**Prior to Training:**
- Installation will be completed.

Appendix 1

- Course training materials will be provided to your county.

**Training & Go-Live:**
- Training will be provided by our experienced trainer.
- Go live while trainer is on-site and available for assistance.

Appendix 1



## Exhibit E
## Schedule 2
## Professional Services

We will provide you with the Services described below at the fixed costs set forth in the Investment Summary.

**1.    Project Management Services**

We shall act as Project Manager to assist you in implementing the Tyler Software.  Project Management Services include:

- a)    Developing an Implementation Plan;
- c)    Providing revised Implementation Plans (if required);
- d)    Providing monthly project status reports; and
- e)    Facilitating project status meetings
  - a project review (kickoff) meeting at your location
  - progress status meeting(s) during implementation via telephone conference or at your location; and
  - a project close-out meeting at your location to conclude the project.
- f)    Consultation with other vendors or third parties, if necessary.

**2.    Implementation and Training Support Services**

Implementation and training support services have been allocated for this project as described in the Investment Summary. The recommended implementation and training support services include:

- a)    implementation of the Tyler Software;
- b)    Training you or assisting with your training on the Tyler Software; and
- c)    tailoring of Tyler Software by our technical staff and/or consultation with our technical staff.

The project management, implementation and training support services provided by us may be performed at your premises and/or at our headquarters in Troy, Michigan (e.g., portions of project management are performed in Troy).

**3.    Interface and/or Fixed Installation Services**

We shall provide interface installation services as described in the Investment Summary.

Our GIS implementation services are to assist you in preparing the required GIS data for use with the Tyler

Appendix 1

Software. At a minimum, you will be required to provide an accurate street centerline layer and the appropriate polygon layers needed for Unit Recommendations and Run Cards in an industry standard ESRI file format (Personal Geodatabase, File Geodatabase, Shape Files). You are responsible for having clearly defined boundaries for Police Beats, EMS Districts and Fire Quadrants. If necessary, we will assist you in creating the necessary polygon layers (Police Beats, EMS Districts and Fire Quadrants) for Unit Recommendations and Run Cards. We are not responsible for the accuracy of or any ongoing maintenance of the GIS data used within the Tyler Software.

**4.    Hardware Quality Assurance Service**

We shall provide Hardware Systems Assurance of your server(s).

    a)   Hardware Quality Assurance Services (Standard Environment):
        Hardware Systems Assurance and Software Installation:
- Assist with High Level System Design/Layout
- Validate Hardware Configuration and System Specifications
- Validate Network Requirements, including Windows Domain
- Install Operating System and Apply Updates
- Install SQL Server Standard and Apply Updates
- Install New World Applications Software and Apply Updates
- Establish Base SQL Database Structure
- Configure System for Electronic Customer Support (i.e. NetMeeting or Bomgar)
- Tune System Performance Including Operating System and SQL Resources
- Provide Basic System Administrator Training and Knowledge Transfer
- Establish two virtual application environments: 1) Production and 2) Test/Train
- Train customer on steps to create additional virtual environments
- Document Installation Process and System Configuration

**5.    Message Switch Operating System Assurance Service**

We shall provide Message Switch Operating System Assurance, which includes:

    a)   Message Switch Operating System Assurance Services:
        Operating System Assurance and Software Installation Services:
- Install and update Red Hat Linux Operating System
- Build system user-ids and applicable authorizations
- Migrate all Message Switch data from the old server to the new server (if applicable)
- Verify all scripts are adjusted for new machine
- Migrate all source code from old machine to the new machine
- Compile New World Message Switch programs
- Assure Message Switch operation in the live environment
- Adjust any tables as needed during the assurance phase

Appendix 1



**Exhibit E**
**Schedule 3**
**Data File Conversion Assistance**

We will provide conversion assistance to you to help convert the existing data files specified below at the fixed costs set forth in the Investment Summary.   If additional files are requested by you in writing after contract execution, estimates will be provided to you prior to us beginning work on those newly identified files.

<u>General</u>

1. A data conversion analysis and assessment to verify the scope of effort for the project will be conducted.

2. This conversion effort includes data coming from one data source for each of the files described in the Investment Summary.

3. No data cleansing, consolidation of records, or editing of data will be part of the data conversion effort. Any data cleansing, removal of duplicate records, or editing must take place by you prior to providing the data to us.

<u>Our Responsibilities</u>

1. We will create and provide you with a conversion design document for signoff prior to beginning development work on the data conversion.  No conversion programming by us will commence until you approve this document.

2. We will provide the data conversion programs to convert your data from one single data source for each of the files described in the Investment Summary to the Tyler Software module for the specified files.

3. As provided in the approved project plan for conversions, we will schedule on-site trips to your location in order to conduct the following:

    a. Conversion Analysis,
    b. Assistance for Mapping and Testing, and
    c. Conversion Go-Live Implementation and Support

    You will be responsible for travel expenses as set forth in the Invoicing and Payment Policy.

4. We will provide you up to ten (10) test iterations of converted data. One test iteration consists of:

    a. Running a conversion test in your test environment,

tyler
34

Appendix 1

     b. Your reviewing a conversion test and responding in writing to us (see Client responsibilities paragraph 3 below),

     c. We correct or otherwise respond to issues discovered and reported by you,

     d. We will conduct internal testing to verify corrections, and

     e. The Parties planning for the next test iteration and/or the live implementation.

5. Tyler will provide warranty coverage for any conversion-procedure-related issue reported by Client to Tyler within sixty (60) days after the conversion is run in the live database.

<u>Client Responsibilities</u>

1. Provide a current copy of the databases to be converted in one of the following formats:
   a. Microsoft SQL Server database
   b. Microsoft Access database
   c. Microsoft Excel spreadsheet
   d. An ASCII format delimited text file, including embedded column headers and text delimiters.

2. You will respond to each test iteration in writing, on a form provided by us, either:

   a. Indicating acceptance that the Data Conversion Process is ready for the final conversion, or
   b. Indicating a list of changes that need to be applied to the Data Conversion Process for the next test iteration.

   Up to ten (10) test iterations are provided as part of the Data Conversion Process. After the tenth (10th) test iteration, , you shall pay our then-current flat fee for each additional test iteration, unless such test failure is due to our act or omission. You will promptly review each test iteration when delivered by us.

3. A data dictionary (data descriptors) containing all data elements must be provided to us for each file submitted with the media.

4. As provided in the project plan for conversions, you will provide a dedicated resource in each application area to focus on conversion mapping and testing.  This includes dedicating a support person(s) whenever our staff is on site regarding conversions. Roughly a one to one ratio exists for your commitment and our commitment.  You understand that thorough and timely testing of the converted data by your personnel is a key part of a successful data conversion.

5. You agree to promptly review and, subject to Article 17 of the Contract, Accept both the conversion design document, and on the final conversions.

Only one data source will be converted for each of the files described in the Investment Summary, unless otherwise noted.

Appendix 1



### Exhibit E
### Schedule 4
### Customer Requested Standard Software Enhancements and/or Custom Software

1. <u>Definition</u>

We will provide you with the software enhancements and/or custom software services described in the Interface Control Document below at the fixed prices set forth in the Investment Summary. You agree to cooperate in limiting the scope of those modifications and enhancements, as described below.

An analysis and assessment to verify the scope of effort for these services will be conducted. If you request, in writing, a change in the scope of these services, a revised estimate for the enhancements/customizations may be provided at the conclusion of the assessment. You may elect to cancel or proceed with the enhancements/customizations based on the revised estimate.

The following Services are included in the initial scope as described in the Interface Control Document below at the fixed prices set forth in the Investment Summary:

    a)   Custom Software/Interface(s)
            While we will provide reasonable consultation, you are responsible for obtaining technical contacts and/or technical specifications from the third parties involved.

        *(1)*   ATIMS Arrest Export:

            Tyler Technologies will provide an interface that will export arrest data from New World Public Safety mobile arrest form to ATIMS.

        *(2)*   ATIMS Booking/Inmate Import:

            Tyler Technologies will provide an interface that will import booking data from ATIMS to New World Public Safety booking module.

        *(3)*   JPICS Mugshot Import:

            Tyler Technologies will provide an interface that will import mugshots from JPICS to New World Public Safety global subjects.

        *(4)*   BWI Pawn Import:

Appendix 1

Tyler Technologies will provide an interface that will import pawn data from BWI to New World Public Safety pawn modules.

*(5)*   eWarrants Interface:

Tyler Technologies will provide an interface that will:
- Import warrant data from eWarrants to New World Public Safety.
- Export warrant service data from New World Public Safety to eWarrants.

*(6)*   IAPro Personnel and Use of Force Export:

Tyler Technologies will provide an interface that will export personnel and use of force data from New World Public Safety to IAPro.

*(7)*   PadTRAX Evidence Interface:

Tyler Technologies will provide an interface that will
- Export evidence data from New World Public Safety to PadTRAX.
- Import location data from PadTRAX to New World Public Safety.

*(8)*   PremierOne Alert Export:

Tyler Technologies will provide an interface that will export person, vehicle, and address alert data from New World Public Safety to PremierOne.

*(9)*   PremierOne Incident Import:

Tyler Technologies will provide an interface that will import call for service data from PremierOne to New World Public Safety incidents.

**2.   <u>Methodology to Provide Enhancements and/or Custom Software</u>**

a)   <u>Our Responsibility</u>

As part of our delivery of these services, we will:

*(1)*   Review the required features for the items set forth in paragraph 1, above, and the Interface Control Document below, with you.

*(2)*   Prepare a Requirements Document (RD) to include:
- Detailed description of the required feature
- menu samples
- screen samples
- report samples

*(3)*   Conduct the programming and programming test.

Appendix 1

(4)   Provide the associated in-scope training including, but not limited to, training on the use of Tyler's Interface Operability Engine (IOE) administrative console, starting/stopping the interface, monitoring the interface, reviewing interface logs/error messaging and other tasks for the normal operation of the interfaces.

(5)   Assist with testing in your environment and/or other support services.

For an enhancement or custom software requiring over seven (7) days of services, we will utilize the design document procedure described below.   For enhancements or custom software that require less than seven (7) days of services, we will use a Request for Service (RFS) procedure.   Both procedures are reviewed with you at a pre-installation planning meeting. The RFS procedure utilizes a form with a narrative description and supporting documentation if applicable to define the work to be done.

b)   Design and Development Procedure

| Activity | Targeted Time Period |
|---|---|
| (1)   We will work with your staff in completing the RD. You agree to be reasonable and flexible in not attempting to design the modifications to be more extensive than called for in the Interface Control Document below. | To be determined |
| (2)   We submit completed RD to you. | To be determined |
| (3)   You will review and Accept on the RD. Once you Accept on the RD, any subsequent changes must be documented along with the impact on pricing and schedule, if any. No programming will be done by us until the formal sign-off and your authorization to proceed in writing. | To be determined |
| (4)   We complete programming from RD and provide the associated deliverable to you. | To be determined |
| (5)   You test software modification based on RD. | To be determined |

3.   Third Party Responsibilities

a)   The third-party will provide a   method or process that will allow access to required data via a file transfer, web service, or TCP/IP.

b)   We will not be responsible for making any modification in the 3rd party software to support this interface.

c)   The third-party will work with us and you to test the interface.

The custom interfaces we agree to deliver to you under this Agreement are set forth in the Investment Summary

Appendix 1

and in the Interface Control Document(s) (ICD) listed below.

# Interface Control Document (ICD)

Jacksonville Sheriff's Office, FL

| Interface | ATIMS Arrest Export |
|---|---|
| *Direction* | Export |
| *Third Party* | ATIMS |
| *Record Type* | Arrests |
| *Detailed Description* | Tyler Technologies will provide an interface that will export arrest data from New World Public Safety mobile arrest form to ATIMS.<br><br>The transfer of data will be an automated batch process that will occur at a frequency configurable by the customer. The interface will support one transfer method and format. Data may be transmitted as a file, through a web service, as a TCP message or other agreed upon protocol.<br><br>The interface will be limited to fields that exist in the New World arrest module. No new fields will be added to the database or user screen. |
| *Assumptions* | 1. The third-party will provide a method or process that will allow access to required data via a file transfer, web service, or TCP/IP.<br>2. New World System will not be responsible for making any modification in the 3rd party software to support this interface.<br>3. The third-party will work with New World Systems and the customer to test the interface. |

| Interface | ATIMS Booking/Inmate Import |
|---|---|
| *Direction* | Import |
| *Third Party* | To be Determined |
| *Record Type* | Global Subject; Booking (LERMS) |
| *Detailed Description* | Tyler Technologies will provide an interface that will import booking data from ATIMS to New World Public Safety booking module.<br><br>The interface will attempt to match the inbound subject and vehicle data with existing records in New World. When a match is not found, a new record will be created. If a pdf document is |

Appendix 1

| | included with the data, the document will be attached to the booking record.<br><br>The transfer of data will be an automated batch process that will occur at a frequency configurable by the customer. The interface will support one transfer method and format. Data may be transmitted as a file, through a web service, as a TCP message or other agreed upon protocol.<br><br>The interface will be limited to fields that exist in the New World booking module. No new fields will be added to the database or user screen. |
|---|---|
| *Assumptions* | 1. The third-party will provide a method or process that will allow access to required data via a file transfer, web service, or TCP/IP.<br>2. New World System will not be responsible for making any modification in the 3rd party software to support this interface.<br>3. The third-party will work with New World Systems and the customer to test the interface. |

| **Interface** | **JPICS Mugshot Import** |
|---|---|
| *Direction* | Import |
| *Third Party* | JPICS |
| *Record Type* | Global Subject; Mug Shot |
| *Detailed Description* | Tyler Technologies will provide an interface that will import mugshots from JPICS to New World Public Safety global subjects.<br><br>The transfer of data will be an automated batch process that will occur at a frequency configurable by the customer. The interface will support one transfer method and format. Data may be transmitted as a file, through a web service, as a TCP message or other agreed upon protocol.<br><br>The interface will be limited to fields that exist in the New World global subject module. No new fields will be added to the database or user screen. |
| *Assumptions* | 1. The third-party will provide a method or process that will allow access to required data via a file transfer, web service, or TCP/IP.<br>2. New World System will not be responsible for making any modification in the 3rd party software to support this interface.<br>3. The third-party will work with New World Systems and the customer to test the interface. |

tyler

Appendix 1

| Interface | BWI Pawn Import |
|---|---|
| *Direction* | Import |
| *Third Party* | BWI |
| *Record Type* | Global Subject; Pawn |
| *Detailed Description* | Tyler Technologies will provide an interface that will import pawn data from BWI to New World Public Safety pawn modules.<br><br>The transfer of data will be an automated batch process that will occur at a frequency configurable by the customer. The interface will support one transfer method and format. Data may be transmitted as a file, through a web service, as a TCP message or other agreed upon protocol.<br><br>The interface will be limited to fields that exist in the New World <module> module. No new fields will be added to the database or user screen. |
| *Assumptions* | 1. The third-party will provide a method or process that will allow access to required data via a file transfer, web service, or TCP/IP.<br>2. New World System will not be responsible for making any modification in the 3rd party software to support this interface.<br>3. The third-party will work with New World Systems and the customer to test the interface. |

| Interface | eWarrants Interface |
|---|---|
| *Direction* | Import & Export |
| *Third Party* | eWarrants |
| *Record Type* | Global Subject; Wants/Warrants |
| *Detailed Description* | Tyler Technologies will provide an interface that will:<br><br>• Import warrant data from eWarrants to New World Public Safety.<br>• Export warrant service data from New World Public Safety to eWarrants.<br><br>The transfer of data will be an automated batch process that will occur at a frequency configurable by the customer. The interface will support one transfer method and format. Data may be transmitted as a file, through a web service, as a TCP message or other agreed upon protocol.<br><br>The interface will be limited to fields that exist in the New World module. No new fields will |

Appendix 1

| | be added to the database or user screen. |
|---|---|
| *Assumptions* | 1. The third-party will provide a method or process that will allow access to required data via a file transfer, web service, or TCP/IP.<br>2. New World System will not be responsible for making any modification in the 3rd party software to support this interface.<br>3. The third-party will work with New World Systems and the customer to test the interface. |

| **Interface** | **IAPro Personnel and Use of Force Export** |
|---|---|
| *Direction* | Export |
| *Third Party* | IAPro |
| *Record Type* | Personnel; Use of Force |
| *Detailed Description* | Tyler Technologies will provide an interface that will export personnel and use of force data from New World Public Safety to IAPro.<br><br>The transfer of data will be an automated batch process that will occur at a frequency configurable by the customer. The interface will support one transfer method and format. Data may be transmitted as a file, through a web service, as a TCP message or other agreed upon protocol.<br><br>The interface will be limited to fields that exist in the New World RMS. No new fields will be added to the database or user screen. |
| *Assumptions* | 1. The third-party will provide a method or process that will allow access to required data via a file transfer, web service, or TCP/IP.<br>2. New World System will not be responsible for making any modification in the 3rd party software to support this interface.<br>3. The third-party will work with New World Systems and the customer to test the interface. |

| **Interface** | **PadTRAX Evidence Interface** |
|---|---|
| *Direction* | Import & Export |
| *Third Party* | PadTRAX |
| *Record Type* | Property |
| *Detailed Description* | Tyler Technologies will provide an interface that will<br><br>• Export evidence data from New World Public Safety to PadTRAX.<br>• Import location data from PadTRAX to New World Public Safety |

Appendix 1

| | |
|---|---|
| | The transfer of data will be an automated batch process that will occur at a frequency configurable by the customer. The interface will support one transfer method and format. Data may be transmitted as a file, through a web service, as a TCP message or other agreed upon protocol.<br><br>The interface will be limited to fields that exist in the New World property module. No new fields will be added to the database or user screen. |
| *Assumptions* | 1. The third-party will provide a method or process that will allow access to required data via a file transfer, web service, or TCP/IP.<br>2. New World System will not be responsible for making any modification in the 3rd party software to support this interface.<br>3. The third-party will work with New World Systems and the customer to test the interface. |

| **Interface** | **PremierOne Alert Export** |
|---|---|
| *Direction* | Export |
| *Third Party* | Export |
| *Record Type* | Alert |
| *Detailed Description* | Tyler Technologies will provide an interface that will export person, vehicle, and address alert data from New World Public Safety to PremierOne.<br><br>The transfer of data will be an automated batch process that will occur at a frequency configurable by the customer. The interface will support one transfer method and format. Data may be transmitted as a file, through a web service, as a TCP message or other agreed upon protocol.<br><br>The interface will be limited to fields that exist in the New World alert module. No new fields will be added to the database or user screen. |
| *Assumptions* | 1. The third-party will provide a method or process that will allow access to required data via a file transfer, web service, or TCP/IP.<br>2. New World System will not be responsible for making any modification in the 3rd party software to support this interface.<br>3. The third-party will work with New World Systems and the customer to test the interface. |

| **Interface** | **PremierOne Incident Import** |
|---|---|
| *Direction* | Import |
| *Third Party* | PremierOne |

Appendix 1

| Record Type | Incident |
|---|---|
| Detailed Description | Tyler Technologies will provide an interface that will import call for service data from PremierOne to New World Public Safety incidents.<br><br>The transfer of data will be an automated batch process that will occur at a frequency configurable by the customer. The interface will support one transfer method and format. Data may be transmitted as a file, through a web service, as a TCP message or other agreed upon protocol.<br><br>The interface will be limited to fields that exist in the New World incident module. No new fields will be added to the database or user screen. |
| Assumptions | 1. The third-party will provide a method or process that will allow access to required data via a file transfer, web service, or TCP/IP.<br>2. New World System will not be responsible for making any modification in the 3rd party software to support this interface.<br>3. The third-party will work with New World Systems and the customer to test the interface. |

Appendix 1



**Exhibit F**

**Support Call Process for Brazos e-Citation Software**

## Support Channels

Tyler Technologies, Inc. provides the following channels of software support:

(1) Tyler Community – an on-line resource, Tyler Community provides a venue for all Tyler clients with current maintenance agreements to collaborate with one another, share best practices and resources, and access documentation.

