UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TYLER TECHNOLOGIES, INC.,

    Plaintiff,

v.                                        CASE NO. 3:22-cv-1368-HLA-JBT

CITY OF JACKSONVILLE, FLORIDA,

    Defendant.
_____/

**JOINT MOTION TO AMEND CASE MANAGEMENT ORDER**

Plaintiff, Tyler Technologies, Inc., and Defendant, City of Jacksonville, move to amend the Case Management and Scheduling Order entered on March 1, 2023 [Docket No. 21], and state:

1. On February 28, 2023, the parties submitted their Case Management Report to the Court. See Docket No. 20.

2. Per the Case Management Report, the parties requested a dispositive motion/Daubert motion deadline of December 29, 2023, which is one month after close of discovery and five months before the June 2024 trial term.

3. The Case Management and Scheduling Order entered by the Court provided a dispositive motion/Daubert motion deadline of December 4, 2023. This deadline would put the parties' response deadline on December 25, 2023.

4. The parties respectfully request that the Court enter an Amended Case Management and Scheduling Order extending the dispositive motion/Daubert motion deadline from of December 4, 2023, to December 29, 2023.

## MEMORANDUM OF LAW

Rule 6(b)(1)(A), Federal Rules of Civil Procedure, provides that when an act must be done within a specified time, the court may, for good cause, extend the time if a request is made before the original time expires. It is well settled that a district court has wide discretion in determining whether to grant an extension of time. See Kyle Engineering Co. v. Kleppe, 600 F.2d 226 (9th Cir. 1979); Harris v. Chapman, 97 F. 3d 499, 506 (11th Cir. 1996). Because the parties have just begun litigating the matter at hand, there is good cause shown for a short extension of dispositive motion/Daubert motion deadline to allow for sufficient time to prepare these motion papers after the close of discovery.

**WHEREFORE**, Plaintiff, Tyler Technologies, Inc., and Defendant, City of Jacksonville, respectfully request the entry of an Amended Case Management and Scheduling Order as explained herein.

**DATED: MARCH 13, 2023**                    **K&L GATES LLP**

                April L. Boyer
Florida Bar No. 0168835
K&L GATES LLP
Southeast Financial Center
Suite 3900
200 South Biscayne Boulevard
Miami, FL 33131-2399
Telephone: 305.539.3300
Facsimile: 305.358.7095
Email: April.boyer@klgates.com

*/s/ Beth Petronio*
Beth W. Petronio, Esq.
(Admitted pro hac vice)
1717 Main Street, Suite 2800
Dallas, Texas 75201
Telephone: 214.939.5500
Facsimile: 214.939.5849
Email: beth.petronio@klgates.com
**COUNSEL FOR PLAINTIFF**

**OFFICE OF GENERAL COUNSEL**
**CITY OF JACKSONVILLE**

*/s/ Tiffiny Douglas Pinkstaff*
Tiffiny Douglas Pinkstaff
Assistant General Counsel
Florida Bar No. 682101
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
Telephone: 904.255.5100
Facsimile: 904.255.5120
Email: tpinkstaff@coj.net
**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of March, 2023, a true and correct copy of the foregoing was filed with the Clerk of Court for uploading to the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Tiffiny Douglas Pinkstaff*
Attorney