UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TYLER TECHNOLOGIES, INC.,

    Plaintiff,

v.                                                     CASE NO. 3:22-cv-1368-JBT

CITY OF JACKSONVILLE, FLORIDA,

    Defendant.
_____/

**JOINT MOTION FOR EXTENSION
OF CASE MANAGEMENT DEADLINES**

    Pursuant to Rule 6, Federal Rules of Civil Procedure, Plaintiff, Tyler Technologies, Inc. ("Tyler"), and Defendant, City of Jacksonville ("City"), jointly move for the entry of an Order extending the current deadlines as set forth in the Case Management and Scheduling Order entered on March 1, 2023 (Docket No. 21), and state in support:

    1.    On December 16, 2022, Tyler initiated this lawsuit with the filing of its Complaint against the City alleging breach of contract. See Docket No. 1.

    2.    On February 8, 2023, Tyler filed an Amended Complaint alleging breach of contract and requesting declaratory relief. See Docket No. 12.

    3.    On February 22, 2023, the City filed its Answer and Affirmative Defenses, as well as a Counterclaim against Tyler, alleging breach of contract,

breach of implied warranty of fitness, breach of express warranty, negligent misrepresentation, and unjust enrichment.  <u>See</u> Docket No. 19.

4. On March 1, 2023, the Court entered a Case Management and Scheduling Order setting jury trial in the June 2024 trial term.  <u>See</u> Docket No. 21.

5. The parties' claims against one another are bottomed upon their contract for implementation of a records management system, which resulted in approximately three and a half years of dealings between the parties from January 2019 through September 2022.

6. The parties have exchanged paper discovery and have identified ESI protocols to search for emails and other electronic discovery.  The initial searches reveal that there are a substantial number of emails and other documents to be produced and reviewed in this litigation.

7. In addition, the parties have identified numerous fact witnesses in this matter and intend to take up to ten depositions per side in accordance with Rule 30.

8. The parties have already completed expert disclosures, so those deadlines do not need to be addressed.  However, the parties require additional time to complete discovery in order to sufficiently prepare for trial given that the current discovery deadline is November 30.

9. The parties respectfully seek a four-month extension of the remaining case deadlines to allow sufficient time for the parties to complete discovery and expert work. The current and newly proposed dates for each remaining deadline are as follows:

| DEADLINE | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Discovery Close | 11/30/2023 | 03/29/2024 |
| Dispositive and Daubert Motions | 12/04/2023 | 04/29/2024 |
| Mediation | 03/01/2024 | 07/01/2024 |
| Trial Term | June 2024 | October 2024 |

## MEMORANDUM OF LAW

Pursuant to Rule 6, Federal Rules of Civil Procedure, the Court may, at any time in its discretion, extend a deadline if the movant moves prior to the deadline and the movant shows good cause for the extension. The parties have jointly filed this Motion with good cause in advance of the discovery and other current deadlines set by the Court's Scheduling Order.

The parties recognize that it is the Court's goal to efficiently resolve cases and that extension motions are disfavored. However, the parties respectfully submit that the proposed new schedule would result in a trial of this matter less than two years from the date of this lawsuit's initiation.

**WHEREFORE**, Plaintiff, Tyler Technologies, Inc., and Defendant, City of Jacksonville, respectfully request the entry of an Order granting this Joint

Motion for Extension of Case Management Deadlines and entering an Amended Case Management and Scheduling Order with new litigation and trial deadlines as proposed herein.

| | |
|---|---|
| **DATED: OCTOBER 23, 2023** | **K&L GATES LLP** |
| | *April L. Boyer*<br>April L. Boyer<br>Florida Bar No. 0168835<br>Southeast Financial Center<br>Suite 3900<br>200 South Biscayne Boulevard<br>Miami, FL 33131-2399<br>Telephone   305.539.3300<br>Email       april.boyer@klgates.com<br>Beth W. Petronio, Esq.<br>(Admitted pro hac vice)<br>1717 Main Street, Suite 2800<br>Dallas, Texas 75201<br>Telephone   214.939.5500<br>Email       beth.petronio@klgates.com<br>**ATTORNEYS FOR PLAINTIFF**<br><br>**OFFICE OF GENERAL COUNSEL**<br>**CITY OF JACKSONVILLE**<br><br>*/s/ Tiffiny Douglas Pinkstaff*<br>Christopher M. Garrett<br>Chief, General Litigation<br>Florida Bar No. 798541<br>Tiffiny Douglas Pinkstaff, Lead Counsel<br>Assistant General Counsel<br>Florida Bar No. 682101<br>117 West Duval Street, Suite 480<br>Jacksonville, Florida 32202<br>Telephone   904.255.5100<br>Email       garrettc@coj.net<br>            tpinkstaff@coj.net<br>**ATTORNEYS FOR DEFENDANT** |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 23, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

*Tiffiny Douglas Pinkstaff*
Attorney
