UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Choose division

Enter name(s),

      Plaintiffs,

v.                                                    Case No. Enter case number

Enter name(s),

      Defendants.

_____

**<u>Mediation Report</u>**

      The parties held a mediation conference on _____, and the results of that conference are indicated below.

**1. Attendance**

      The following participants attended the mediation conference:

      ☐    lead counsel

      ☐    the parties or a party's surrogate satisfactory to the mediator

      ☐    any necessary insurance carrier representative

      List any unexcused absence or departure from the mediation conference:

_____
_____
_____
_____

**2. Outcome**

> Under Local Rule 3.09(a), the parties must immediately file a notice after agreeing to resolve all or part of a civil action, even if the resolution is contingent or unwritten.

☐   The parties completely settled the case.

☐   The parties partially settled the case. The following issues remain:

_____

_____

_____

☐   The parties agreed to continue the mediation conference. The mediator will file another mediation report within seven days after the continued conference.

☐   The parties have reached an impasse.

_____
Add name of mediator
If counsel, add name of client
Add date of signature