UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Tyler Technologies, Inc.,

    Plaintiff(s),

v.

                                       CASE NO: 3:22-CV-1368-JBT

City of Jacksonville, Florida,

    Defendant(s),
_____/

### MEDIATOR'S REPORT

In accordance with Local Rule 9.06, William E. Adams, Jr. files this Mediation Report and states as follows:

Mediation in the above-styled case was held in-person on **January 9, 2024**, commencing at **9:30 a.m.**

All required parties had authority to settle the case and were present.

The case reached settlement at mediation.

### CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was provided to all counsel of record via electronic mail on January 10, 2024.

                                              Respectfully submitted,

                                              /s/ William E. Adams, Jr.
                                              William E. Adams, Jr.
                                              Fla. Mediator #10886R
                                              Adams Dispute Resolution
                                              60 Ocean Boulevard, Suite 12
                                              Atlantic Beach, Florida 32233
                                              (904) 478-0079
                                              bill@adamsdisputeresolution.com
                                              Mediator