UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TYLER TECHNOLOGIES, INC.,

      Plaintiff,

v.                                                CASE NO. 3:22-cv-1368-JBT

CITY OF JACKSONVILLE,
FLORIDA,

      Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Mediator's Report (Doc. 34), which states that this case has been settled.

Accordingly, it is **ORDERED**:

1. The pre-trial conference and trial are hereby **CANCELED**.

2. The parties shall have until **March 11, 2024** to file a joint motion for dismissal, or other appropriate documents, to close out this file.

3. If the parties have not filed settlement documents or a request for extension of time by the **March 11, 2024** deadline, the case will automatically be deemed to be dismissed without prejudice. **The parties are cautioned that in some cases, the Court may not have jurisdiction to enforce settlement agreements once the case has been dismissed without prejudice; thus, if the**

**parties have not finalized their settlement by the deadline, they are encouraged to move for an extension of that deadline**.

4.   The Clerk shall administratively close the file and terminate all pending motions and deadlines.

**DONE AND ORDERED** in Jacksonville, Florida, on January 11, 2024.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record