# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

TYLER TECHNOLOGIES, INC.,

      Plaintiff,

v.                                                                CASE NO. 3:22-cv-1368-JBT

CITY OF JACKSONVILLE, FLORIDA,

      Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, Tyler Technologies, Inc., and Defendant, City of Jacksonville, and stipulate to the dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own attorney's fees and costs.

**DATED: JANUARY 26, 2024**

| | |
|---|---|
| **K&L GATES LLP** | **OFFICE OF GENERAL COUNSEL**<br>**CITY OF JACKSONVILLE** |
| */s/ April L. Boyer* | */s/ Tiffiny Douglas Pinkstaff* |
| April L. Boyer | Tiffiny Douglas Pinkstaff |
| Florida Bar No. 0168835 | Florida Bar No. 682101 |
| 200 South Biscayne Boulevard | 117 West Duval Street |
| Suite 3900 | Suite 480 |
| Miami, Florida 33131 | Jacksonville, Florida 32202 |
| 305.539.3300 | 904.255.5100 |
| april.boyer@klgates.com | tpinkstaff@coj.net |