UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TYLER TECHNOLOGIES, INC.,

    Plaintiff,

v.                                          CASE NO. 3:22-cv-1368-JBT

CITY OF JACKSONVILLE,
FLORIDA,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties' Stipulation of Dismissal With Prejudice (Doc. 36), it is hereby **ORDERED**:

The case is **DISMISSED with prejudice**. Each party shall bear its own fees and costs.

**DONE AND ORDERED** in Jacksonville, Florida, on January 29, 2024.

*/s/ Joel B. Toomey*
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record