(2) On-line submission (portal) – for less urgent and functionality-based questions, users may create unlimited support incidents through the customer relationship management portal available at the Tyler Technologies website.

(3) Email – for less urgent situations, users may submit unlimited emails directly to the software support group.

(4) Telephone – for urgent or complex questions, users receive toll-free, unlimited telephone software support.

*Support Resources*

A number of additional resources are available to provide a comprehensive and complete support experience:

(1) Tyler Website – www.tylertech.com – for accessing client tools and other information including support contact information.

(2) Tyler Community – available through login, Tyler Community provides a venue for clients to support one another and share best practices and resources.

(3) Knowledgebase – A fully searchable depository of thousands of documents related to procedures, best practices, release information, and job aides.

(4) Program Updates – where development activity is made available for client consumption.

## Support Availability

Tyler Technologies support is available during the local business hours of 8 AM to 5 PM (Monday – Friday) across four US time zones (Pacific, Mountain, Central and Eastern). Clients may receive coverage across these time zones.

Tyler's Brazos eCitations solutions offers 24/7 support at no additional cost of the product and software.

Tyler's holiday schedule is outlined below. There will be no support coverage on these days.

| New Year's Day | Thanksgiving Day |
|---|---|
| Memorial Day | Day after Thanksgiving |
| Independence Day | Christmas Day |
| Labor Day | |

Appendix 1

## *Issue Handling*

*Incident Tracking*

Every support incident is logged into Tyler's Customer Relationship Management System and given a unique incident number. This system tracks the history of each incident. The incident tracking number is used to track and reference open issues when clients contact support. Clients may track incidents, using the incident number, through the portal at Tyler's website or by calling software support directly.

*Incident Priority*

Each incident is assigned a priority number, which corresponds to the client's needs and deadlines. The client is responsible for reasonably setting the priority of the incident per the chart below. The goal of this structure is to help the client clearly understand and communicate the importance of the issue and to describe expected responses and resolutions.

| Priority Level | Characteristics of Support Incident | Resolution Targets |
|---|---|---|
| 1 Critical | Support incident that causes (a) complete application failure or application unavailability; (b) application failure or unavailability in one or more of the client's remote location; or (c) systemic loss of multiple essential system functions. | Tyler shall provide an initial response to Priority Level 1 incidents within one (1) business hour of receipt of the support incident. Tyler shall use commercially reasonable efforts to resolve such support incidents or provide a circumvention procedure within one (1) business day. Tyler's responsibility for lost or corrupted data is limited to assisting the client in restoring its last available database. |
| 2 High | Support incident that causes (a) repeated, consistent failure of essential functionality affecting more than one user or (b) loss or corruption of data. | Tyler shall provide an initial response to Priority Level 2 incidents within four (4) business hours of receipt of the support incident. Tyler shall use commercially reasonable efforts to resolve such support incidents or provide a circumvention procedure within ten (10) business days. Tyler's responsibility for loss or corrupted data is limited to assisting the client in restoring its last available database. |
| 3 Medium | Priority Level 1 incident with an existing circumvention procedure, or a Priority Level 2 incident that affects only one user or for which there is an existing circumvention procedure. | Tyler shall provide an initial response to Priority Level 3 incidents within one (1) business day of receipt of the support incident. Tyler shall use commercially reasonable efforts to resolve such support incidents without the need for a circumvention procedure with the next published maintenance update or service pack. Tyler's responsibility for lost or corrupted data is limited to assisting the client in restoring its last available database. |

Appendix 1

| Priority Level | Characteristics of Support Incident | Resolution Targets |
|---|---|---|
| 4 Non-critical | Support incident that causes failure of non-essential functionality or a cosmetic or other issue that does not qualify as any other Priority Level. | Tyler shall provide an initial response to Priority Level 4 incidents within two (2) business days.  Tyler shall use commercially reasonable efforts to resolve such support incidents, as well as cosmetic issues, with a future version release. |

*Incident Escalation*

Tyler Technology's software support consists of four levels of personnel:

    (1)  Level 1: front-line representatives
    (2)  Level 2: more senior in their support role, they assist front-line representatives and take on escalated issues
    (3)  Level 3: assist in incident escalations and specialized client issues
    (4)  Level 4: responsible for the management of support teams for either a single product or a product group

If a client feels they are not receiving the service needed, they may contact the appropriate Software Support Manager. After receiving the incident tracking number, the manager will follow up on the open issue and determine the necessary action to meet the client's needs.

On occasion, the priority or immediacy of a software support incident may change after initiation. Tyler encourages clients to communicate the level of urgency or priority of software support issues so that we can respond appropriately. A software support incident can be escalated by any of the following methods:

    (1)  Telephone – for immediate response, call toll-free to either escalate an incident's priority or to escalate an issue through management channels as described above.
    (2)  Email – clients can send an email to software support in order to escalate the priority of an issue
    (3)  On-line Support Incident Portal – clients can also escalate the priority of an issue by logging into the client incident portal and referencing the appropriate incident tracking number.

*Remote Support Tool*

Some support calls require further analysis of the client's database, process or setup to diagnose a problem or to assist with a question. Tyler will, at its discretion, use an industry-standard remote support tool. Support is able to quickly connect to the client's desktop and view the site's setup, diagnose problems, or assist with screen navigation. More information about the remote support tool Tyler uses is available upon request.

Appendix 1



## Exhibit G
## Socrata Terms and Conditions

**SECTION A – DEFINITIONS**

Capitalized terms not otherwise defined will have the meaning assigned to such terms in the Agreement.

- **"Agreement"** means the License and Services Agreement to which this Socrata Agreement is attached.
- **"Socrata Agreement"** means this Socrata Software as a Service Terms and Conditions.
- **"Alert"** means a message that is delivered when Client-defined thresholds are exceeded.
- **"API"** means application-programming interface.
- **"External API Calls"** means any request made by a user that is not logged in against a SaaS Service.  If applicable, the number of External API calls that are authorized are identified in the Investment Summary, attached as <u>Exhibit 1.</u>
- **"Client"** means the City of Jacksonville, FL.
- **"Client Data"** means data, datasets, files, information, content and links uploaded or provided by Client through the use of the SaaS Services, but excluding Third Party Services.
- **"Confidential Information"** means nonpublic information that a reasonable person would believe to be confidential and includes, without limitation, criminal justice information, personal identifying information (*e.g.*, Social Security numbers) and trade secrets, each as defined by applicable state law.
- **"Dataset"** means physical collection of information, typically modeled as a table of rows and columns of data.
- **"Data Storage"** means the contracted amount of storage capacity for your Data identified in the Investment Summary.
- **"Effective Date"** means the Effective Date.
- **"Investment Summary"** means the agreed upon cost proposal for the products and services attached as <u>Exhibit 1.</u>
- **"Invoicing and Payment Policy"** means the invoicing and payment policy attached to the Agreement as Exhibit B.
- **"Users"** means a user that is logged in and accesses the SaaS Services.
- **"SaaS Fees"** means the fees for the SaaS Services identified in the Investment Summary.  SaaS Fees may be listed or referred to as Recurring Fees in <u>Exhibit 1.</u>
- **"SaaS Services"** means Socrata's off the shelf, cloud-based software as a service and related services, including support services, known as the Socrata Public Safety Analytics (includes Citizen Connect). SaaS Services do not include support of an operating system or hardware, support outside of our normal business hours, or training, consulting, or other professional services.
- **"SLA"** means the service level agreement described in Section C of this Socrata Agreement.
- **"Third-Party Services"** means if any, third-party web-based services or platforms, including but not limited to third party stock photos and third-party map location services which are provided at no additional charge to you through this Socrata Agreement.
- **"Socrata"** means Socrata, a wholly owned subsidiary of Tyler Technologies, Inc., a Delaware corporation.
- **"we", "us", "our"** and similar terms mean Tyler.

Appendix 1

- **"you"** and similar terms mean Client.

## SECTION B – SAAS SERVICES

1. <u>Rights Granted</u>. Tyler grants to Client the non-exclusive, non-assignable limited right to use the Socrata Public Safety Analytics (includes Citizen Connect) SaaS Services on a subscription basis according to the terms of this Socrata Agreement, the SLA and the Contract. Client may access updates and enhancements to the product, as described in Section C(8).

2. <u>SaaS Fees</u>. Client agrees to pay Tyler the SaaS Fees. Those amounts are payable in accordance with Tyler's Invoicing and Payment Policy attached to the Agreement as Exhibit B and the Contract. Client acknowledges that continued access to the SaaS Services is contingent upon your timely payment of all undisputed SaaS Fees. If you fail to timely pay such SaaS Fees, we may discontinue your access to the SaaS Services. We may also terminate this Socrata Agreement if you don't cure such failure to pay within forty-five (45) days of receiving written notice of our intent to terminate.

3. <u>Ownership</u>.

   3.1 Tyler retains all ownership and intellectual property rights to the SaaS Services.

   3.2 When Client uploads or provides Client Data to the Socrata SaaS platform, Client grants to Tyler a perpetual non-exclusive, worldwide, royalty-free, sub-licensable, and transferable license to use, reproduce, publicly display, distribute, modify, create derivative works of, and translate the Client Data as needed in response to a User's use of the SaaS Services.

   3.3 The SaaS Services provide you with functionality to make all or part of Client Data available to the general public through one or more public facing websites. Client determines which Client Data is shared publicly, and Client is solely responsible for determining the online terms of use and licenses relative to the use by public users ("Public User") of Client Data, and the enforcement thereof. Once Client makes Client Data publicly available using the SaaS Services, Tyler has no control over a Public User's use, distribution, or misuse of Client Data. Tyler has no liability or obligation to indemnify for such usage. Client has the ability within the SaaS Services to remove the public permissions applied to Client Data. Tyler acknowledges and agrees that Client has no control over a Public User's use, distribution, or misuse of Client Data.

   3.4 Tyler reserves the right to develop derivative data assets based on Client's publicly available data. These uses might include but aren't necessarily limited to: aggregating and summarizing data; normalizing, standardizing and concatenating data to create new regional or national data assets; and developing key performance indicators and benchmarks.

   3.5 While Tyler agrees to never commercially sell data Client makes publicly available, we reserve the right to commercially sell derivative data assets we create based on Client's public data.

   3.6 Tyler may develop derivative data assets and insights based on aggregated, anonymized views of Client's internally accessible private data for the purposes of the enhancement of the SaaS Services, aggregated statistical analysis, technical support and other internal business purposes.

   3.7 Socrata may access Client's internally accessible private data for the purposes of providing maintenance

Appendix 1

and support to Client. The technical services staff has administrative access to those hosted datasets for client troubleshooting and issue resolution. We may interact with that dataset via its API, through our UI, or through recorded logs on our backend to troubleshoot application errors caused by erroneous or missing data so that we can guide Client toward a potential fix.

3.8 Client retains all ownership and intellectual property rights to the Client Data.  Client expressly recognizes that except to the extent necessary to carry out our obligations contained in this Socrata Agreement, Tyler does not create or endorse any data used in connection with the SaaS Services. During the term of the Socrata Agreement, Client may export Client Data as allowed by the functionality within the SaaS Services.

3.9 If Client provides feedback, information, and/or or suggestions about the SaaS Services, or any other services provided hereunder, then Tyler (and those it allows to use its technology) may use such feedback, information, and/or suggestions under a royalty-free, paid-up, and irrevocable license without obligation to Client.

4.  Restrictions.
   4.1 You may not: (a) except as explicitly provided for herein, make the SaaS Services or Documentation resulting from the SaaS Services available in any manner to any third party  for use in the third party's business operations; (b) modify, make derivative works of, disassemble, reverse compile, or reverse engineer any part of the SaaS Services; (c) access or use the SaaS Services in order to build or support, and/or assist a third party in building or supporting, products or services competitive to us; (d) license, sell, rent, lease, transfer, assign, distribute, display, host, outsource, disclose, permit timesharing or service bureau use, or otherwise commercially exploit or make the SaaS Services or Documentation available to any third party other than as expressly permitted by this Socrata Agreement; (e) use the SaaS Services to store or transmit infringing, unsolicited marketing emails, libelous, or otherwise objectionable, unlawful or tortious material, or to store or transmit material in violation of third party rights; (f) interfere with or disrupt the integrity or performance of the SaaS Services (including without limitation, vulnerability scanning, penetration testing or other manual or automated simulations of adversarial actions, without Tyler's prior written consent); or (g) attempt to gain unauthorized access to the SaaS Services or its related systems or networks.
   4.2 Client acknowledges and understands that the Socrata SaaS Services are not designed to serve as the system of record and shall not be used in a manner where the interruption of the SaaS Services could cause personal injury (including death) or property damage. The SaaS Services are not designed to process or store CJIS, PHI or other sensitive data, and by using the Socrata SaaS Services, you acknowledge and agree that you are solely responsible for your use of data with the SaaS Services in any manner that is contrary to the uses for which the Socrata SaaS Services are designed and offered for use in this Agreement.
   4.3 Although we have no obligation to screen, edit or monitor the Client Data or Public User content posted on SaaS Services, if, in our reasonable judgment, we discover your use of the SaaS Services  threatens the security, integrity, stability, or availability of the SaaS Services, or is otherwise in violation of this Socrata Agreement, we may temporarily suspend the SaaS Services, or Users' access thereto. Unless Client has conducted penetration testing or unscheduled performance testing, Tyler will provide Client with notice and an opportunity to remedy such violation or threat prior to such suspension. Any penetration testing or unscheduled performance testing conducted by Client will result in immediate suspension of the SaaS Services.

Appendix 1

5. <u>Reservation of Rights</u>. The SaaS Services, other services, workflow processes, user interface, designs, and other technologies provided by Tyler pursuant to this Socrata Agreement are the proprietary property of Tyler and its licensors. All right, title and interest in and to such items, including all associated intellectual property rights, remain only with Tyler. Client may not remove or modify any proprietary marking or restrictive legends from items or services provided under this Socrata Agreement. Tyler reserves all rights unless otherwise expressly granted in this Socrata Agreement.

6. <u>Access and Usage by Internal Client Users and Contractors</u>. You may allow your internal users and third party contractors to access the SaaS Services and any technical or policy controls, in compliance with the terms of this Socrata Agreement, which access must be for your governmental purposes. You are responsible for the compliance with this Socrata Agreement by your internal users and contractors.

7. <u>Your Responsibilities</u>. Client (a) must use commercially reasonable efforts to keep its passwords secure and confidential; (b) is solely responsible for all activity of Client occurring under its account; (c) must use commercially reasonable efforts to prevent unauthorized access to its account and notify Tyler promptly of any such unauthorized access; (d) may use the SaaS Services only in accordance with the Documentation; and (e) shall comply with all federal, state and local laws, regulations and policies of Client, as to its use of the SaaS Services and Client Data.

8. <u>Client Data Backup</u>.  Client is providing Socrata a copy of Client Data. Any laws and regulations governing Client for retention of Client Data remains Client's responsibility. CLIENT IS SOLELY RESPONSIBLE FOR BACKING UP CLIENT DATA unless otherwise specially agreed in writing between Tyler and Client.

9. <u>Return of Client Data</u>. Upon request, Tyler will make the SaaS Services available to Client to export Client Data for a period of sixty (60) days following the termination of this Socrata Agreement. After such sixty (60) day period has expired, we have no obligation to maintain Client Data and may destroy the Client Data.

10. <u>APIs</u>. Tyler will provide access to the applicable application-programming interface ("API") as part of the SaaS Services under the terms of this Socrata Agreement. Subject to the other terms of this Socrata Agreement, Tyler grants Client a non-exclusive, nontransferable, terminable license to interact only with the SaaS Services as allowed by the current APIs.

    a. Client may not use the APIs in a manner--as reasonably determined by Tyler--that constitutes excessive or abusive usage, or fails to comply with any part of the APIs. If any of these occur, Tyler can suspend or terminate Client's access to the APIs on a temporary or permanent basis.

    b. Tyler may change or remove existing endpoints or fields in API results upon at least 30 days' notice to Client, but Tyler will use commercially reasonable efforts to support the previous version of the APIs for at least 6 months from deprecation notice. Tyler may add new endpoints or fields in API results without prior notice to Client.

    c. The APIs may be used to connect the SaaS Services to certain hosted or on premise software applications not provided by Tyler ("Non-Tyler Applications").  Client is solely responsible for development, license, access to and support of Non-Tyler Applications, and Client's obligations under this Socrata Agreement are not contingent on access to or availability of any Non-Tyler Application.

Appendix 1

    d.  Any open source code provided is provided as a convenience to you. Such open source code is provided AS IS and is governed by the applicable open source license that applies to such code; provided, however, that any such open source licenses will not materially interfere or prohibit Client's limited right to use the SaaS Services for its internal business purposes.

11. <u>Data Security Measures.</u> In order to protect your Confidential Information, we will: (a) implement and maintain all reasonable security measures appropriate to the nature of the Confidential Information including without limitation, technical, physical, administrative and organizational controls, and will maintain the confidentiality, security and integrity of such Confidential Information; (b) implement and maintain industry standard systems and procedures for detecting, mitigating, and responding to attacks, intrusions, or other systems failures and regularly test or otherwise monitor the effectiveness of the safeguards' key controls, systems, and procedures; (c) designate an employee or employees to coordinate implementation and maintenance of its Security Measures (as defined below); and (d) identify reasonably foreseeable internal and external risks to the security, availability, confidentiality, and integrity of Confidential Information that could result in the unauthorized disclosure, misuse, alteration, destruction or other compromise of such information, and assess the sufficiency of any safeguards in place to control these risks (collectively, Security Measures). Client acknowledges and agrees that Tyler's obligations with respect to Security Measures is subject to Section B(4.2) above and Article 15 of the Contract.

12. <u>Notice of Data Breach</u>. If Tyler knows that Confidential Information has been accessed, disclosed, or acquired without proper authorization and contrary to the terms of this Socrata Agreement, we will promptly alert Client of any such data breach in accordance with applicable law, and take such actions as may be necessary to preserve forensic evidence and return the SaaS Services to standard operability. If so required, Tyler will provide notice in accordance with applicable federal or State data breach notification laws.

13. <u>Confidentiality</u>.  Both parties recognize that their respective employees and agents, in the course of performance of this Socrata Agreement, may be exposed to Confidential Information and that disclosure of such information could violate rights to private individuals and entities, including the parties. Confidential Information is nonpublic information that a reasonable person would believe to be confidential and includes, without limitation, personal identifying information (*e.g.*, Social Security numbers) and trade secrets, each as defined by applicable state law ("Confidential Information"). Each party agrees that it will not disclose any Confidential Information of the other party and further agrees to take all reasonable and appropriate action to prevent such disclosure by its employees or agents. The confidentiality covenants contained herein will survive the termination or cancellation of this Socrata Agreement. This obligation of confidentiality will not apply to information that:

    (a)  is in the public domain, either at the time of disclosure or afterwards, except by breach of this Socrata Agreement by a party or its employees or agents;

    (b)  a party can establish by reasonable proof was in that party's possession at the time of initial disclosure;

    (c)  a party receives from a third party who has a right to disclose it to the receiving party; or

    (d)  is the subject of a legitimate disclosure request under the open records laws or similar applicable public disclosure laws governing this Socrata Agreement; provided, however, that Article 10 of the Contract shall govern the rights and obligations of the parties in connection with any such disclosure

Appendix 1

request.

## SECTION C – OTHER SERVICES

1. **Service Level Agreement (SLA) & Warranty.**

   1.1 <u>Service Warranty.</u> Tyler warrants to Client that the functionality or features of the SaaS Services will substantially perform as communicated to Client in writing prior to the execution of this Agreement, or their functional equivalent, but Tyler has the right to enhance functionality through updates. The support policies may change but will not materially degrade during the term. Tyler may deprecate features upon at least 6 months' notice to Client, but Tyler will use commercially reasonable efforts to support the previous features for at least 6 months following the deprecation notice. The deprecation notice will comply with the notice requirements of the Contract and be posted at https://support.socrata.com.

   1.2 <u>Uptime Service Level Warranty.</u> We will maintain the online availability of the SaaS Service for a minimum of availability in any given month as provided in the chart below *(excluding* maintenance scheduled downtime, outages beyond our reasonable control, and outages that result from any issues caused by you, your technology or your suppliers or contractors, Service is not in the production environment, you are in breach of this Socrata Agreement, or you have not pre-paid for SaaS Fees for the SaaS Services in the month in which the failure occurred).

   | Availability SLA | Credit |
   |---|---|
   | 99.9% | 3% of monthly fee for each full hour of an outage that adversely impacted Client's access or use of the SaaS Services (beyond the warranty). |

   Maximum amount of the credit is 100% of the prorated SaaS Service Fees for such month, or $1,800.00, whichever is less, and the minimum credit cannot be less than $100.00.  Tyler shall calculate the online availability of the SaaS Service on a monthly basis and reflect such calculation in the next invoice provider to Subscriber with an appropriate credit applied to the SaaS Service Fees for that month, if appropriate.

Appendix 1

1.3 <u>Limited Remedy</u>. Your exclusive remedy and our sole obligation for our failure to meet the warranty under subsection 1.2 of Section C is the provision by us of the credit for the applicable month, as provided in the chart above (if this Socrata Agreement is not renewed then a refund in the amount of the credit owed); provided that you notify us of such breach of the warranty within thirty (30) days of the end of that month.

**SECTION D – THIRD-PARTY SERVICES**

1. <u>Third -Party Services</u>.  Client may be provided with access and usage of Third-Party Services through use of the SaaS Services. Client must agree to such Third-Party Service contracts if Client chooses to use those Third-Party Services. Third-Party Services will be solely governed by such Third-Party Service contracts.

2. <u>Disclaimer</u>. You acknowledge that we are not the provider of any Third-Party Services.  We do not warrant or guarantee the performance of the Third-Party Services.

**SECTION E – REFER TO INVOICING AND PAYMENT POLICY, EXHIBIT B TO AGREEMENT**

**SECTION F – RESERVED**

Appendix 1



**Exhibit H**
**Additional Terms for SceneDoc**

We will provide you with the SceneDoc Subscription Services (as defined below) indicated in the Investment Summary. The terms and conditions contained in this document only apply to our provision of those applications. Capitalized terms not otherwise defined will have the meaning assigned to such terms in your License and Services Agreement.   Notwithstanding anything to the contrary in this Exhibit H, we acknowledge and agree that (i) all data related to the SceneDoc Subscription Services will be maintained on-premise on your servers and the terms and conditions of this Agreement shall be amended to the extent necessary to allow all such data to reside on your servers, and (ii) we will provide all of the SceneDoc Subscription Services except to the extent necessary to allow you to maintain all data related thereto on your servers.

1. <u>Additional Definitions</u>. The following definitions shall apply to this Exhibit:

   1.1. **"Access Protocols"** means the passwords, access codes, technical specifications, connectivity standards or protocols, or other relevant procedures, and interfaces as may be reasonably necessary to allow Subscriber or any Authorized Named Users to access the SceneDoc Subscription Services

   1.2. **"Authorized Named Users"** means: (a) if Subscriber's is an entity other than an educational institution, employees, representatives, consultants, contractors or agents who are authorized to use the SceneDoc Subscription Services on behalf of Subscriber and have been supplied user identifications and passwords for this purpose; and (b) if Subscriber is an educational institution, students enrolled in a course utilizing the SceneDoc Subscription Services and the teacher or professor of the students who are authorized to use the SceneDoc Subscription Services on behalf of Subscriber for the purpose of the course and have been supplied user identifications and passwords for this purpose.

   1.3. **"Professional Services"** means any services provided by SceneDoc to Subscriber under this Agreement as set forth in an Investment Summary, including, but not limited to, provision of the SceneDoc Subscription Services, the SceneDoc System, and Professional Services.

   1.4. **"SceneDoc"** means Tyler Technologies, Inc., a Delaware corporation.

   1.5. **"SceneDoc Subscription Services"** means the agency management system known as Scene Collect and delivered by SceneDoc to Subscriber using and including the SceneDoc System and the services provided thereby, and for Subscribers that are educational institutions such services and the SceneDoc System accessible to provide such services, including content thereof, shall be limited and tailored to that required for the course being offered by the Subscriber to students who are Authorized Named Users as controlled by the Subscriber.

   1.6. **"SceneDoc System"** means the technology, including software, and interfaces used by SceneDoc to deliver the SceneDoc Subscription Services to the Subscriber that shall be CJIS compliant and authorized by FDLE for use by Customer.

   1.7. **"Subscriber Content"** means any Subscriber data or other content provided, imported or uploaded to, or otherwise used by Subscriber or on Subscriber's behalf with the SceneDoc Subscription Services. For a

Appendix 1

Subscriber who is an educational institution this may include institution data and student data.

1.8.  **"Term"** has the meaning set out in section 2.7 of this Exhibit H.

2.  SceneDoc Subscription Services.

2.1.  Orders. Subscriber may request that Tyler provide the SceneDoc Subscription Services as specified in an Order Form. Tyler will provide the SceneDoc Subscription Services in accordance with the applicable Investment Summary.

2.2.  License Grant and Access. Subject to the terms and conditions of the Agreement, to support the SceneDoc Subscription Services during the Term of the SceneDoc Subscription Services, Tyler grants to Subscriber a non-exclusive, non-transferable, non-sublicensable license to do the following, solely for Subscriber's internal business purposes and subject to and in accordance with the Documentation, the applicable Order Form, and the terms of the Agreement: (a) access and use the SceneDoc Subscription Services; (b) internally use and reproduce the Documentation; and (c) grant Authorized Named Users the right to access and use the SceneDoc Subscription Services in accordance with the terms of the Agreement and the applicable Investment Summary. The SceneDoc software applications are licensed, not sold, to you, and Tyler and its licensors retain ownership of all copies of the SceneDoc software applications even after installation on your personal computers, mobile handsets, tablets, and/or other relevant devices ("Devices"). All use of any such software by Subscriber will be governed by and subject to the terms and conditions of the Agreement and the Contract. Client shall use commercially reasonable efforts to ensure all copies of downloaded software will be removed from Devices belonging to, or in the possession of, persons who cease to be Authorized Named Users of Subscriber.

2.3.  Access. Subject to Subscriber's payment of all undisputed Fees, and subject to the limit on the number of Authorized Named Users set forth in the Investment Summary, Tyler will provide each Subscriber with access to the SceneDoc Subscription Services during the Term in accordance with the Agreement, including the applicable SLA. Tyler will provide to Subscriber the necessary Access Protocols and network links or connections to allow Subscriber and its Authorized Named Users to access the SceneDoc Subscription Services in accordance with the Access Protocols. Subscriber will use commercially reasonable efforts to prevent unauthorized access to, or use of, the SceneDoc Subscription Services, and the Professional Services, and will notify Tyler promptly of any such unauthorized use known to Subscriber. A Subscriber that is an educational institution will control the access and use of the SceneDoc Subscription Services and information available therein, so that its Authorized Named Users utilize the SceneDoc Subscription Services only as the SceneDoc Subscription Services are required for the course being offered by the Subscriber.

2.4.  Authorized Named Users. Subscriber may permit any Authorized Named Users to access and use the features and functions of the SceneDoc Subscription Services, in accordance with section 2.2 and the other terms of this Agreement, and the Investment Summary. Each Authorized Named User will be assigned a unique user identification name and password ("User ID") for access to and use of the SceneDoc Subscription Services. User IDs can only be used by one Authorized Named User at a time and cannot be shared with any other persons or entities. Subscriber will use commercially reasonable efforts to ensure that only Authorized Named Users are allowed to access and use the SceneDoc Subscription Services on behalf of the Subscriber. Upon request the Subscriber shall provide Tyler with a list of all Authorized Named Users. If Subscriber is not an educational institution it shall bear full responsibility, liability and

Appendix 1

obligations for Authorized Named Users under the Agreement. If Subscriber is an educational institution it shall bear full responsibility for informing all Authorized Named Users of their obligations that are commensurate to Subscriber's obligations set out in the Agreement as applicable.

It is acknowledged that as a recurring part of Subscriber's business operations, Subscriber may need to grant access to the SceneDoc Subscription Services to persons within entities outside the entity that is Subscriber ("Additional Users"), such as Crown or District Attorney's office's, Court offices and other entities that are part of the ecosystem within which Subscriber operates and to whom Subscriber must provide access to specific Subscriber Content. Subscriber shall be permitted to extend such rights through appointing such Additional Users as Authorized Named Users under the Agreement and the applicable Investment Summary provided such use is subject to the terms and conditions of the Agreement. Further, Subscriber agrees to be responsible for any breach of the terms and conditions of the Agreement by Additional Users.

Subscriber's SceneDoc Subscription Services usage rights may be defined in part by a limitation on the permitted number of Authorized Named Users.

2.5. Availability of Subscriber Content. Subscriber will make available to Tyler all Subscriber Content or other information or documentation reasonably necessary for Tyler to provide the SceneDoc Subscription Services or make available the SceneDoc Subscription Services. Subscriber will obtain all third-party licenses, consents and permissions needed for Tyler to use the Subscriber Content to provide the SceneDoc Subscription Services or make available the SceneDoc Subscription Services. Subscriber shall update all Subscriber Content and inform Tyler of updates as necessary for the Subscriber Content to be current and accurate, and Subscriber shall make such updates in a timely manner and shall require each Authorized Named User to provide current and updated information to the Subscriber. Nothing in this provision shall be construed to require Subscriber to make available Subscriber Content, information, or document in violation of applicable law.

2.6. Subscriber Content. As between Subscriber and Tyler, Subscriber will at all times remain the exclusive owner of the Subscriber Content. Subscriber hereby grants to Tyler a non-exclusive, worldwide, royalty-free and fully paid license to use: (a) the Subscriber Content as necessary to provide the SceneDoc Subscription Services to Subscriber; and (b) aggregated and anonymized Subscriber Content to: (i) improve the SceneDoc Subscription Services and SceneDoc's related product and service offerings; (ii) create new products and services relating to the SceneDoc Subscription Services (including analytics services such as providing benchmarking); and (iii) generate and disclose statistics regarding use of the SceneDoc Subscription Services, provided, however, that no statistics relating solely to the Subscriber will be disclosed to third parties without the Subscriber's consent. Except as expressly specified in the Agreement, Subscriber's provision of or Tyler's collection of the Subscriber Content hereunder does not transfer to Tyler or any third party any rights in or ownership thereof. Should any personal information, incorporated in the Subscriber Content or otherwise, be provided to Tyler relating to the Subscriber, Authorized Named Users or any other person, Subscriber consents to allow Tyler to utilize that personal information in a reasonable manner for the purpose of providing the SceneDoc Subscription Services in accordance with the Agreement, the Contract and applicable data privacy laws.

2.7. Term & Termination of SceneDoc Subscription Services.

tyler

Appendix 1

2.7.1. The term for SceneDoc Subscription Services commences on the first date we make the SceneDoc Subscription Services available to you, but no earlier than October 1, 2020, and will continue for an initial prorated subscription period ending on the same date as the annual maintenance or subscription term for Tyler Software under the Contract, or for such other period of time as is agreed upon by the parties in advance in writing (the "Term").

2.7.2. Effect of SceneDoc Subscription Services Termination.  Upon termination or expiration of SceneDoc Subscription Services for any reason: (a) Subscriber access to the SceneDoc Subscription Services and SceneDoc System shall be revoked; (b) Subscriber shall immediately cease using the SceneDoc Subscription Services, SceneDoc System and Documentation; and (c) within ten (10) days after the date of termination each party shall comply with the obligations to return all Confidential Information of the other party.

2.7.3. Effect of Agreement Termination.  The foregoing notwithstanding, termination or non-renewal of the Agreement will automatically terminate the SceneDoc Subscription Services Term without further action by either party.

3.   Subscriber Content and Responsibilities.

3.1.  Subscriber Warranty. Subscriber represents and warrants that any Subscriber Content accessed by Tyler as part of the SceneDoc Subscription Services shall not at any point in time: (a) infringe, misappropriate or violate any Intellectual Property Rights or publicity/privacy rights of any third party, or any law or regulation; (b) be deceptive, defamatory, obscene, pornographic or unlawful; (c) contain any viruses, worms or other malicious computer programming codes intended by Subscriber to damage, surreptitiously intercept or expropriate any system, data or personal or personally identifiable information; or (d) otherwise violate the rights of Tyler or any third party. Tyler is not obligated to back up any Subscriber Content that has not been provided, imported or uploaded to, or otherwise used by Subscriber or on Subscriber's behalf with the SceneDoc Subscription Services. The Subscriber is solely responsible for creating backup copies of any Subscriber Content that has not been provided, imported or uploaded to, or otherwise used by Subscriber or on Subscriber's behalf with the SceneDoc Subscription Services at Subscriber's sole cost and expense. Subscriber agrees that any use of the SceneDoc Subscription Services contrary to or in violation of the representations and warranties of Subscriber in this section constitutes unauthorized and improper use of the SceneDoc Subscription Services and a breach of the Agreement.

3.2.  Subscriber Responsibility for Data and Security. Subscriber and its Authorized Named Users shall have access to the Subscriber Content and Subscriber shall be responsible for all changes to Subscriber Content and the security of all User IDs and other Access Protocols required in order to access the SceneDoc Subscription Services. Subscriber shall have the ability to export copies of Subscriber Content out of the SceneDoc System. Subscriber shall have the sole responsibility for the accuracy, quality, integrity, legality, reliability, and appropriateness of all Subscriber Content. Tyler will store Subscriber Content in Canada for Subscribers located in Canada and will store Subscriber Content in the USA for Subscribers located in the USA. Subscriber is responsible for compliance with all applicable laws relating to the Subscriber Content, including laws relating to data, personal information, and privacy, and for obtaining all required consents relating to the Subscriber Content.

3.3.  Subscriber Representations & Warranties. Subscriber represents, warrants and covenants to Tyler as follows: (a) it is the owner or has valid license rights to the Subscriber Content and it has full power and

❖❖ tyler
58

Appendix 1

authority to utilize the Subscriber Content and to grant Tyler rights to utilize the Subscriber Data in accordance with the terms of the Agreement; (b) Subscriber exists under the laws of its own jurisdiction and is not under any contractual obligation that would preclude it from entering into this Agreement, or would interfere with the use of the Subscriber Content provided under the Agreement; (c) the Subscriber Content is not, nor will be, in violation of any laws or third party Intellectual Property Rights, and the use of the Subscriber Content in accordance with the Agreement is not, nor will be, in violation of any laws or third party Intellectual Property Rights; (d) all Subscriber Content and Subscriber's use of the SceneDoc Subscription Services and SceneDoc System does and will comply with all applicable laws; and (e) neither the Agreement nor the performance of or exercise of rights under the Agreement will violate, conflict with, or result in the breach of any term, condition, or provision of any agreement or legal obligation (whether or not existing upon the execution of this Agreement) to which Subscriber is a party or by which it may be bound, or constitute a default thereunder.

Appendix 1



## Exhibit 2
## Schedule 1 – Intentionally Deleted

Appendix 1



## Exhibit 2
## Schedule 2
## Support Call Process for SceneDoc Subscription Services

## *Support Channels*

Tyler Technologies, Inc. provides the following channels of software support:

(1) Tyler Community (available for some Tyler software solutions) – an on-line resource, Tyler Community provides a venue for all Tyler clients with current maintenance or SaaS agreements to collaborate with one another, share best practices and resources, and access documentation.

(2) On-line submission (portal available for some Tyler software solutions) – for less urgent and functionality-based questions, users may create unlimited support incidents through the customer relationship management portal available at the Tyler Technologies website.

(3) Email – for less urgent situations, users may submit unlimited emails directly to the software support group.

(4) Telephone – for urgent or complex questions, users receive toll-free, unlimited telephone software support.

### *Support Resources*

A number of additional resources are available to provide a comprehensive and complete support experience:

(5) Tyler Website – www.tylertech.com – for accessing client tools and other information including support contact information.

(6) Tyler Community – available through login, Tyler Community provides a venue for clients to support one another and share best practices and resources.

(7) Knowledgebase – A fully searchable depository of thousands of documents related to procedures, best practices, release information, and job aides.

(8) Program Updates – where development activity is made available for client consumption.

## *Support Availability*

Tyler Technologies support is available during the local business hours of Monday through Friday from 8:00 a.m. to 9:00 p.m. (Eastern Time Zone).

Tyler's holiday schedule is outlined below. There will be no support coverage on these days.

| | |
|---|---|
| New Year's Day | Thanksgiving Day |
| Memorial Day | Day after Thanksgiving |
| Independence Day | Christmas Day |
| Labor Day | |
| Boxing Day (Canada only) | Civic Day (Canada only) |

Appendix 1

## *Issue Handling*

*Incident Tracking*

Every support incident is logged into Tyler's Customer Relationship Management System and given a unique incident number. This system tracks the history of each incident. The incident tracking number is used to track and reference open issues when clients contact support. Clients may track incidents, using the incident number, through the portal at Tyler's website or by emailing or calling software support directly.

*Incident Priority*

Each incident is assigned a priority number, which corresponds to the client's needs and deadlines. The client is responsible for reasonably setting the priority of the incident per the chart below. The goal of this structure is to help the client clearly understand and communicate the importance of the issue and to describe expected responses and resolutions.

**Priority 1:** *A Defect that renders the Tyler Software inoperative; or causes the Tyler Software to fail catastrophically.*

After initial assessment of the Priority 1 Defect, if required, we shall assign a qualified product technical specialist(s) within one business (1) hour.  The technical specialist(s) will then work to diagnose the Defect and to correct the Defect, providing ongoing communication to you concerning the status of the correction until the Tyler Software is operational without Priority 1 defect.

The goal for correcting a Priority 1 Defect is 24 hours or less.

(b)     **Priority 2:** *A Defect that substantially degrades the performance of the Tyler Software, but does not prohibit your use of the Tyler Software.*

We shall assign a qualified product technical specialist(s) within four (4) business hours of our receipt of your notice. The product technical specialist will then work to diagnose and correct the Defect. We shall work diligently to make the correction, and shall provide ongoing communication to you concerning the status of the correction until the Tyler Software is operational without Priority 2 Defect.

The goal for correcting a Priority 2 event is to include a correction in the next Tyler Software release.

(c)     **Priority 3:** *A Defect which causes only a minor impact on the use of the Tyler Software.*

We may include a correction in subsequent Tyler Software releases.

*Incident Escalation*

Tyler Technology's software support consists of four levels of personnel:
  (5)  Level 1: front-line representatives
  (6)  Level 2: more senior in their support role, they assist front-line representatives and take on escalated issues
  (7)  Level 3: assist in incident escalations and specialized client issues

If a client feels they are not receiving the service needed, they may contact the appropriate Software Support Manager. After receiving the incident tracking number, the manager will follow up on the open issue and determine the necessary action to meet the client's needs.

tyler

62

Appendix 1

On occasion, the priority or immediacy of a software support incident may change after initiation. Tyler encourages clients to communicate the level of urgency or priority of software support issues so that we can respond appropriately. A software support incident can be escalated by any of the following methods:

(4) Telephone – for immediate response, call toll-free to either escalate an incident's priority or to escalate an issue through management channels as described above.
(5) Email – clients can send an email to software support in order to escalate the priority of an issue
(6) On-line Support Incident Portal – clients can also escalate the priority of an issue by logging into the client incident portal and referencing the appropriate incident tracking number.

*Remote Support Tool*
Some support calls require further analysis of the client's database, process or setup to diagnose a problem or to assist with a question. Tyler will, at its discretion, use an industry-standard remote support tool. Support is able to quickly connect to the client's desktop and view the site's setup, diagnose problems, or assist with screen navigation. More information about the remote support tool Tyler uses is available upon request.

**Appendix 1**



**Exhibit J**
**Statement of Work**

REMAINDER OF PAGE INTENTIONALLY LEFT BLANK

STATEMENT OF WORK FOR:
Jacksonville Sheriff, FL

PRESENTED BY:
Tyler Technologies



# January 31, 2020

This document contains proprietary trade secret information on Tyler Technologies Inc. and/or its subsidiaries and is not to be copied, reproduced, lent or disposed of, nor used for any purpose other than for the purposes specified herein without the express prior written permission of Tyler Technologies. Because of the nature of this material, numerous hardware and software products are mentioned by name. In most, if not all, cases these names are trademarked by the companies that manufacture the products.

It is not our intent to claim these names or trademarks as our own.

**Copyright 2018 - Tyler Technologies - All rights reserved.**
**Tyler Technologies, Public Safety Solutions, 840 West Long Lake Road, Troy, Michigan 48098**
**248-269-1000 · 248-879-2284 fax · www.tylertech.com**



# Table of Contents

STATEMENT OF PURPOSE .................................................................................................................. 3

RESPONSIBILITY AND RISK SUMMARY ................................................................................................ 4

    PROJECT OWNERSHIP AND SUCCESS .................................................................................................... 4
    CLIENT EXECUTIVE SPONSOR RESPONSIBILITIES ................................................................................... 4
    MANAGING ORGANIZATIONAL CHANGE ............................................................................................... 4
    CLIENT PROVISIONING OF A STABLE ENVIRONMENT AND INFRASTRUCTURE ........................................ 4
    TYLER ESCALATION POLICY ................................................................................................................... 4
    EXPECTATIONS FOR PROJECT IMPLEMENTATION .................................................................................. 4
    MANAGING PROJECT SCOPE ................................................................................................................ 5
    PROJECT ROLES AND RESPONSIBILITIES ............................................................................................... 5
    MANAGING PROJECT CHANGE (CHANGE CONTROL PROCESS) .............................................................. 8

GENERAL ASSUMPTIONS .................................................................................................................. 10

TYLER PROJECT METHODOLOGY OVERVIEW .................................................................................... 11

WORK BREAKDOWN STRUCTURE ..................................................................................................... 13

    WBS OVERVIEW ................................................................................................................................ 14

PHASE: INITIATION ........................................................................................................................... 15

    STEP 1: CONDUCT START-UP ACTIVITIES ............................................................................................ 15
        A. Initiate Project .......................................................................................................................... 15
        B. Perform Tyler Internal Turnover .............................................................................................. 15
        C. Conduct Project Start-Up Call ................................................................................................... 16

PHASE: PLANNING ........................................................................................................................... 18

    STEP 2: PLAN THE PROJECT ............................................................................................................... 18
        A. Conduct Project Planning Meeting ........................................................................................... 18
        B. Conduct Technical Services Planning Call ................................................................................. 19
        C. Conduct Geographic Information System (GIS) Planning Call .................................................. 19
        D. Draft the Project Plan ............................................................................................................... 20
    STEP 3: APPROVE THE PROJECT PLAN ................................................................................................ 21
        A. Review the Project Plan and Associated Documents ................................................................ 21
        B. Update the Project Plan ............................................................................................................ 21
        C. Finalize the Project Plan ........................................................................................................... 22
        D. Approve the Project Plan .......................................................................................................... 23
        E. Conduct Stakeholder Meeting .................................................................................................. 23

PHASE: CONFIGURATION .................................................................................................................. 25

    STEP 4: INSTALL THE STANDARD SOLUTION ...................................................................................... 25
        A. Complete Technical and System Hardware Setup .................................................................... 25
        B. Install Licensed Software and Complete System Setup ............................................................ 25
        C. Conduct Geo-File Setup and Training ....................................................................................... 26
    STEP 5: CONFIGURE THE STANDARD SOLUTION ................................................................................ 28
        A. Conduct Configuration Training ................................................................................................ 28
        B. Configure the Applications (may be repeated) ......................................................................... 28
        C. Conduct Data Conversion Analysis ........................................................................................... 30
        D. Configure Standard Interfaces .................................................................................................. 31
        E. Perform Data Conversion Development, Mapping and Testing ................................................ 31



*F. Define, Develop and Test Custom Interfaces* ............................................................................. *33*
STEP 6: VALIDATE CONFIGURATION ........................................................................................................ 35
*A. Validate Configuration and Workflows* ................................................................................. *35*
*B. Update Configuration and Workflows* ................................................................................... *35*
*C. Conduct Final Data Conversion Test Run* .............................................................................. *36*
*D. Conduct Go-Live Planning* ..................................................................................................... *36*

**PHASE: TRANSITION** ................................................................................................................... **38**

STEP 7: CONDUCT USER TRAINING ........................................................................................................ 38
*A. Perform End-User Training* .................................................................................................... *38*
*B. Perform Train-the-Trainer Training* ...................................................................................... *38*
STEP 8: CONDUCT GO-LIVE ................................................................................................................... 40
*A. Perform Go-Live Data Conversion* ......................................................................................... *40*
*B. Conduct Go-Live* .................................................................................................................... *40*
STEP 9: CONDUCT POST GO-LIVE ACTIVITIES ........................................................................................ 42
*A. Complete DSS and Data Analysis and Mapping Setup and Training* ..................................... *42*
*B. Complete State Compliance Configuration and Assist with First Submission* ......................... *43*

**PHASE: CLOSING** ........................................................................................................................ **45**

STEP 10: CLOSE THE PROJECT ............................................................................................................... 45
*A. Transition to Client Success Team* ......................................................................................... *45*



# Statement of Purpose

This Statement of Work (SOW) documents the services and deliverables, methodology, roles and responsibilities and implementation stages for the implementation of Tyler software and services listed in the Investment Summary of the License and Services Agreement ("Agreement") between Tyler and the Client.

The software provided by Tyler will be the latest version available at the time of initial software installation and will be the product version used for production operation cutover. If a major software release occurs during project implementation, Tyler and the Client will jointly review and decide if the new release should be applied to the project. Depending on this decision, the project schedule may be modified accordingly.

This SOW guides both Tyler and the Client on the primary scope, activities and responsibilities necessary for a successful implementation. The SOW documents project implementation requirements, identifies each major task within the implementation process, sets expectations for each entity and identifies the criteria necessary for task completion.



# Responsibility and Risk Summary

To complete a successful project, the Client team's engagement and support is required in several areas. The responsibilities and risks are outlined below.

## Project Ownership and Success

1. Project ownership is shared between the Client and Tyler teams
2. Executive sponsors from the Client team and Tyler will collaborate to manage strategic issues, help drive change management and maintain consistent communication throughout the project

## Client Executive Sponsor Responsibilities

1. Provide leadership and clear direction to the Client project team throughout the project
2. Allocate sufficient and qualified resources to ensure a successful project
3. Confirm achievement of all milestones and deliverables after each phase of the project
4. Track progress and resolve issues during executive reviews
5. Ensure that the assigned resources adhere to time frames and schedules
6. Partner with the Tyler Executive Sponsor to resolve any disputes that may arise
7. Work as a team with Tyler to drive and promote change and take advantage of best practices

## Managing Organizational Change

1. The Client is responsible for managing change within their organization
2. Users will need consistent coaching and reassurance from the leadership team
3. The Client team may need to provide extra effort during the implementation period
4. Users need to understand the differences and overall benefits of the new solution
5. Client management needs to explain the differences and benefits of the new solution

## Client Provisioning of a Stable Environment and Infrastructure

1. Adhere to Tyler specifications for hardware, software and infrastructure
2. Manage and maintain the necessary network bandwidth and stability
3. Adhere to industry-standard practices when managing security, network and database resources
4. Establish organization-wide policies and procedures to govern use of hardware, software and networks

## Tyler Escalation Policy

1. The Client identifies an issue and categorizes it as a product, project or business issue
2. The Client contacts the Tyler Project Manager and provides detailed documentation of the issue

## Expectations for Project Implementation

1. Project will leverage Tyler's Project Implementation Methodology (PIM)
   a. Pre-trip Reports sent 10 business days before on-site Tyler visits
   b. Schedule recurring project status and executive review meetings on a predetermined basis
   c. Review all documents provided by Tyler (pre-trip, post-trip, status reports, etc.)



2.  Identify key time frames and requirements early in the project
    a.  Project start dates
    b.  Milestone dates
    c.  Client blackout dates
    d.  Non-standard contract deliverables required for Go-Live
3.  Resource scheduling will be planned and agreed to by both the Client and Tyler
    a.  Identified resources will be scheduled 90 days in advance
    b.  Schedule changes within the 90-day period may put the Project Plan at risk

## Managing Project Scope

1.  Implementing Standard Software and Managing Project Scope
    a.  Adopt best practices of the Tyler commercial off-the-shelf (COTS)software to implement and use the standard solution optimally
    b.  Existing business processes may need to be modified
    c.  Changing requirements or delayed sign-offs may delay project schedule and increase cost
2.  Non-standard deliverables require a signed Requirements Document (RD)
    a.  RD is drafted by the Client and a Tyler Solutions Consultant
    b.  RD is reviewed by both the Client and a Tyler Project Manager
    c.  The Client signs off on RD
    d.  Tyler only begins development after receiving a signed RD
3.  Third-Party Integration
    a.  The Client must gather requirements from third parties early in the project
4.  The Client is responsible for providing data for conversion
    a.  The Client is responsible for the accuracy and cleanliness of its data
    b.  Tyler is only responsible for verifying technical requirements of data
    c.  Data delivery from Tyler to the Client is considered a "data drop" or iteration; the number of data drops are included in the Agreement

## Project Roles and Responsibilities

A successful project requires effort, collaboration and coordination of both the Client and Tyler staff to successfully complete the tasks to meet the project requirements. The following tables identify the required roles and responsibilities, as applicable to the Agreement, for Client and Tyler project members.

| Tyler | |
| --- | --- |
| **Role** | **Responsibilities** |
| **Executive Sponsor** | <ul><li>Partner with the Client Executive Sponsor</li><li>Ensure that all business aspects of the project are successfully managed</li><li>Provide oversight and project guidance to the Tyler Project Executive and Project Manager</li></ul> |



| Tyler | |
|---|---|
| **Role** | **Responsibilities** |
| **Project Executive** | <ul><li>Provide Client segment-specific leadership and project guidance</li><li>Support the Tyler Project Manager in successful project delivery execution</li><li>Attend periodic project status meetings at the Client location</li><li>Review project status with the Tyler Project Manager to ensure successful implementation</li></ul> |
| **Project Manager** | <ul><li>Manage Tyler's day-to-day project activities</li><li>Ensure successful delivery/receipt of contractual items</li><li>Manage Tyler resources</li><li>Act as the Client's first point of contact for contract issues</li><li>Perform issue resolution</li><li>Communicate with Tyler senior management</li><li>Oversee the change order process</li><li>Develop and deliver Project Status Reports</li><li>Engage in Go-Live stabilization</li><li>Manage operational turnover</li></ul> |
| **System Assurance Lead** | <ul><li>Oversee implementation setup and assurance</li><li>Manage hardware and operating system implementation</li><li>Perform network management</li><li>Oversee testing (technical)</li><li>Deliver operational documentation</li></ul> |
| **GIS Lead** | <ul><li>Initiate GIS planning</li><li>Perform data review</li><li>Oversee planning and Base Map installation</li><li>Deliver GIS Administrator training</li></ul> |
| **Conversion Technical Project Manager** | <ul><li>Deliver data analysis and documentation</li><li>Direct development</li><li>Coordinate data value mapping</li><li>Coordinate testing</li></ul> |
| **Standard Interface Implementation Consultant** | <ul><li>Deliver standard interfaces</li><li>Work with third parties</li><li>Test interfaces</li><li>Train System Admin on interfaces</li></ul> |
| **Custom Interface Technical Project Manager** | <ul><li>Collect and document requirements</li><li>Work with third parties</li><li>Direct Development</li><li>Coordinate Testing</li><li>Train System Admin on interfaces</li></ul> |



Statement of Work

| Tyler | |
|---|---|
| **Role** | **Responsibilities** |
| **Application Specialists**<br>▪ Law Enforcement Records<br>▪ Mobile<br>▪ Field-Based Reporting (FBR) | ▪ Provide application subject matter expertise to the client(s)<br>▪ Participate in each phase of the project lifecycle |

| Client | |
|---|---|
| **Role** | **Responsibilities** |
| **Executive Sponsor** | ▪ Partner with Tyler Executive Sponsor<br>▪ Ensure that all business aspects of the project are successfully managed<br>▪ Approve overtime if necessary |
| **Steering / Governance Committee** | ▪ Be a vocal and visible champion for the project and accompanying change<br>▪ Raise organizational risks or issues that may impact the project |
| **Project Manager** | ▪ Manage the Client's day-to-day project activities<br>▪ Ensure the successful delivery/receipt of contractual items<br>▪ Document and escalate issues and concerns<br>▪ Serve as primary contact for the Tyler Project Manager<br>▪ Review and approve implementation schedule<br>▪ Final-approve the Data Conversion Analysis Document<br>▪ Communicate and inform management of project progress, issues and process changes<br>▪ Conduct management briefings<br>▪ Review and approve Tyler invoices<br>▪ Coordinate and manage activities of staff in fulfilling the responsibilities within the SOW and the Agreement<br>▪ Evaluate project status and report progress<br>▪ Manage scope change, communications, issues, risks and organizational change to meet project objectives<br>▪ Provide leadership to the project team |
| **IT Lead / System Administrator** | ▪ Provide strategic and tactical support for Client and Tyler Project Managers<br>▪ Ensure that network, servers and client (PC) environment is installed and maintained properly (i.e., hardware and system software infrastructure)<br>▪ Provide daily operational support of hardware and system software infrastructure<br>▪ Provide daily operational support for Tyler software to user staff |



| Client | |
|---|---|
| **Role** | **Responsibilities** |
| **Application Administrator** | ▪ Perform data mapping<br>▪ Facilitate end user data validation<br>▪ Perform Initial population and ongoing maintenance of data tables<br>▪ Administer security permissions |
| **Lead Subject Matter Experts (SMEs)**<br>▪ Law Enforcement Records<br>▪ Mobile<br>▪ FBR<br>▪ GIS<br>▪ Case Management<br>▪ Property and Evidence | ▪ Apply functional knowledge and expertise to the definitional, planning and implementation activities of the project<br>▪ Make decisions regarding workflow transition<br>▪ Attend and participate in the Application Configuration sessions<br>▪ Assist with initial population/ongoing maintenance of data tables<br>▪ Facilitate data and configuration validation<br>▪ Convene and manage team of SMEs for training<br>▪ Act as SME/support throughout training, Go Live and post Go Live |

## Managing Project Change (Change Control Process)

If a change to the project is identified via the Scope Management Process, the Change Control Process provides the format for managing and integrating the proposed change into the project. A change request may be submitted by any project team member or stakeholder. As part of this process, the project team reviews the change request, assesses the impact of the change, plans how to execute the change and approves or rejects the change request.

The Change Control Process comprises the following steps:

1. Accept change requests from stakeholders per the process documented in the Project Management Plan.
2. Assess the impact of requested changes.
3. Approve or reject requested changes.
4. Revise and update the project plans, schedule, documents and deliverables as necessary for approved change requests.
5. Create a formal (legally binding) Change Order for each approved change request.

Key considerations for the Change Control Process include the following:

▪ Change requests may cover any type of change to the project, but the most frequent are changes to scope, payment schedule or cost.
▪ Changes may be requested by any project stakeholder.
▪ Change requests and approvals should be documented and describe the costs, benefits and risks of the change.
▪ The project team should assess all change requests to gauge the impact of the change across the project and should understand the full impact before approving change requests.



- Some projects and clients will choose to convene a formalized Change Control Board to review and approve change requests; others, particularly small projects, may designate an individual such as the Project Sponsor to review and approve change requests.
- Approved change requests may have broad implications for the project: Plans and estimates will need to be revised; some deliverables will likely need to be modified; and project documentation, including the Project Management Plan, will need to be updated.
- Change Control should not be confused with organizational change management. Change Control focuses on changes requested for the project, such as a scope change. Organizational change management focuses on helping an organization adapt to the new technology and processes and organizational changes produced by the project.
- Change Control is performed continually and iteratively throughout the duration of the project whenever stakeholders raise change requests.
- A large volume of change requests over the course of the project may itself impact the project schedule, as project resources will be required to understand, evaluate and validate change requests. The Tyler Project Manager will present this as a risk should the volume be deemed too high.



# General Assumptions

Tyler and the Client will use this SOW as a guide for managing the implementation of the Tyler project as provided and described in the Agreement.

1. Work will be performed at the Client's location and/or Tyler's project offices and will be performed on business days during the Client's normal business hours, except when both parties agree otherwise.
2. The project consists of the delivery, installation, configuration, testing, training, implementation and go-live of the Licensed Software that provides the functionality and operation described in the Agreement.
3. Additional work activities and software functionality not described in the SOW or Agreement will be considered a change to this project and will require a Change Order as previously referenced in the definition of the Change Control Process.
4. Training will take place during normal business days and normal business hours, which are typically between 8:00 a.m. and 6:00 p.m. Tuesday through Thursday and may exceed eight (8) hours in duration. Nonstandard training hours may be accommodated upon mutual agreement. Training arrangement for non-participant observers may be made upon mutual agreement.
5. The Client is responsible for the hardware including servers, clients and ancillary servers supporting the Tyler applications.
6. The operation and availability of the external systems or third-party software is the responsibility of the Client and necessary for the success of the project.
7. The Client is responsible for maintaining in good working order the third-party systems that it operates and that interface with Tyler software as part of this project.



# Tyler Project Methodology Overview

The focus of Tyler's Project Manager, Project Management Office (PMO), Professional Services Team, Client Success Team and all personnel associated with this project is to assist the Client in completing the project successfully.

Since its inception, Tyler has successfully completed thousands of Client projects and developed a standard project management methodology that is predictable and repeatable, lowers risk and maximizes Client success. This standard approach, the Tyler Project Implementation Methodology (PIM), is based upon a combination of Project Management Institute (PMI) Project Management Body of Knowledge (PMBOK)© principles and the experience of Tyler project management in deploying public safety solutions. Modifications to or deviations from the Tyler PIM will require a change order and may result in modifications to the schedule or cost.

The following diagram outlines the Tyler PIM. Although the steps on the diagram are sequential, over time the steps will overlap.



The Tyler PIM is the standard process that Tyler follows for all project implementations. Projects are divided into five distinct phases during implementation:

1. **Initiation** – Conduct Start-up Activities
2. **Planning** – Create and approve the Project Plan
3. **Configuration** – Execute the Project Plan to deploy, configure, test and review the system to verify system readiness
4. **Transition** – Train users, execute Go-Live, complete post Go-Live activities
5. **Closing** – Review and approve the project closure, disengage project management and formally transfer the Client to the Client Success Team

Each phase consists of one or more steps. Each step includes:

- **Tyler responsibilities** – Tasks that Tyler staff is responsible to complete
- **Client responsibilities** – Tasks that Client staff is responsible to complete



- **Inputs (prerequisites)** – Items that must be completed prior to the start of the step and are used during the step
- **Outputs (deliverables)** – Items that must be completed and delivered during the step and are requirements to consider the step complete (outputs are often the inputs of future steps and must be completed to keep the project on track)



# Work Breakdown Structure

The key tasks and related project deliverables that comprise the work breakdown structure (WBS) of the PIM are described in detail in this document. The full WBS is embedded in the Project Schedule template (.mpp), which is used in conjunction with this methodology.

Project management occurs throughout the project and is a component of every task. Overall project management activities for both Tyler and the Client are listed here for reference.

Tyler's Project Management Team responsibilities include the following:

1. Maintaining project communications with the Client's Project Manager
2. Managing the efforts of the Tyler staff and coordinating Tyler's activities with the Client's Project Manager
3. Conducting regular status meetings with the Client's Project Manager
4. Conducting regular project review meetings with the Client's Project Manager via telephone conference calls
5. Responding to issues raised by the Client's Project Manager in a timely manner
6. Preparing and submitting regular status reports
7. Preparing and submitting project Change Orders to the Client's Project Manager as necessary
8. Preparing and submitting key project milestone signoff documents to the Client's Project Manager

The Client's Project Manager responsibilities include the following:

1. Maintaining project communications with the Tyler Project Manager
2. Managing the efforts of the Client's staff and coordinating Client activities with the Tyler Project Manager
3. Providing input to the Tyler Project Manager for creation of regular status reports
4. Ensuring that Client personnel have ample time, resources and expertise to carry out their respective tasks and responsibilities
5. Participating in the status meeting with the Tyler Project Manager monthly or as may otherwise be reasonably required to discuss project status
6. Providing responses to issues raised by the Tyler Project Manager in a timely manner
7. Serving as liaison with all Client-provided third-party vendors and associated systems
8. Ensuring that acceptable Change Orders are approved with authorized signature(s)
9. Ensuring that timely signoff of key project milestones is provided
10. Ensuring timely payment of invoices
11. Ensuring that Tyler personnel have access to server and network equipment and work areas on a 24x7 basis, with pre-authorization for off-hours
12. Providing workspace for Tyler personnel as reasonably requested

A high-level outline of the WBS is depicted on the following page.



**Statement of Work**

## WBS Overview

| Initiation Phase | Step 1: Conduct Start-Up Activities | A. Initiate Project<br>B. Perform Tyler Internal Turnover<br>C. Conduct Project Start-Up Call |
|---|---|---|
| **Planning Phase** | Step 2: Plan the Project | A. Conduct Project Planning Meeting<br>B. Conduct Technical Services Planning Call<br>C. Conduct GIS Planning Call<br>D. Draft the Project Plan |
| | Step 3: Approve the Project Plan | A. Review the Project Plan and Associated Documents<br>B. Update the Project Plan<br>C. Finalize the Project Plan<br>D. Approve the Project Plan<br>E. Conduct the Stakeholder Meeting |
| **Configuration Phase** | Step 4: Install the Standard Solution | A. Complete Technical and System Hardware Setup<br>B. Install Licensed Software and Complete System Setup<br>C. Conduct Geo-File Setup and Training |
| | Step 5: Configure the Standard Solution | A. Conduct Configuration Training<br>B. Configure the Applications<br>C. Conduct Data Conversion Analysis<br>D. Configure Standard Interfaces<br>E. Perform Data Conversion Development, Mapping and Testing<br>F. Define, Develop and Test Custom Interfaces |
| | Step 6: Validate Configuration | A. Validate Configuration and Workflows<br>B. Update Configuration and Workflows<br>C. Conduct Final Data Conversion Test Run<br>D. Conduct Go-Live Planning |
| **Transition Phase** | Step 7: Conduct User Training | A. Perform End-User Training<br>B. Perform Train-the-Trainer Training |
| | Step 8: Go-Live | A. Perform Go-Live Data Conversion<br>B. Conduct Go-Live |
| | Step 9: Conduct Post Go-Live Activities | A. Complete DSS and Data Analysis and Mapping Setup and Training<br>B. Complete State Compliance Configuration and Assist with First Submission |
| **Closing Phase** | Step 10: Close the Project | A. Transition to Client Success Team |

Repeat Steps 5 through 9 for each stage of a multi-stage Go-Live



# Phase: Initiation

**Purpose:** Engage project management, establish initial communication channels and begin planning.

**Description of Phase:** The Initiation Phase consists of one step. During this phase, the Tyler and Client Project Managers are assigned, and the Tyler sales representative initiates the formal transition of the project to the Tyler Professional Services Team. This team includes Executive Sponsorship, PMO governance and Project Management members. In this phase, the Professional Services Team establishes a foundation for program governance and retention of project artifacts and takes ownership of Client communications and execution of the Agreement.

## Step 1: Conduct Start-Up Activities

### A. Initiate Project

**Overview**
Following execution of the Agreement, Tyler will initiate the Client's project. Internally, the Tyler PMO will establish the framework for project execution and governance (e.g., project metrics/status reporting, project artifact storage) and assign execution of the Agreement to a delivery team (e.g., Executive Sponsor, Project Manager). The Tyler Project Manager will then contact the Client Project Manager to set the date and time for a Project Start-Up conference call.

**Tyler responsibilities:**
1. Internally initiate the project at Tyler and establish an internal framework for governance
2. Contact the Client Project Manager to schedule Project Start-Up conference call

**Client responsibilities:**
1. Provide availability for the call

**Inputs (prerequisites):**
1. Agreement (Contract)
2. Sales to Professional Services Transition Document

**Outputs (deliverables):**
1. Initial project framework established
2. Project Schedule Template
3. Project SharePoint site to store project artifacts and facilitate communication
4. Tyler delivery team is assigned (Project Manager, Executive Sponsor)

### B. Perform Tyler Internal Turnover

**Overview**
The assigned Tyler Project Manager will coordinate and facilitate an internal turnover meeting with key staff members associated with project planning, development and implementation. Key staff members include:

- New Account Sales / Client Executive
- Project Implementation Manager



Statement of Work

- ▪ Project Manager
- ▪ Others as needed

**Tyler responsibilities:**
Individual responsibilities are as follows:

*Project Manager:*
1. Review the Agreement (Contract)
2. Review the Sales-to-Professional Services Transition Document
3. Coordinate and schedule the internal turnover meeting
4. Create and distribute a meeting agenda
5. Conduct the meeting
6. Facilitate a discussion that defines delivery structure and proposed project schedule for this project (e.g., application configuration approach)
7. Initiate the Project Management Workbook
8. Document action items, issues and risks in the Project Management Workbook

*Other Tyler Employees:*
1. The PMO will create an initial Project Plan wherein the WBS is aligned with the deliverables defined in the Agreement
2. Individuals planning to attend the internal turnover meeting will:
   a. Review all project-related information, i.e., Agreement, internal documentation, meeting agenda, etc.
   b. Prepare questions and observations requiring further discussion
   c. Attend the meeting and discuss agenda items
   d. Document and follow up on any items requiring their attention

**Client responsibilities:**
None

**Inputs (prerequisites):**
1. Sales-to-Professional Services Transition Document (internal document)
2. Agreement (Contract)
3. Initial Project Plan Template

**Outputs (deliverables):**
1. Initial Project Management Workbook
2. Initial Project Plan / Schedule (WBS)

## C. Conduct Project Start-Up Call

**Overview**
The Project Manager will facilitate a conference call with the Client. The objectives for this call are:

1. Describe key teams / groups and identify their roles and responsibilities during the project
2. Discuss Client and Tyler expectations
3. Clarify that Senior Client leadership will be required for executive project reviews and signing of approval documents



4. Discuss Project Planning Meeting agenda and objectives
5. Set a date for the on-site Project Planning Meeting and discuss site preparation

**Tyler responsibilities:**
1. Provide an agenda for the Project Start-Up call
2. Provide a presentation deck for the Project Start-Up call
3. Arrange and coordinate the Project Start-Up call

**Client responsibilities:**
1. Schedule Client resources to participate in the Project Start-Up call
2. Prepare for the call and discuss agenda items during the call

**Inputs (prerequisites):**
1. Standard Meeting Agenda

**Outputs (deliverables):**
1. Project Start-Up Presentation
2. Implementation Welcome Packet
3. Date for Project Planning Meeting



# Phase: Planning

**Purpose:** Create and approve the Project Plan.

**Description of Phase:** The Planning Phase consists of two steps. Tyler and Client Project Managers organize the project, establish project teams, review deliverables and develop the Project Plan, then obtain senior management approval for the Project Plan.

## Step 2: Plan the Project

### A. Conduct Project Planning Meeting

#### Overview

During the Project Planning Meeting the Tyler Project Manager provides the Client project team with an overview of the project. Tyler and the Client will establish project methods, project acceptance criteria and governance. Key topics include:

1. Review of project scope (Agreement, project methodology) with Client project management
2. Presentation of the overall implementation strategy, roles, responsibilities and keys to project success

Key meeting participants include:

- Tyler Project Manager
- Client Project Manager
- Client SMEs

#### Tyler responsibilities:

1. Establish a framework for account management, roles and responsibilities of Tyler and the Client
2. Review project methodology
3. Establish initial Project Management Workbook with the Client*
   a. Roles and Responsibilities
   b. Communication Plan
   c. Risk Management Plan
   d. Initial issues / concerns
4. Review initial Project Schedule tasks

\* Once compiled, documents referenced in this step will be provided to the Client for review.

#### Client responsibilities:

1. Prepare Client facilities for project meetings (conference rooms, audio visual equipment, etc.)
2. Coordinate meeting participation with Client staff and other key stakeholders

#### Inputs (prerequisites):

1. Agreement (Contract)
2. Meeting Agenda
3. Project Management Workbook



**Outputs (deliverables):**
1. Updated Project Management Workbook:
   a. Communication Plan
   b. Roles and Responsibilities
   c. Risk Management Plan
2. All project artifacts stored on Tyler Project SharePoint site

## B. Conduct Technical Services Planning Call

**Overview**
The Tyler Technical Services Technical Lead will work with the Tyler Project Manager to coordinate and facilitate a conference call with the Client to address technical services planning / analysis. The key objective of this conference call is to ensure that the Client understands what information is needed for the technical services process, as outlined the Agreement, for installation services, hardware quality assurance and message switch assurance.

**Tyler responsibilities:**
1. Technical Services Technical Lead facilitates a conference call with the Client and Tyler technical resources to address initial technical services planning and analysis

**Client responsibilities:**
1. Client leadership and technical resources participate in conference call(s) to address the initial technical services planning and analysis

**Inputs (prerequisites):**
1. Scheduled Technical Services conference calls
2. Technical Services Conference Call Agenda
3. Technical Services Implementation Guide
4. Hardware Proposal

**Outputs (deliverables):**
1. None

## C. Conduct Geographic Information System (GIS) Planning Call

**Overview**
The Tyler GIS Team will conduct a conference call with Client staff responsible for developing and maintaining the GIS data for the system. A key focus of this call will be the process for developing the GIS data for use with Tyler applications. Before the call, Tyler will introduce the parameters for the required GIS layers by providing the Client with a GIS Implementation Packet. After the call and submission of the Client's GIS data, Tyler will review the Client's GIS data and provide feedback on any compatibility issues.

**Tyler responsibilities:**
1. Coordinate a GIS conference call
2. Provide the GIS Implementation Packet prior to the call
3. Explain the GIS implementation packet and the GIS data that is required



**Client responsibilities:**
1. Client leadership and GIS resources participate in the conference call to address initial GIS planning and analysis
2. Supply accurate GIS data in a standard Esri format (shape files, personal geo-database, file geo-database, etc.) per the agreed-to project schedule
3. Review the comments and/or requested changes from the Tyler GIS Implementation Specialists related to the compatibility of the Client's GIS data with the Tyler application

**Inputs (prerequisites):**
1. GIS Implementation Packet

**Outputs (deliverables):**
1. Client provides updated GIS data to Tyler

## D. Draft the Project Plan

**Overview**
The Tyler Project Manager will update the draft Project Plan based on project meetings and activities completed during the Planning Phase.

**Tyler responsibilities**
1. Update the Project Plan (.mpp)

**Client responsibilities**
1. None

**Inputs (prerequisites)**
1. Initial Project Plan from PMO

**Outputs (deliverables)**
1. Updated Project Plan



## Step 3: Approve the Project Plan

### A. Review the Project Plan and Associated Documents

**Overview**

The purpose of this event is to review the information captured during the Planning step, finalize key decisions and prepare to finalize the overall Project Plan. It is important to note that the Project Plan includes all documents prepared during the Planning step:

1. Project Plan (.mpp)
2. Project Management Workbook:
   a. Roles and Responsibilities
   b. Communication Plan
   c. Risk Management Plan
   d. Action Items
   e. Issues
   f. Project Schedule

**Tyler responsibilities:**
1. The Tyler Project Manager will:
   a. Meet with the Client project team and review the information documented in the Planning Phase
   b. Review deliverables with the Custom Interface Technical Project Manager and determine appropriate schedule
   c. Review deliverables with the Conversion Technical Project Manager and determine appropriate schedule
   d. Draft and publish an updated Project Plan

**Client responsibilities:**
1. Review documented planning materials
2. Provide input into Project Plan updates

**Inputs (prerequisites):**
1. Project Management Plan documents

**Outputs (deliverables):**
1. Updated draft of Project Plan
2. Updated Project Schedule
3. Draft Resource Schedule
4. Updated Project Management Workbook

### B. Update the Project Plan

**Overview**

The purpose of this event is to update any information identified during the review of the Project Plan, finalize key decisions and prepare the overall Project Plan for approval.



Statement of Work

**Tyler responsibilities:**
1. The Tyler Project Manager will
   a. Meet with the Client project team and confirm the information documented during the Review task
   b. Draft and publish an updated Project Plan

**Client responsibilities:**
1. Provide input regarding Project Plan updates

**Inputs (prerequisites):**
1. Project Plan documents
2. Project Schedule

**Outputs (deliverables):**
1. Updated Project Plan documents
2. Updated Project Schedule
3. Proposed Resource Schedule

## C. Finalize the Project Plan

**Overview**

At this stage of the project, significant information has been gathered regarding the Client's current operations and how the Tyler application implementation needs to occur to be successful. Based on this information, a final Project Plan must be developed that maps out the activities, deliverables and deadlines required by the project team.

**Tyler responsibilities:**

The Tyler Project Manager will finalize the Project Plan necessary to meet the requirements of a successful implementation, while establishing clear ownership of activities, deadlines and time frames for each step of the implementation. It is important to note that both Tyler and the Client must commit the resources and leadership necessary for a successful implementation. The Project Plan provides detailed instructions to the entire Client team and, once approved, is the plan for all project activity going forward.

1. Review with Client personnel the identified implementation tasks, priorities, inter-dependencies, team members, risks, resources and other requirements to approve the final Project Plan
2. Finalize the Project Plan and supporting documentation

**Client responsibilities:**
1. In tandem with Tyler project personnel, analyze identified requirements of the Project Plan and make such implementation decisions as are reasonably required to finalize the plan
2. Commit Client resources and leadership necessary to ensure adherence to the Project Plan

**Inputs (prerequisites):**
1. Agreement
2. Project Plan documents



Statement of Work

**Outputs (deliverables):**
1. Finalized Project Plan documents, including:
   a. Resource Schedule
   b. Finalized Project Schedule
   c. Updated Project Management Workbook
2. All project artifacts stored on Tyler Project SharePoint site

## D. Approve the Project Plan

**Overview**
The objective of this task is to approve the Project Plan based upon the activities and work processes discovered during the Planning Phase. The resulting document defines the specific project tasks, timelines for completion and ownership of each activity throughout the remainder of the project.

**Tyler Responsibilities:**
1. Deliver the final Project Plan to Client
2. Review the Project Plan with Client personnel

**Tyler and Client Responsibilities:**
1. Upon mutual acceptance of the Project Plan, establish the document as the baseline for the remainder of the project
2. Review resources confirmed in the project schedule; ensure that the 90-day lock can be honored
3. Client Project Manager and Executive Sponsor sign off on final iteration of the Project Plan

**Inputs (prerequisites):**
1. Updated Project Plan documents

**Outputs (deliverables):**
1. Baselined Project Schedule
2. Confirmed Resource Plan
3. Updated Project Plan documents (stored on Tyler Project SharePoint site)

## E. Conduct Stakeholder Meeting

**Overview**
The Stakeholder Meeting is a meeting during which the Tyler Project Manager provides the Client project team and other key stakeholders with an overview of the project.

- Review of project scope (Agreement, project methodology) with Client project management
- Presentation of the overall implementation strategy, roles, responsibilities and keys to project success
- Review of project timeline and schedule

Key meeting participants include:

- Tyler Senior Management / Executive Sponsor
- Tyler Sales Account Executive
- Tyler Project Manager



- Client Senior Management / Executive Sponsor
- Client Project Manager
- Client SMEs
- Other Client Key Stakeholders

**Tyler responsibilities:**
1. Provide presentation
2. Review framework for account management
3. Review roles and responsibilities of Tyler and Client
4. Review the Agreement
5. Review project methodology
6. Review Project Schedule

\* Once compiled, documents referenced in this step will be provided to the Client for review.

**Client responsibilities:**
1. Prepare Client facilities for project meetings (conference rooms, audio visual equipment, etc.)
2. Coordinate meeting participation with Client staff and other key stakeholders

**Inputs (prerequisites):**
1. Agreement
2. Meeting Agenda
3. Presentation template
4. Approved Project Plan

**Outputs (deliverables):**
1. Stakeholder Meeting presentation



# Phase: Configuration

**Purpose:** Execute the Project Plan to deploy, review and configure the system to verify system readiness.

**Description of Phase:** The Configuration Phase consists of three steps. During this phase, the Tyler and Client Project Managers lead the project, coordinate project team activities, communicate direction, report on project progress and monitor resources while the team focuses on executing the Project Plan. The Client and Tyler project teams install the applications, attend Review and Configuration Training sessions, review the configuration, apply final application configuration requirements and lay the groundwork for migration to the Tyler applications. Success requires commitment from Tyler and the Client to include necessary leadership and governance by both parties over their respective teams.

The methodology diagram indicates that each step of the Configuration Phase follows the previous step, but many of these steps occur concurrently.

## Step 4: Install the Standard Solution

### A. Complete Technical and System Hardware Setup

#### Overview
The Client and Tyler will install hardware for which the Client is responsible.

#### Tyler responsibilities
1. Assist with hardware installation as defined in the Agreement

#### Client responsibilities
1. Install and configure servers on the Client network

#### Inputs (prerequisites)
1. Hardware ordered and delivered

#### Outputs (deliverables)
1. Servers installed on the Client network

### B. Install Licensed Software and Complete System Setup

#### Overview
Tyler will install the Licensed Standard Software with an initial database. Installation of Mobile software is generally scheduled after the initial Review and Configuration Training sessions are completed, since the configuration from those applications is copied to the Mobile applications, which eliminates the need for duplicate setup and configuration. Tyler will install the client workstation software on up to three (3) workstations and train Client staff on how to complete the install. The Client will be responsible for installation of all remaining software on the workstations.



**Statement of Work**

**Tyler responsibilities:**
1. Configure the system as required
2. Install and configure the application-specific server/client software
3. Provide System Administration training for Client technical staff

**Client responsibilities:**
1. Provide information technology support staff on site and accessible via phone/email for knowledge transfer and to help address any concerns encountered during the system installation
2. Install and configure the client software on a maximum of three (3) workstations

**Inputs (prerequisites):**
1. Pre-Trip Report
2. Hardware installation

**Outputs (deliverables):**
1. Post-Trip Report including System Configuration summary
2. Test and production environments installed and ready to use
3. All project artifacts stored on Tyler Project SharePoint site

## C. Conduct Geo-File Setup and Training

### Overview

Tyler will recommend procedures to support the loading of Client-supplied GIS data for use in the Tyler software and assist the Client with the initial load of GIS data.

As part of this step, Tyler will provide a GIS overview of GIS components and where they are installed and discuss a plan for updating the GIS data within the Tyler software. Clients are responsible for continuous updates of the GIS data used in the Tyler software.

The Client will need to have the appropriate Esri desktop software to conduct the initial GIS data load and ongoing maintenance of the data. The Esri software must be available for use by the Tyler GIS Team to assist the Client with GIS data support.

**Tyler responsibilities:**
1. Receive from the Client the Tyler-required GIS data per the GIS Implementation Packet
2. Receive from the Client all appropriate required polygon boundary layers; this may represent Police Beats, Police Originating Agency Identifier (ORI), Fire Quadrants, Fire Department Identification Number (FDID), Emergency Medical Services (EMS) Districts and EMS ORI, Common Name, Alias, and Hydrant layer
3. Assist the Client (via the GIS Implementation Specialist) in loading/importing their GIS data into the Tyler enterprise geo-database within the Tyler software; it is required that all GIS data to be used within the Tyler software either be maintained in a standard Esri data format (shape files, personal geo-database, file geo-database) and then loaded into the Tyler software or be maintained directly in the Tyler enterprise geo-database using Esri's desktop software
4. Conduct a GIS Overview with the Client



**Client responsibilities:**
1. Develop initial GIS data and provide ongoing GIS data maintenance
2. Identify and make available the Client GIS point-of-contact responsible for ongoing GIS maintenance
3. Provide Tyler with the required GIS data containing address point layer (optional) and street centerline layer for the systems proposed
4. Provide Tyler with all appropriate required polygon boundary layers
5. Provide any other GIS data requested by Tyler for use within the Tyler software at the time of the initial import/load into the Tyler enterprise geo-database
6. Provide all software licenses for Esri desktop software and any associated systems software and workstation equipment necessary for the initial import/load of the GIS data into the Tyler enterprise geo-database
7. Provide trained staff to make GIS data changes or corrections in support of GIS implementation
8. Be responsible for the content and accuracy of the supplied GIS data

**Inputs (prerequisites):**
1. Pre-Trip Reports (if applicable)
2. GIS Implementation Packet
3. Client GIS Data
4. Esri Desktop Software

**Outputs (deliverables):**
1. Post-Trip Reports (if applicable)
2. Client-supplied GIS data loaded in the Tyler standard software
3. Demonstration by Tyler that the Tyler application is working as designed with the Client GIS data
4. Overview delivered by Tyler to the Client for necessary ongoing maintenance and uploading of the GIS data within the Tyler application



## Step 5: Configure the Standard Solution

### A. Conduct Configuration Training

**Overview**

During this event, Tyler will conduct Review and Configuration Training for designated Client SME personnel to acquire the knowledge necessary to configure the software solution. During the Planning Phase of the project it will be determined how many configuration sessions are required for each application. These sessions are not necessary for the Mobile applications as the configuration completed during these sessions are exported to the Mobile application, eliminating the need for duplicate data entry.

**Tyler responsibilities:**
1. Provide access to user manuals for the Configuration Team
2. Train Client personnel, including the system administrator, on configuration of the various contracted applications
3. Participate in workflow discussions as requested

**Client responsibilities:**
1. Provide and schedule necessary facilities and equipment for training sessions
2. Convene Configuration Team for these Configuration sessions
3. Attend and participate fully and collaboratively in the Review and Configuration sessions
4. Identify in writing any issues regarding training delivery

**Inputs (prerequisites):**
1. Pre-Trip Report
2. Training materials
3. Training room with workstations running the Tyler application

**Outputs (deliverables):**
1. Post-Trip Report
2. User Training Plans

### B. Configure the Applications (may be repeated)

**Overview**

Configuration of the applications includes reviewing the available functionality of each application and module and assisting/training the Client SMEs to:

1. Define Client workflows
2. Configure validation sets
3. Make application configuration settings
4. Set up standard forms as required for each licensed application and module

To define the Client workflows, a hands-on Configuration Review of each application is completed in a classroom on computer workstations with access to the application software. Configuration Reviews are facilitated by Tyler Application Specialists for each application area. Client operations staff expert(s) for each application area attend the reviews to learn how to set up, configure and maintain the software.



The Configuration Review walks through each function within each application from the user/administrator point-of-view and examines every project configuration element as it relates to a particular process. During the review, decisions are made regarding the configuration elements and the system is set up accordingly, on-the-spot where possible. Homework is assigned to Client operations staff to complete additional tasks regarding definition of workflows and/or set up of the system configuration. Homework results are discussed in subsequent review sessions with the full group.

At the end of each application's Configuration Review, the application is properly configured with all related system variables fully defined and set up.

The Configuration Reviews include:

- Reviewing the various Client work processes and the functional relationship to the software
- Reviewing any applicable Custom Enhancement and/or Interface Requirements Definition (RD) documentation for impacts on Client workflows
- Identifying and documenting any desired configuration modifications to the standard software solution (not previously contracted)
  - Standard software applications
  - Standard interfaces
  - State reporting requirements (e.g., Incident-Based Reporting (IBR), Uniform Crime Reporting (UCR), Accident)
- Validating any custom modification decisions related to implementation of the standard software solution and the post-live custom requirements
  - Custom software modifications
  - Custom interfaces
- Identifying any Client-specific reports (internal management reports, public inquiries, etc.)

### Tyler Project Manager responsibilities:
1. Provide access to up-to-date user manuals for Configuration Team participants
2. Walk the Client through the Tyler standard software solution and train Client staff on the configuration and setup of each application
3. Assist the Client Project Manager in preparing the Client team for Configuration Reviews
4. Provide additional applicable documentation as required during the Configuration Reviews
5. Participate in the Configuration Reviews (optional)
6. Participate in a project review meeting with the Client's senior staff
7. Work with the Client Project Manager to finalize the content of the User Training Plans

### Tyler Application Specialist(s) responsibilities:
1. Provide access to up-to-date user manuals for Configuration Team participants
2. Walk the Client through the Tyler standard software solution and train Client staff on the configuration and setup of each application
3. Provide additional applicable documentation as required during the Configuration Reviews
4. Present the configured applications and facilitate an interactive exchange with the Client regarding the workflow and usability of the configured applications



Statement of Work

**Client responsibilities:**
1. The Client Project Manager is responsible for:
   a. Preparing the Client team for the Configuration Reviews
   b. Ensuring that all necessary Client team members
      i. Attend the reviews
      ii. Configure the system
      iii. Complete homework assignments
2. Make decisions regarding configuration and setup and apply those decisions to the configuration and setup of the application software
3. Walk through Client workflow and policy with the Configuration Team to validate the setup and usability of the configured Tyler applications
4. Identify and document in writing any additional workflow modifications and/or minor software configuration changes required
5. Ensure the implementation of any required workflow changes prior to system rollout and end-user training
6. Provide a written list of any required non-standard Tyler reports not yet identified or included in the Agreement
7. Work with Tyler Project Manager to finalize the content of the User Training Plans
8. Present the final configuration and setup to Client staff: "Here's how the system has been configured."

**Inputs (prerequisites):**
1. Pre-Trip Report
2. Training materials
3. Training room with workstations running the Tyler application

**Outputs (deliverables):**
1. Post-Trip Report
2. Applications configured in preparation for Training and Go-Live

## C. Conduct Data Conversion Analysis

**Overview**
The Tyler Conversion Team will conduct an analysis of the Client's current data. After the analysis, the Conversion Technical Project Manager (TPM) will spend three to five days at the Client site to:

- Review the findings with Client staff who are knowledgeable about the legacy system(s) data to be converted
- Provide an overview of the conversion process
- Study current workflows
- Collect screenshots of the current application

Participation of a Client SME for each application is required for two to three days of the on-site conversion analysis review. The results of this review will be captured in the Conversion Analysis Document, which must be approved by the Client before development of the conversion can begin.

**Tyler responsibilities**
1. Perform analysis of current client data



2. Coordinate the on-site Conversion Analysis trip
3. Understand the Detailed Breakdown of Conversion Services listed in the contract
4. Prepare the Conversion Analysis Document

**Client responsibilities**
1. Provide the full data set from all current applications to be converted
   a. **NOTE:** This must be completed during the Planning Phase of the project
   b. Cleanse the data to be converted as required prior to providing to Tyler
2. Attend the on-site Conversion Analysis meetings as needed
3. Provide access to or screenshots of all applications to be converted
4. Review the Conversion Analysis Document and provide comments and/or requested changes
5. Approve/sign the Conversion Analysis Document

**Inputs (prerequisites)**
1. Detailed Breakdown of Conversion Services
2. Full data sets from all applications to be converted

**Outputs (deliverables)**
1. Approved Conversion Analysis Document

### D. Configure Standard Interfaces

**Overview**
Contracted standard interfaces will be configured in the Client environment.

**NOTE:** Final configuration of certain standard interfaces, as appropriate, will take place after this step.

**Tyler responsibilities:**
1. Work with the Client to define the desired application workflow
2. Configure the contracted standard interfaces in the Client environment
3. Train Administrators

**Client responsibilities:**
1. Work with Tyler to define the desired application workflow
2. Coordinate access to third parties as requested by Tyler to install and test the interfaces
3. Complete integration testing for each installed interface

**Inputs (prerequisites):**
1. Pre-Trip Report (if applicable)

**Outputs (deliverables):**
1. Post-Trip Report (if applicable)
2. Completed/tested standard interfaces

### E. Perform Data Conversion Development, Mapping and Testing

**Overview**
In parallel to the Configuration step, Tyler and the Client will perform the data conversion development, mapping and testing to convert the existing data files defined in the Agreement. If additional files are



identified after contract execution, the Change Order process will be used to assess requested scope modifications.

Based on the Conversion Analysis Document, the Client and Tyler will conduct the initial data conversion process.

**NOTE:** No data cleansing, consolidation of records or editing of data will be part of the data conversion effort. The Client must perform any necessary data cleansing, removal of duplicate records and editing prior to providing the data to Tyler.

The conversion process is further divided into three phases:

- Conversion Development
- Conversion Data Value Mapping
- Conversion Testing

### Conversion Development Overview
Based on the signed Conversion Analysis document, the Tyler Conversion Team will develop custom logic to convert the Client's data into their NWPS databases.

### Tyler responsibilities:
1. Program the data conversion per the Conversion Analysis Document
2. Review preliminary results

### Client responsibilities:
1. Provide current copies of the databases to be converted
2. Provide latest copy of NWPS databases
3. Be available to answer questions regarding the structure of current data and desired location in NWPS system as needed

### Inputs (prerequisites):
1. Signed Conversion Analysis Document
2. Databases to be converted
3. Current NWPS databases

### Outputs (deliverables):
1. Completed conversion logic

## Conversion Mapping

### Overview
The Conversion TPM will provide training and assistance to the Client for the mapping of all lookup values in the NWPS applications.

Tyler personnel will provide three to five days of on-site mapping training and support. The initial conversion test run will be executed at the end of that on-site trip. However, the Client will continue to correct and add to the mappings throughout the conversion process.



Statement of Work

*Tyler responsibilities:*
1. Install and configure the Tyler mapping tool on up to 10 Client workstations
2. Provide training on mapping concepts and the mapping tool
3. Provide support for mapping activities

*Client responsibilities:*
1. Attend all mapping sessions while Conversion personnel are on site
2. Complete all data mapping

*Inputs (prerequisites):*
1. Completed conversion logic

*Outputs (deliverables):*
1. Completed data mappings

## Conversion Testing

*Overview*

The Conversion TPM will assist the Client with testing of the conversion logic. All issues will be tracked using the issue-tracking tool on the Tyler Project SharePoint site.

Tyler personnel will provide three to five days of on-site testing support. The goal of the on-site testing trip is to identify as many issues as possible. However, the Client will continue to review and test the conversion throughout the conversion process.

*Tyler responsibilities:*
1. Train the Client on best-practice testing procedures
2. Triage and track all conversion issues
3. Where possible, correct conversion logic to fix reported issues
4. Provide up to five test runs in the Client's environment

*Client responsibilities:*
1. Fully test all converted modules with each test run provided
2. Provide detailed descriptions, including screenshots, of all reported issues
3. Where needed, correct source data and mapping

*Inputs (prerequisites):*
1. Data mappings
2. Conversion logic

*Outputs (deliverables):*
1. Completed data conversion

### F. Define, Develop and Test Custom Interfaces

**Overview**

Working with the Client, Tyler will create detailed requirements documents (RDs) for each custom interface. Once the RDs are approved, Tyler will develop, install and assist in testing the custom interfaces.



Page | 33

**Tyler responsibilities:**
1. Work with the Client and third parties to create RDs
2. Complete development tasks for custom interfaces
3. Working with the Client, configure the custom interfaces
4. Assist the Client with interface integration testing
5. Train Administrators

**Client responsibilities:**
1. Participate in all requirement-gathering meetings
2. Provide feedback and approve RDs
3. Provide liaison to participating Client staff and third-party vendors as required to support installation and testing of interfaces to third-party systems
4. Perform end-to-end testing of the custom interfaces
5. Identify any concerns within fifteen (15) days of installation of custom interfaces

**Inputs (prerequisites):**
1. Third-party licensed software (if applicable)
2. Interface Control Documents for contract

**Outputs (deliverables):**
1. Approved Requirements Documents
2. Tested custom interfaces
3. Sign-off on custom interfaces



Statement of Work

## Step 6: Validate Configuration

### A. Validate Configuration and Workflows

**Overview**
Tyler will work with the Client Project Manager and SME personnel to conduct Configuration and Workflow Testing scenarios as outlined in the Pre- and Post-Trip Reports. During the Planning Phase of the project it will be determined if this effort is completed at the end of Review and Configuration Training per application, or as a separately scheduled event.

**Tyler responsibilities:**
1. Provide Configuration and Workflow Test Scenarios
2. Attend Configuration and Workflow Test session(s)
3. Work with the Client Project Manager to address any items agreed to not be working as designed

**Client responsibilities:**
1. Provide and schedule necessary facilities and equipment for testing session(s)
2. Attend Configuration and Workflow session(s)
3. Identify in writing any issues that are agreed to not be working as designed

**Inputs (prerequisites):**
1. Pre-Trip Report

**Outputs (deliverables):**
1. Post-Trip Report
2. Written list of any items that are agreed to not be working as designed

### B. Update Configuration and Workflows

**Overview**
The Client updates any configuration settings or policy decisions that are identified during the Workflow and Configuration Test as needed. The results of this effort are configured applications and clearly defined workflows.

**Tyler responsibilities:**
1. Provide support for the Client SME team that is applying configuration changes
2. Assist Client technology staff to address the desired application workflow for interfaces

**Client responsibilities:**
1. Apply configuration changes as needed
2. Provide Client technology staff to address desired application workflows for interfaces
3. Specify desired application workflows

**Inputs (prerequisites):**
1. Workflow and Configuration Test Results
2. Configuration requirements for interface operations
3. Standard and/or Custom Interfaces necessary for live operations



**Outputs (deliverables):**
1. Configured applications, including applicable interfaces, state requirements and field reporting

## C. Conduct Final Data Conversion Test Run

**Overview**
In parallel with *Step B. Update Configuration and Workflows*, Tyler and the Client will perform the final data conversion test run and testing of the converted data files defined in the Agreement.

**Tyler responsibilities:**
1. Provide final converted test data files to the Client for testing

**Client responsibilities:**
1. Test the converted test data set to validate for accuracy and completeness
2. Identify any concerns within fifteen (15) days of receiving the data conversion test files; should the Client not identify concerns within the fifteen (15)-day period, the data conversion is deemed ready for Go-Live

**Inputs (prerequisites):**
1. Legacy data from Client
2. Current NWPS configuration

**Outputs (deliverables):**
1. Final Converted and Tested data

## D. Conduct Go-Live Planning

**Overview**
Tyler and the Client will review the overall project status to ensure that all requirements for the Go-Live event have been completed and the Go-Live event can occur with limited risk. They will document all related issues and concerns and jointly agree, in writing, to move forward with training and transition to production.

**Tyler responsibilities:**
1. Review the Project Management Workbook (PMW) with the Client to ensure that all applicable issues and action items are addressed
2. Assist the Client in preparing the Go-Live Checklist
3. Develop the Conversion Cutover Plan (as part of the Go-Live Plan)
4. Provide final verification of Tyler resources scheduled to conduct Client Go-Live activities
5. Review the final Training Plan with the Client

**Client responsibilities:**
1. Review the PMW to ensure that all applicable issues and action items have been addressed prior to moving forward with training and transition to the live environment
2. Ensure that the Client team is fully committed to the Go-Live event and that the proper governance and leadership is in place to guide the Client through a successful Go-Live event
3. Assist Tyler in preparing the Go-Live Checklist
4. Plan, schedule, communicate and coordinate all user planning, preparation and Go-Live tasks and events



5.  Ensure that requirements for training sessions have been met and that attendees have been notified of their required participation
6.  Review the Training Plans to ensure that training will meet the needs of the user base

**Inputs (prerequisites):**
1.  Completed prior steps

**Outputs (deliverables):**
1.  Completed Go-Live Plan
2.  Completed Training Plan



# Phase: Transition

**Purpose:** Train users, execute Go-Live and complete post Go-Live activities.

**Description of Phase:** The Transition Phase consists of three steps. The Tyler and Client project teams review the system, verify and validate readiness for Go-Live, train users, cut over from legacy systems and complete post Go-Live requirements. Optimization of the implementation occurs throughout the Transition Phase.

## Step 7: Conduct User Training

### Overview
Tyler's Application Specialist(s) provide training to Client staff.

### Tyler responsibilities:
Tyler's Application Specialist(s) will provide on-site training services to assigned Client staff using the method agreed to in the Planning Phase. These sessions will be provided via an End User and/or Train-the-Trainer (TTT) approach for applications. The two methods include the following:

### A. Perform End-User Training

This training consists of a Tyler Application Specialist providing very detailed on-site training to end users of the application.

### Tyler responsibilities:
1. Train Client End Users on specified applications

### Client responsibilities:
1. Assign, schedule and ensure the attendance and participation of appropriate staff for training sessions
2. Provide and schedule necessary facilities for training sessions
3. Ensure that training facilities are set up and configured with all requisite hardware/software
4. Monitor training course attendance and ensure that all users receive required training
5. Identify in writing any issues regarding training delivery, participation and execution

### Inputs (prerequisites):
1. Pre-Trip Report
2. Training materials
3. Lesson Plan / User Guide

### Outputs (deliverables):
1. Post-Trip Report
2. Delivery of all training courses
3. Written list of issues regarding training (provided by Client)

### B. Perform Train-the-Trainer Training

This training consists of a Tyler Application Specialist providing very detailed on-site training to Client representatives. The TTT course is designed to take Client-certified (either locally or by their state)



trainers, train them on the Tyler software and certify that they have the knowledge to successfully train other team members. This training includes problem-solving techniques to ensure an effortless transition with minimal interruptions during their training sessions. Students are also provided with training techniques and detailed lesson plans on their specific modules.

**Tyler responsibilities:**
1. Train Client trainers on specified applications

**Client responsibilities:**
1. Assign, schedule and ensure the attendance and participation of appropriate staff for training sessions
2. Provide and schedule necessary facilities for training sessions
3. Ensure that training facilities are set up and configured with all requisite hardware/software
4. Select the Client trainers and receive the TTT training from Tyler
5. Train the users for each application
6. Monitor training course attendance and ensure that all appropriate users receive training
7. Identify in writing any issues regarding training delivery, participation and execution

**Inputs (prerequisites):**
1. Pre-Trip Report
2. Training materials
3. Lesson Plan / User Guide

**Outputs (deliverables):**
1. Post-Trip Report
2. Delivery of all training courses



## Step 8: Conduct Go-Live

### A. Perform Go-Live Data Conversion

**Overview**

In parallel to the Execute Go-Live Preparation step, Tyler and Client will perform the Go-Live data conversion.

**Tyler responsibilities:**
1. Load final data cut from Client and execute the Go-Live data conversion per the Go-Live Plan; this typically involves moving the tested data conversion from the test environment to the production environment.

**Client responsibilities:**
1. Assist Tyler as requested in executing the Go-Live Plan
2. Provide final data cut for Conversion
3. Test the converted Go-Live data set in the production environment to validate for accuracy and completeness
4. Identify any concerns as soon as possible, but no later than fifteen (15) days after Tyler has run the Go-Live data conversion in the production environment; should the Client not identify concerns within fifteen (15) days, the Go-Live data conversion shall be deemed Accepted

**Inputs (prerequisites):**
1. Tested converted data from prior phase

**Outputs (deliverables):**
1. Converted data in production environment

### B. Conduct Go-Live

**Overview**

With assistance from Tyler, the Client goes live on applications and interfaces identified in the Agreement and documented in the Project Plan. The phased approach and order of applications for the Go-Live events are detailed at the beginning of this document.

**Tyler responsibilities:**
1. Assist the Client in proactively verifying the operational readiness of the production environment; this activity is managed by the Tyler Project Manager and includes the following key areas for review:
   a. Infrastructure and related operational environment (Technical Services Team)
   b. GIS review
   c. Priority Warranty Items / Release Upgrades (Project Manager with assistance from the appropriate teams)
2. Provide onsite assistance for all applications going live
3. Assist the Client in preparing the production server for Go-Live
   a. Run SQL Go-Live script
   b. Run final data conversion



   c.   Set counters
   d.   Perform other maintenance tasks
4.  Conduct Client turnover to Client Support
5.  Receive clearance for on-site staff to depart Client site

### Client responsibilities:
1. Verify the operational readiness of the production environment (Tyler will assist)
2. Prepare production server for Go-Live (Tyler will assist)
    a. Set counters
    b. Other maintenance tasks
3. Schedule, communicate and coordinate all user planning, preparation and Go-Live tasks and events
4. Provide SME staff to assist with Go-Live for each of the applications and to serve as the first line of support during the Go-Live period
5. Place the software into production and begin operational use in consultation with Tyler and in accordance with the Project Plan
6. Provide a detailed list of questions and issues that require explanation or resolution by Tyler at the end of each day during the Go-Live period

### Inputs (prerequisites):
1. Pre-Trip Report
2. Standard software
3. Interfaces
4. State reporting
5. Geo-files
6. Pre-Go-Live preparations
7. System preparation
8. Team preparation

### Outputs (deliverables):
1. Post-Trip Report
2. Verification that Tyler Client Support is engaged
3. The Client operating live with the software
4. Confirmation that all project artifacts are stored on the Tyler Project SharePoint site



## Step 9: Conduct Post Go-Live Activities

**Overview**

Depending on specific products purchased, there may be some activities such as Decision Support Software (DSS)/Data Analysis and Mapping training, UCR/IBR submissions and/or Reliability Testing that occur after Go-Live, as these activities require actual production data prior to completion to be of any value. The activities are planned during the Planning Phase along with all other activities.

### A. Complete DSS and Data Analysis and Mapping Setup and Training

If licensed, Tyler will provide the Client with implementation of licensed DSS and Data Analysis and Mapping modules and related training services.

**Tyler responsibilities:**
1. Facilitate one or more consultative session(s) (on-site) with executive command staff to discuss data needs and information requirements for decision making
2. Lead solution design and review sessions to document and collaboratively design reporting cubes and dashboards that will assist with data needs and decision making as discussed during the consultative session(s)
3. Configure and train on DSS software
4. Configure and train on Data Analysis and Mapping software
5. Provide training session(s) to provide an overview of using each DSS and Data Analysis and Mapping licensed module, including basic reporting, dashboard creation and other standard features
6. Build Client-specific reporting cube(s) and dashboard(s) as agreed upon during solution design and review

**Client responsibilities:**
1. Ensure that appropriate command level personnel/decision makers are available for the consultative sessions to discuss data needs and information requirements for decision making
2. Ensure that the infrastructure is in place to support DSS and Data Analysis and Mapping implementation (generally set up in Step 4 of the Configuration Phase)
3. Approve the agreed-upon requirements for reporting cubes and dashboards
4. Assign, schedule and ensure the attendance and participation of appropriate staff for training sessions
5. Provide and schedule necessary facilities for training sessions
6. Ensure that training facilities are set up and configured with all requisite hardware/software
7. Monitor training course attendance and ensure that all appropriate users receive training
8. Identify any issues in writing

**Inputs (prerequisites):**
1. Pre-Trip Report
2. Training materials
3. Lesson Plan / User Guide



**Outputs (deliverables):**
1. Post-Trip Report
2. Delivery of all training courses
3. Written list of issues regarding training (provided by the Client)

### B. Complete State Compliance Configuration and Assist with First Submission

As part of normal operations, agencies are required to submit crime statistic reports to the state (IBR, National Incident-Based Reporting System (NIBRS), etc.) monthly. During the transition to a new system, state agencies will work with local law enforcement agencies to develop a plan for allowing the system to adopt the new technology in their environment and submit reports after a period of operation.

During the Configuration Phase of the project, Tyler works with the Client to implement state reporting rules. The first full test of these rules occurs three to four weeks after Go-Live to ensure that the Client has accumulated sufficient data for submission to the state. State reporting and editing can be a significant challenge, so Tyler schedules and assigns an Application Specialist to assist the Client with the first submission process post Go-Live.

**Tyler responsibilities:**
1. Assist the Client in submitting initial reports (IBR, NIBRS, etc.) from the Tyler system to the state
2. Provide consultation, guidance and/or support on issues resulting from initial submission attempts:
   a. Review the infrastructure and related operational environment when there are submission issues and provide the Client with an explanation that pinpoints the source of the issue when it is unclear whether the issue is software or environmentally related
   b. Provide application configuration modifications to assist the Client as determined to optimize operational workflow and support compliance reporting requirements
   c. Modify custom forms based on a review of Client workflows after the Client has worked with the forms in a production environment
   d. Provide spot training to Client personnel if needed

**Client responsibilities:**
1. Identify primary and secondary staff responsible for submission and correction of state reports
2. Identify state contact and state testing procedures to ensure that the state is prepared to assist with the analysis and evaluation of report submissions to expedite returns and error reporting
3. Verify the infrastructure and related operational environment (assistance provided by Tyler Systems Assurance Team)
4. Verify application configuration, compliance adherence and custom software modifications (assistance provided by Tyler Systems Assurance Team)
5. Build compliance test plan
6. Test all forms and compliance submissions
7. Document all test results
8. Identify in writing any suspected failures; prioritize and notify Tyler
9. Provide access and staff support as necessary to support the Tyler activities



**Inputs (prerequisites):**
1. Live system

**Outputs (deliverables):**
1. Completed state submission for one month



# Phase: Closing

**Purpose:** Review the project, approve closure, disengage project management and transition the Client to the Client Success Team.

**Description of Phase:** The Closing Phase consists of one step. The Tyler Project Manager reviews the project with Executive Management, closes out all remaining documentation tasks and disengages from the project. The Client Success Team assumes all responsibilities for ongoing support of the system and the Client.

## Step 10: Close the Project

### A. Transition to Client Success Team

#### Overview
At the end of the project, the Tyler applications are fully live and functional in the Client's environment, with all required components delivered and operational. During this event, the Tyler Project Manager will schedule a formal turnover of the Client to the Tyler Client Success Team, which includes the Client Executive and Client Support Account Manager. The Client Executive introduces the department structure and reviews the services provided by each team.

Project closure will also be finalized with the Client to ensure that both the Client and Tyler support staff are knowledgeable about the overall Tyler implementation, that all questions have been addressed and that exceptions are incorporated into the sign-off document.

#### Tyler responsibilities:
1. Coordinate a meeting, either via teleconference or on site, to review the project status and transition ongoing communications with the Client to the assigned Client Success Team
2. Prepare the sign-off documentation
3. Review all project financials to ensure that all deliverables included in the Agreement are delivered, invoiced and paid

#### Client responsibilities:
1. Provide appropriate personnel for the turnover meeting
2. Provide a location for the turnover meeting
3. Sign-off on project closure
4. Complete payment of all amounts described in the Agreement

#### Inputs (prerequisites):
1. Professional Services to Client Support Project Transition Document
2. Agenda
3. Scheduled meeting
4. Open-item list and corresponding release-delivery plan
5. Project Closure sign-off template

#### Outputs (deliverables):
1. Verification that Account Management is engaged to support the Client
2. Project Closure sign-off



## Appendix 2

## CJIS Security Addendum

BACKGROUND

The FBI Criminal Justice Information Services (hereinafter referred to as "CJIS") Security Policy Version 5.7 mandates all agencies connected to the FBI CJIS systems adhere to regulation set forth within the Security Policy. Part of the Security Policy outlines directives dealing with personnel security. Included within the term "personnel" are all individuals who are utilized by criminal justice agencies to implement, deploy, and/or maintain the computers and/or networks of the criminal justice agency which are used to access FBI CJIS systems. These individuals include city/county IT personnel, and private vendors.

The subject of non-criminal justice governmental personnel and private vendors is addressed in Sections 5.1.1.4 and 5.1.1.5 of the CJIS Security Policy and in the Security Addendum, which can be found in Appendix H. These sections include information on documentation which should be maintained in order to remain in compliance with the Security Policy.

PURPOSE

This Management Control Agreement establishes procedures and policies that will guide the parties to comply and adhere to the CJIS Security Policy pertaining to non-governmental personnel and private vendors.

REQUIREMENTS

1.     Contractor shall submit to both a criminal records check and a driver license records check for all Contractor and subcontractor personnel (if applicable) assigned to work under the Contract.

2.     Any Contractor or subcontractor (if applicable) personnel that will be accessing Jacksonville Sheriff's Office ("JSO") office locations, computer databases, data, information systems, security equipment, or surveillance equipment in order to provide service delivery shall be subject to JSO security clearance or other security requirements as contained in section 282.318, Fla. Stat., and Rule 74-2.002, Florida Administrative Code (F.A.C). Each employee of Contractor and/or all subcontractors must pass a background check that meets requirements specified in the most recent publication of the Criminal Justice Information Systems (CJIS) Security Policy and all applicable Florida Statutes and Florida Administrative Code rules as stated herein.

3.     The financial cost of these background checks will be the responsibility of Contractor and shall not be borne by JSO.  All Contractor and subcontractor personnel (if applicable) assigned to work on the project shall submit fingerprints to the JSO for the purpose of undergoing background investigations through the Florida Department of Law Enforcement and/or the Federal Bureau of Investigation prior to any person being permitted to work in any JSO facility, JSO work location, or on any JSO computer or network.

4.      All Contractor and subcontractor personnel (if applicable) assigned to work under the contract shall receive, and pass, CJIS Security Awareness Training for the appropriate security level commensurate with their job task, as determined by the JSO.

5.      Contractor shall provide signed FBI CJIS security addendum acknowledgements for all personnel assigned to work under this contract.

*70218-20*
*Amd #1*

# FIRST AMENDMENT TO CONTRACT
## BETWEEN
### THE CITY OF JACKSONVILLE AND TYLER TECHNOLOGIES, INC.
### (UTILIZING CITY OF TALLAHASSEE CONTRACT #TALL-17A1A)
## FOR
### AUTOMATED LAW ELECTRONIC
### DOCUMENT RECORDS MANAGEMENT SYSTEM

**THIS FIRST AMENDMENT** to Contract for automated law electronic document records management system is made and entered into as of this *3* day of *MAY*, 2021, by and between the **CITY OF JACKSONVILLE**, a municipal corporation existing under the Constitution and the laws of the State of Florida, for and on behalf of the Jacksonville Sheriff's Office ("City"), and **TYLER TECHNOLOGIES, INC.** a Delaware corporation authorized to conduct business in the State of Florida, with its principal offices located at 5101 Tennyson Parkway, Plano, Texas ("Contractor").

## WITNESSETH:

**WHEREAS**, on June 30, 2020, City and Contractor made and entered into City of Jacksonville Contract No. 70218-20 (the "Contract"); and

**WHEREAS**, said Contract has not been amended previously; and

**WHEREAS**, said Contract should be amended by adding and attaching the Beneficiary Enrollment Form to said Contract as **Exhibit E**, attached hereto and incorporated herein by this reference, with all other provisions, terms, and conditions of said Contract remaining unchanged; now therefore

**IN CONSIDERATION** of the mutual covenants contained in said Contract and for other good and valuable consideration acknowledged by the parties to be sufficient, the parties agree to amend said Contract as follows:

1.      The above-stated recitals are accurate, true, and correct and are incorporated herein by this reference.

2.      Said Contract is amended by adding and attaching the Beneficiary Enrollment Form to said Contract as **Exhibit E**.

3.      The period of service remains June 20, 2020, through December 31, 2026, and the maximum indebtedness remains $5,082,316.00.

4.      Add and attach **Exhibit E** and incorporate it into said Contract.

**SAVE AND EXCEPT** as expressly amended in and by this instrument, the provisions, terms, and conditions of said Contract shall remain unchanged and shall continue in full force and effect.

**IN WITNESS WHEREOF**, the parties hereto have executed this First Amendment on the day and year first written.

Witness:                                          **TYLER TECHNOLOGIES, INC.**

_____          By: _Sherry Clark_____

Print Name:_____          Print Name: _Sherry Clark_____

                                                  Title: _Sr. Corporate Attorney_____

Attest:                                           **CITY OF JACKSONVILLE**

                                                  Brian Hughes
                                                  Chief Administrative Officer
By: James R. McCain, Jr.                     By: _____   For: Mayor Lenny Curry
Corporation Secretary                         Lenny Curry            Under Authority of
                                              Mayor                  Executive Order No: 2019-02

In compliance with the Ordinance Code of the City of Jacksonville, I do hereby certify that there is an unexpended, unencumbered, and unimpounded balance in the appropriation sufficient to cover the foregoing Contract and that provision has been made for the payment of the monies provided therein to be paid.

                                                  By: _____
                                                  Director of Finance:
                                                  Contract No.: 70218, First Amendment

Form Approved

By: _James R. McCain_____
Office of General Counsel

GC-#1420297-v1-TYLER_TECH_70218-21_Amd#1_Piggyback_Beneficiary.doc

DocuSign Envelope ID: 4E7D6EBC-14BC-4A81-80BE-8021327F6610

\*\* NCC Group Software Resilience (NA) LLC ("NCC Group") is the assignee for Iron Mountain Intellectual Property Management, Inc. for the contracted services set forth herein.\*\*

**Exhibit E**
**Beneficiary Enrollment Form**

Depositor and Iron Mountain Intellectual Property Management, Inc. ("Iron Mountain"), hereby acknowledge that **Beneficiary Company Name:** ___City of Jacksonville, Florida___ is the Beneficiary referred to in the Escrow Agreement that supports **Deposit Account Number:** ___45919___ with Iron Mountain as the escrow agent. Beneficiary hereby agrees to be bound by all provisions of such Agreement. The last date noted on the signature blocks of this enrollment shall be the Effective Date.

| Authorized Person(s) Notices Table | | | |
|---|---|---|---|
| Please provide the name(s) and contact information of the Authorized Person(s) under this Agreement. Please complete all information as applicable. Incomplete information may result in a delay of processing. | | | |
| **DEPOSITOR (Required Information)** | | **BENEFICIARY (Required Information)** | |
| Print Name | Steve Magoun | Print Name | Lenny Curry |
| Title | VP SoftCode | Title | Mayor |
| Email Address | Steve.magoun@tylertech.com | Email Address | lenny.curry@jaxsheriff.org |
| Street Address | 5101 Tennyson Parkway | Street Address | 501 E. Bay Street |
| City | Plano | City | Jacksonville |
| State/Province | TX | State/Province | FL |
| Postal/Zip Code | 75024 | Postal/Zip Code | 32202 |
| Country | USA | Country | USA |
| Phone Number | 774-348-3001 | Phone Number | |
| Fax Number | | Fax Number | |

| Billing Contact Information Table | | | |
|---|---|---|---|
| Please provide the name and contact information of the Billing Contact under this Agreement. All invoices will be sent to this individual at the address set forth below. | | | |
| **DEPOSITOR** | | **BENEFICIARY** | |
| ☐ *Check if same as Authorized Person* | | ☐ *Check if same as Authorized Person* | |
| Company Name | Tyler Technologies, Inc. | Company Name | Jacksonville Sheriff's Office |
| Print Name | Casey Civiello | Print Name | Bill Clement |
| Title | Risk Manager | Title | Chief of Budget |
| Email Address | Casey.civiello@tylertech.com | Email Address | William.clement@jaxsheriff.org |
| Street Address | 1 Tyler Drive | Street Address | 501 E. Bay Street |
| Province/City/State | Yarmouth, ME | Province/City/State | Jacksonville, FL |
| Postal/Zip Code | 04096 | Postal/Zip Code | 32202 |
| Phone Number | 207-518-4207 | Phone Number | 904-630-2105 |
| Fax Number | | Fax Number | |
| Purchase Order # | | Purchase Order # | |

**BALANCE OF THIS PAGE LEFT INTENTIONALLY BLANK – SERVICE DESCRIPTION PAGE FOLLOWS**

DocuSign Envelope ID: 4E7D6EBC-14BC-4A81-80BE-8021327F6610

| Beneficiary Enrollment Form Work Request | | | | |
|---|---|---|---|---|
| Please check boxes to order services and to identify the Paying Party | | | | |
| Service | Service Description | One-Time Fees | Annual Fees | Paying Party |
| ☒ Add Additional Beneficiary | Iron Mountain will fulfill a Work Request to add a new Beneficiary to an escrow deposit account in accordance with the Agreement. | | $950 | ☒ Depositor ☐ Beneficiary |
| ☐ Add Additional Deposit Account | Iron Mountain will set up one additional deposit account to manage and administrate access to new Deposit Material that will be securely stored in controlled media vaults in accordance with the Agreement that governs the initial Deposit Account. | | $1,200 | ☐ Depositor ☐ Beneficiary |
| ☐ Add File List Test | Iron Mountain will perform one (1) File List Test, which includes a Deposit Material media readability analysis, a file listing, a file classification table, virus scan outputs, and confirmation of the presence or absence of a completed escrow deposit questionnaire. A final report will be sent to the requesting Party regarding the Deposit Material. Deposit must be provided on CD, DVD-R, or deposited electronically. | $3,000 | N/A | ☐ Depositor ☐ Beneficiary |
| ☐ Add Level 1 - Inventory and Analysis Test | Iron Mountain will perform an Inventory Test on the initial deposit, which includes Analyzing deposit media readability, virus scanning, developing file classification tables, identifying the presence/absence of build instructions, and identifying materials required to recreate the Depositor's software development environment. Output includes a report which will include build instructions, file classification tables and listings. In addition, the report will list required software development materials, including, without limitation, required source code languages and compilers, third-party software, libraries, operating systems, and hardware, as well as Iron Mountain's analysis of the deposit. | $6,000 or based on SOW if custom work required | N/A | ☐ Depositor ☐ Beneficiary |
| ☐ Add Level 2 – Deposit Compile Test | Iron Mountain will fulfill a Work Request to perform a Deposit Compile Test, which includes the outputs of the File Listing Report and the Level 1 - Inventory Test as described above plus recreating the Depositor's software development environment, compiling source files and modules, linking libraries and recreating executable code, pass/fail determination, creation of comprehensive build instructions with a final report sent to the Paying Party regarding the Deposit Material. The Paying Party and Iron Mountain will agree on a custom Statement of Work ("SOW") prior to the start of fulfillment. | Based on SOW | N/A | ☐ Depositor ☐ Beneficiary |
| ☐ Add Level 3 - Binary Comparison Test | Iron Mountain will fulfill a Work Request to perform one Deposit Usability Test - Binary Comparison which includes a comparison of the files built from the Deposit Compile Test to the actual licensed technology on the Beneficiary's site to ensure a full match in file size, with a final report sent to the Requesting Party regarding the Deposit Material. The Paying Party and Iron Mountain will agree on a custom Statement of Work ("SOW") prior to the start of fulfillment. | Based on SOW | N/A | ☐ Depositor ☐ Beneficiary |
| ☐ Add Level 4 - Full Usability Test | Iron Mountain will fulfill a Work Request to perform one Deposit Usability Test - Full Usability which includes a confirmation that the built applications work properly when installed, based on pre-determined test scripts provided by the Parties. A final report will be sent to the Paying Party regarding the Deposit Material. The Paying Party and Iron Mountain will agree on a custom Statement of Work ("SOW") prior to the start of fulfillment. | Based on SOW | N/A | ☐ Depositor ☐ Beneficiary |
| ☐ Dual Vaulting | Iron Mountain will fulfill a Work Request to store and manage a redundant copy of the Deposit Material in one (1) additional location. All Deposit Material (original and copy) must be provided by the Depositor. | N/A | $800 | ☐ Depositor ☐ Beneficiary |
| ☐ Remote Vaulting | Iron Mountain will fulfill a Work Request to store and manage the Deposit Material in a remote location, designated by the client, outside of Iron Mountain's primary escrow vaulting location. All Deposit Material (original and copy) must be provided by the Depositor. | N/A | $800 | ☐ Depositor ☐ Beneficiary |
| ☐ Custom Contract Fee | Custom contracts are subject to the Custom Contract Fee, which covers the review and processing of custom or modified contracts. | $950 | N/A | ☐ Depositor ☐ Beneficiary |

BALANCE OF THIS PAGE LEFT INTENTIONALLY BLANK – SIGNATURE PAGE FOLLOWS

DocuSign Envelope ID: 4E7D6EBC-14BC-4A81-80BE-8021327F6610

IN WITNESS WHEREOF, the Parties have duly executed this Enrollment as of the Effective Date by their authorized representatives:

| DEPOSITOR | | BENEFICIARY | |
|---|---|---|---|
| Signature | *Sherry Clark* | Signature | |
| Print Name | Sherry Clark | Print Name | Lenny Curry |
| Title | Sr. Corporate Attorney | Title | Mayor |
| Date | 5/17/2021 | Date | 5/24/2021 |

NCC Group

| | XXXXXXXXXXXXX**IRON MOUNTAIN**XXXXXXXXXXXX XX**INTELLECTUAL PROPERTY MANAGEMENT, INC**X | Brian Hughes |
|---|---|---|
| Signature | *Emerald Tunie* | Chief Administrative Officer |
| Print Name | Emerald Tunie | For: Mayor Lenny Curry |
| Title | Contracts Administrator | Under Authority of: |
| Date | July 9, 2021 \| 06:10 PDT | Executive Order No: 2019-02 |

All notices to Iron Mountain Intellectual Property Management, Inc. should be sent to iamclientservices@ironmountain.com OR Iron Mountain Intellectual Property Management, Inc., Attn: Client Services, 2100 Norcross Parkway, Suite 150, Norcross, Georgia, 30071, USA. Telephone: 800-875-5669. Facsimile: 770-239-9201

All notices to NCC Group should be sent to SRclientservices@nccgroup.com OR NCC Group, Attn: Client Services, 6111 Live Oak Parkway, Norcross, Georgia, 30093, USA. Telephone: 800-875-5669.   Facsimile: 770-239-9201

ATTEST:

Corporation Secretary
City of Jacksonville